Devon A. Phillips
603 Seagaze Dr #194
Oceanside, CA 92054

**FILED**

JUL 17 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

DEVON PHILLIPS, IN PRO PER

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DEVON A.PHILLIPS
Plaintiff(s),

    vs.

KERN COUNTY SHERIFF
DEPARTMENT,  DEPUTY FISHER
#202936 individually and in his official
capacity as a deputy for the Kern County
Sheriff Department, SERGEANT J. PEREZ
individually and in his official capacity as a
deputy for the Kern County Sheriff
Department, and (0-100 Does) individually
and in their official capacity as deputies for
the Kern County Sheriff Department .


    Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:25-cv-00875-KES-CDB

**COMPLAINT: Unlawful Search and Seizure(Fourth Amendment Violation,Excessive Force, False Imprisonment, Conversion and Violation of Eggshell Plaintiff Doctrine)**

Jury Trial  NO

-1-

## JURISDICTION AND VENUE

THE EVENTS GIVEN RISE TO THIS ACTION OCCURRED IN KERN COUNTY, CALIFORNIA. VENUE IS PROPER IN THIS COURT.

## FACTUAL ALLEGATIONS

ON APRIL 11,2025, AT APPROXIMATELY 5:30 P.M., PLAINTIFF WAS PRESENT AT 2659 MONTEREY STREET, KERN COUNTY, CALIFORNIA TO PERFORM YARD MAINTENANCE AND ASSIST IN REPAIRING A GATE. PLAINTIFF HAD JUST GOTTEN INTO THE CITY. SEVERAL UNIDENTIFIED MEN, LATER DETERMINED TO BE AGENTS OR OFFICERS OF KERN COUNTY SHERIFF'S DEPARTMENT, ARRIVED IN UNMARKED VEHICLES. THE MEN EXISTED WITH HIGH-POWER RIFFLES YELLING FOR "TYREE" WHO HAD JUST PULLED UP TO THE RESIDENCE AND WAS PARKED ON THE STREET IN FRONT OF HIS HOME. THE MEN ORDERED PLAINTIFF TO THE GROUND, THE PLAINTIFF WAS INSIDE OF THE GATED DRIVEWAY, HANDS RAISED, SHOWING HE WAS NO THREAT AND HAD NO WEAPONS.

DEPUTY FISHER #202936 AND SERGEANT J. PEREZ FORCIBLY HANDCUFFED PLAINTIFF AND PLACED PLAINTIFF IN WHAT FISHER DESCRIBES AS A LEFT WRIST LOCK, CAUSING INJURY TO PLAINTIFF'S LEFT SHOULDER BECAUSE HE DID NOT COMPLY WITH UNLAWFUL ORDERS TO GET ON THE GROUND SINCE THE UNIDENTIFIED MEN AT THAT TIME DID NOT IDENTIFY AS ANY LAW ENFORCEMENT ENTITY. PLAINTIFF HAD A PRE-EXISTING CONDITION THAT MADE PLAINTIFF MORE SUSCEPTIBLE TO INJURY; DEFENDANTS KNEW OR SHOULD HAVE KNOWN THAT ANY USE OF FORCE COULD RESULT IN GREATER HARM (EGGSHELL DOCTRINE).

PLAINTIFF WAS NOT NAMED IN THE SEARCH WARRANT NOR IN ANY PART OF THE KERN COUNTY SHERIFF'S DEPARTMENT INVESTIGATION. PLAINTIFF REPEATEDLY REQUESTED TO SEE THE WARRANT, BUT DEFENDANTS NEVER PRESENTED IT. INSTEAD, PLAINTIFF WAS ONLY SHOWN A SHEET OF PAPER INDICATING JUDGE DAVID SULFA HAD SIGNED A SEARCH WARRANT FOR "TYREE". DEFENDANTS CONTINUED TO SEARCH PLAINTIFF AND PLAINTIFF VEHICLE REMOVING PROPERTY WITHOUT PLAINTIFF CONSENT OR LEGAL JUSTIFICATION (PROBABLE CAUSE).

PLAINTIFF WAS NOT RESISTING ARREST, OR DETAINMENT, THREATENING, OR ACTING UNLAWFUL AT ANYTIME DURING THE INCIDENT. HE STOOD THERE WITH HIS HANDS IN THE AIR SHOWING HE WAS NOT A THREAT TO ANYONE.

# FIRST CAUSE OF ACTION

## AGAINST KERN COUNTY SHERIFF DEPARTMENT, DEPUTY FISHER #202936, AND SERGEANT J. PEREZ.

### (UNLAWFUL SEARCH AND SEIZURE- 42 U.S.C 1983; CAL. CONST ART. 1, 13)

PLAINTIFF REALLEGES AND INCORPORATE BY REFERENCE PARAGRAPHS AS THOUGH FULLY SET FORTH HEREIN.

DEFENDANTS, ACTING UNDER THE COLOR OF THE LAW , SEARCHED AND SEIZED PLAINTIFF AND PLAINTIFF PROPERTY WITHOUT PROBABLE CAUSE, A VALID WARRANT, OR LEGAL JUSTIFICATION, VIOLATING PLAINTIFF'S RIGHTS UNDER THE FOURTH AMENDMENT OF THE UNITES STATES CONSTITUTION AND ARTICLE 1. SECTION 13 OF THE CALIFORNIA CONSTITUTION.

## SECOND CAUSE OF ACTION AGAINST DEPUTY FISHER # 202936 AND SERGEANT J. PEREZ

### (EXCESSIVE FORCE- 42 U.S.C 1983)

PLAINTIFF REALLEGES AND INCORPORATE BY REFERENCE PARAGRAPHS AS THOUGH FULLY SET FOURTH HEREIN.

DEFENDANTS, INCLUDING DEPUTY FISHER(#202936) AND SERGEANT J.PEREZ, USED UNREASONABLE AND EXCESSIVE FORCE BY PLACING PLAINTIFF IN A LEFT WRIST LOCK CAUSING INJURY TO PLAINTIFF'S LEFT SHOULDER, DESPITE PLAINTIFF'S LACK OF THREAT AND HAVING HIS HANDS IN THE AIR.

## THIRD CAUSE OF ACTION AGAINST KERN COUNTY SHERIFF'S DEPARTMENT, DEPUTY FISHER (#202936) AND SERGEANT J.PEREZ.

### (FALSE IMPRISONMENT)

PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE PARAGRAPHS AS THOUGH FULLY SET FORTH HEREIN.

DEFENDANTS UNLAWFULLY DETAINED, KIDNAPPED AND HANDCUFFED PLAINTIFF WITHOUT LEGAL JUSTIFICATION.

## FOURTH CAUSE OF ACTION AGAINST KERN COUNTY SHERIFF'S DEPARTMENT, DEPUTY FISHER (#202936) AND SERGEANT J.PEREZ.

### (CONVERSION)

PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE IN THE PARAGRAPHS AS A THOUGH FULLY SET FOURTH HEREIN.

DEFENDANTS UNLAWFULLY TOOK AND RETAINED PROPERTY FROM PLAINTIFF'S VEHICLE WITHOUT CONSENT OR LEGAL JUSTIFICATION.

**FIFTH CAUSE OF ACTION AGAINST DEPUTY FISHER (#202936) AND SERGEANT J.PEREZ.**

**(VIOLATION OF EGGSHELL PLAINTIFF DOCTRINE)**

PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE PARAGRAPHS AS THOUGH FULLY SET FORTH HEREIN.

PLAINTIFF HAD A PREEXISTING MEDICAL CONDITION THAT MADE PLAINTIFF MORE SUSCEPTIBLE TO INJURY.

DEFENDANTS ARE LIABLE FOR ALL HARM CAUSED EVEN IF THE INJURIES WERE MORE SEVERE DUE TO PLAINTIFF'S PREEXISTING CONDITION, UNDER THE "EGGSHELL PLAINTIFF'S DOCTRINE RECOGNIZED IN CALIFORNIA LAW.

**PRAYER FOR RELIEF**

WHEREFORE, PLAINTIFF PRAYS FOR JUDGEMENT AGAINST DEFENDANTS AS FOLLOWS:

FOR GENERAL AND SPECIAL DAMAGES IN THE AMOUNT OF $600,000 OR ACCORDING TO PROOF;

FOR PUNITIVE DAMAGES AS ALLOWED BY LAW;

FOR FUTURE MEDICAL EXPENSES

FOR COST OF SUIT HEREIN INCURRED;

FOR SUCH OTHER AND FURTHER RELIEF AS THE COURTS DEEMS JUST AND PROPER

ON 04/11/2025 I WENT TO THE RESIDENCE OF 2659 MONTEREY STREET IN BAKERSFIELD TO HELP WITH SOME YARD WORK AND REPAIR A FRONT GATE. PRIOR TO COMING TO THE PROPERTY I RECEIVE A MESSAGE STATING THAT AN UNKNOWN VEHICLE WITH TWO UNKNOWN MEN IN HOODIES CAME TO THE RESIDENCE ASKING ABOUT AN INDIVIDUAL WHO RESIDED THERE BABY MOTHER. ARRIVING THERE AT THE RESIDENCE I WAS VERY ALERT AND CONCERN ABOUT THE INFORMATION I RECEIVE BECAUSE I FOUND IT TO BE WEIRD AND SUSPICIOUS. ONCE I GOT THERE THE HOMEOWNER/RENTER WAS NOT PRESENT AND I WAITED FOR THEIR ARRIVAL, ONCE THE HOMEOWNER ARRIVED WE WAITED FOR HER SON WHO WAS ARRIVING FROM WORK TO GET TO THE PROPERTY. ONCE HE GOT THERE TO THE RESIDENCE APPROXIMATELY AROUND 5:36PM, A FEW UNMARKED VEHICLES ARRIVED AND THE DOORS OF ONE OF THE VEHICLE (SILVER MINI VAN WITH DARK TINT) OPEN AND TWO MEN JUMPED OUT. ONE MAN WITH A BRAID, WEARING BLACK T-SHIRT AND BLUE JEANS. I SAW HEAVY POWER RIFFLES POINTING DIRECTLY AT ME, THE HOMEOWNER AND HER SON (TYREE), THE MEN INSIDE OF THOSE VEHICLES JUMPED OUT YELLING THE MAN WITH THE BAIRD AND BLACK T-SHIRT ON CALLED THE NAME (TYREE) AND IMMEDIATELY GRAB HIM. I WAS IN INSTANT FEAR FOR MY LIFE AND UNDER THE IMPRESSION THAT I WAS ABOUT TO BE SHOT DEAD BECAUSE THE SECOND MAN WHO JUMPED OUT NEVER ANNOUNCED HIMSELF AS ANY FORM OF LAW ENFORCEMENT ENTITIES. I THOUGHT THE MEN PRIOR THAT I HEARD CAME LOOKING AND ASKING QUESTIONS CAME BACK ARMED TO SHOOT UP (TYREE) OR THE RESIDENCE THAT HE RESIDED AT.

THE SECOND MAN NOW IDENTIFIED AS (FISHER #202936) JUMPED OUT THE SIDE DOOR OF THE (SILVER MINI VAN) WEARING BLUE JEANS, BLACK T-SHIRT AND A GREY (LA DOGERS) FITTED CAP WITH SUNGLASSES ON AND HIS RIFFLE WAS POINTED DIRECTLY AT MY CHEST IN THE FRONT YARD WHERE I WAS STANDING IN THE DRIVEWAY BEHIND THE GATES WITH THE HOMEOWNER, THE UNKNOWN MAN IN THE UNKNOWN SILVER VEHICLE WERE SHOUTING TO GET ON THE GROUND, GET ON THE GROUND! I PLACE MY HANDS IN THE AIR TO SHOW THEM I WAS NOT A THREAT IN ANYWAY OR WAS I ARMED WITH ANYTHING, I STOOD MY GROUND IN FLIGHT OR FIGHT MODE BECAUSE I WAS VERY STARTLED, CONFUSED AS TO WHAT WAS HAPPENING AND IN BELIEF THAT MY LIFE WAS OVER BECAUSE THESE UNKNOWN MEN HAD SEVERAL HIGH POWER RIFFLES POINTED DIRECTLY AT ME AND NEVER STATED THAT THEY WERE WITH THE SHERIFF DEPARTMENT OR ANY LAW ENFORCEMENT. I KEPT MY HANDS IN THE AIR AS FAR AS BOTH COULD POSSIBLY GO AND DID NOT GET ON THE GROUND BECAUSE I WAS HEALING FROM A CAR ACCIDENT AND HAD JUST LEFT PHYSICAL THERAPY. I WAS NOT ABLE TO GET TO THE GROUND IMMEDIATELY. I STOOD MY GROUND WITH MY HANDS IN THE AIR, BECAUSE I WAS NOT SURE WHO THESE MEN WERE AND WHY I WAS RECEIVING UNLAWFUL COMMANDS.

ONE OF THE UNKNOWN MEN NOW IDENTIFIED AS (FISHER #202936), KEPT YELLING AT ME TO GET ON THE GROUND AND I REFUSED TO DO SO BECAUSE I HAD NO IDEA WHO THESE MEN WERE OR IF I WAS ABOUT TO DIE, I WAS IN FEAR THAT ONE WRONG MOVE AND MY HEAD WAS GOING TO BE BLOWN OFF. I USED MY FREEDOM OF SPEECH UNDER THE CONSTITUTION OF THE UNITED STATES OF AMERICA AND PROTESTED AGAINST THE ORDER LETTING THEM KNOW I HAVE NO WEAPONS, I AM NO THREAT TO ANYONE AND I HAD NO IDEA WHAT WAS GOING ON.

I STOOD IN THE DRIVEWAY BEHIND THE GATES WHERE I WAS THE ENTIRE TIME WITH MY HANDS IN THE AIR, THE MEN CONTINUE TO MOVE FORWARD TO ME AND I STOOD THERE FISHER #202926 AND ALSO NOW IDENTIFIED SERGEANT J. PEREZ ENCLOSED ON ME. I DO BELIEVE THAT FISHER #202936 DID NOT LIKE ME USING MY FREEDOM OF SPEECH TO PROTEST AGAINST AN UNLAWFUL ORDER BECAUSE HE OR ANY OF HIS COLLEAGUES, THE OTHER UNKNOWN MEN (0-100 DOES) DID

NOT IDENTIFY THEMSELVES TO ME AS LAW ENFORCEMENT. FISHER #1403 AND SERGEANT J.PEREZ ENCLOSED ON ME AND FISHER #202936 GRAB MY LEFT WRIST AND TWISTED IT CAUSING SEVERE PAIN TO MY LEFT SHOULDER IMMEDIATELY AND SERGEANT J. PEREZ JOINED IN AND ALSO TWISTED MY RIGHT WRIST CAUSING PAIN AS THEY HANDCUFFED ME, HANDED ME OFF TO BE SEARCHED AND PLACE IN THE BACK OF A MARKED KERN COUNTY SHERIFF VEHICLE. FISHER #202936 DID NOT AT ANYTIME TELL ME I WAS DETAINED OR ARRESTED.THE HOMEOWNER POSTED AGAINST THE UNREASONABLE EXCESSIVE FORCE THAT WAS BEING USED AGAINST ME SINCE I WAS IN THE DRIVE WAY WITH MY HANDS IN THE AIR AND DID NOT PROVE TO BE ANY THREAT TO ANYONE AND I WAS CAUGHT IN THE MIX OF SOMETHING THAT HAD ABSOLUTELY NOTHING TO DO WITH ME. I WAS THERE TO HELP DO SOME YARD WORK AND FIX A GATE.

I WAS MOVED AROUND FROM SEVERAL VEHICLES WHILE BEING IN PAIN IN MY LEFT SHOULDER AND BOTH LEFT AND RIGHT WRIST. I COMPLAINED AND ASK WHY I WAS HANDCUFF AND BEING PLACED IN A SHERIFF VEHICLE, NO ONE TOLD ME AS I CAN RECALL WHY I WAS BEING SEARCHED, PROPERTY WAS REMOVED FROM MY POSSESSION AND WHAT CRIME I HAD COMMITTED TO BE IN THAT POSITION. ALL I WAS TOLD THAT MY NAME WILL BE RAN AND IF I DID NOT HAVE ANY WARRANTS THEN I WILL BE RELEASED, I KNEW I HAD NO WARRANT OR ANYTHING PREVENTING ME FROM BEING RELEASED BUT, I ALSO KNEW IT WAS AND ILLEGAL ARREST AND I WAS NOT TOLD I WAS BEING DETAINED. I KEPT PROTESTING BEING IN THE HANDCUFFS AND IN THE SHERIFF VEHICLE AND I DO RECALL ONE OF THE 0-100 DOES A SERGEANT TOLD ME "THEY CAN KEEP ME THERE AS LONG AS THEY WISH AND I WILL KNOW WHAT'S GOING ON WHEN THE DETECTIVES GOT THERE". I TOLD HIM I WAS IN EXCRUCIATING PAIN AND MY LEFT SHOULDER, WRISTS AND BACK WERE HURTING SEVERELY, I WAS IGNORED EVEN THOUGH I WAS NOT THE SUBJECT OR DID NOT RESIDE AT THAT RESIDENCE.

AFTER BEING IN THE SEVERAL DIFFERENT VEHICLES TWO OF THE UNKNOWN DOES ONE I BELIEVE WAS HISPANIC APPROACH THE VEHICLE AND ENGAGE IN CONVERSATION WITH ME, I ASK THEM WHY I WAS SITTING IN THE VEHICLE IN HANDCUFFS AND WHAT WAS GOING ON. THE ONE THAT WAS WEARING A BLACK (RAIDER CAP) THE ONE WHO INITIALLY GOT OUT OF THE (SILVER MINI VAN FIRST) AND YELLED "TYREE" AND TOOK POSITION OF HIM, TOLD ME I WILL FIND OUT FROM THE DETECTIVES BUT THEY WERE WATCHING THE HOME AND KNEW I WAS NOT (TYREE), THE PERSON THEY INITIALLY CAME FOR, AGAIN I ASK SO WHY AM I IN THIS VEHICLE IN HANDCUFFS AND WHY DID HIS COLLEAGUE "FISHER #202936 YANKED MY SHOULDER LIKE THAT". HE STATED HE DID NOT KNOW ME AND THAT WAS GOOD FOR ME, I TOLD HIM I DON'T LIVE IN THAT CITY AND I WAS NOT FROM THE AREA. HE LEFT AND SAID THE DETECTIVE'S WILL SPEAK WITH ME SHORTLY.

I KEPT BANGING ON THE VEHICLE DOOR WITH MY FEET ONCE I SAW WHO I BELIEVE WAS A DETECTIVE AND HE CAME OVER TO THE VEHICLE AFTER AWHILE WITH ANOTHER DETECTIVE AND INTRODUCED HIMSELF AS DETECTIVE RICKARD #202848 AND THE OTHER DETECTIVE WAS SAKAMOTO #202478. THEY INFORMED ME OF THE REASON I WAS IN THE VEHICLE IN HANDCUFFS BECAUSE THEY WERE TOLD THAT I WAS NOT COOPERATING WITH THE OTHER (0-100 DOES) INCLUDING FISHER 1403 AND SERGEANT J. PEREZ WHO CAUSE INJURY TO MY LEFT SHOULDER. I EXPLAINED TO BOTH OF THE DETECTIVES OF THE MESSAGE I RECEIVED EARLIER ABOUT THE UNKNOWN MEN IN THE VEHICLE WITH HOODIES ASKING QUESTIONS ABOUT WHO LIVED AT THE RESIDENCE AND IF THEY KNEW SOMEONE'S BABY MOTHER. I EXPLAINED THAT I WAS IN FLIGHT OR FIGHT MODE BUT I KEPT MY HANDS IN THE AIR AND SHOWED I WAS NOT A THREAT TO ANYONE. I WAS IN FEAR THAT I WAS GOING TO BE SHOT UP AND CONFUSED ABOUT WHAT WAS

GOING ON. DETECTIVE RICARD #202848 EXPLAINED TO ME WHY THEY WERE THERE AND REMOVED THE HANDCUFFS AND INTERVIEW ME. I WAS INFORMED THAT THEY HAD A SEARCH WARRANT FOR THE RESIDENCE BUT I NEVER SAW ONE, I ASK WHO WERE THE UNKNOWN MEN WHO JUMPED OUT OF THE UNMARKED VEHICLES AND NEVER STATED THAT THEY WERE FROM THE SHERIFF DEPARTMENT AND DETECTIVE RICKARD DID NOT PROVIDE ME ANY NAMES. I INFORMED HIM THAT I WILL BE FILING A COMPLAINT FOR THE EXCESSIVE FORCE THAT WAS USED ON ME AND I WAS NOT EVEN INVOLVED IN ANYTHING.

THE REMAINING 0-100 DOES STARTED SEARCHING THE PROPERTY LOOKING FOR WHATEVER THEY WERE SEARCHING FOR, THE ENTIRE TIME THEY PRESENTED NO WARRANT WITH SPECIFIC DETAILS AS TO WHAT WAS TO BE SEARCHED AND WHO. THE HOMEOWNER REQUESTED IT AND I ALSO REQUESTED IT BECAUSE THEY BEGAN TO SEARCH MY VEHICLE FOR WHATEVER REASON AND I WAS NOT APART OF THE INVESTIGATION, I AM POSITIVE I WAS NOT NAMED ON THAT WARRANT AS A PERSON OF INTEREST OR MY VEHICLE WAS NOT REGISTERED TO ANYONE AT THAT RESIDENCE OR OF INTEREST TO THAT INVESTIGATION. I STATED I GAVE NO CONSENT TO ANY SEARCHES OF MY PROPERTY I WAS INTERRUPTED BY DETECTIVE SAKAMOTO #202478 STATING THEY HAVE A WARRANT, I AGAIN ASK TO SEE THE PHYSICAL DETAILED WARRANT SPECIFICALLY DESCRIBING THE PLACE TO BE SEARCHED, ITEMS OR PERSONS TO BE SEIZED. THE WARRANT SHOULD STATE THE PROBABLE CAUSE FOR THE WARRANT AND SIGNED BY A JUDGE. I WAS TOLD AT THE END THEY WILL GIVE THE WARRANT, I NEVER RECEIVE THE WARRANT, A COPY OR ANYTHING SHOWING THE PROBABLE CAUSE OF SEARCHING MY VEHICLE. I WAS PROVIDED A SHEET WHICH I WILL SUBMIT WITH MY COMPLAINT SHOWING THAT JUDGE DAVID ZULFA SIGNED OFF ON A WARRANT BUT NOT SHOWING SPECIFICALLY WHAT PROPERTY, ITEMS OR PERSONS NEEDED TO BE SEARCHED.

THEY REFUSED TO SHOW THE WARRANT AND PROCEEDED TO SEARCHED MY VEHICLE AND REMOVE MY MOUNTED DASH CAMERA WITHOUT MY CONSENT. I HAVE CHECKED WITH THE BAKERSFIELD SUPERIOR COURT TO GET A COPY OF THE SEARCH WARRANT AND THE COURTS HAVE INFORMED ME FROM THE SEVERAL TIMES I HAVE WENT THERE THAT THE KERN COUNTY SHERIFF DEPARTMENT HAS NOT RETURNED THE WARRANT. KERN COUNTY SHERIFF'S DEPARTMENT HAD NO LEGAL JURISDICTION TO SEARCH MY VEHICLE BECAUSE IT WAS NOT SPECIFICALLY NAMED IN THE WARRANT AND NO WARRANT WAS EVER PRODUCE UPON REQUEST TO ME OR THE HOMEOWNER/RENTER DETAILING THE SPECIFIC INCLUSION OR PROBABLE CAUSE FOR THE SEARCH OF MY VEHICLE. SIMPLY BEING ON THE PREMISES DOESN'T GIVE AUTOMATIC PROBABLE CAUSE TO SEARCH A VEHICLE NOT NAMED IN THE WARRANT. PROBABLE CAUSE IS NEEDED THAT MY VEHICLE CONTAINED EVIDENCE RELATED TO THE CRIME (INVESTIGATION ) OR A SEPARATE WARRANT SPECIFYING THAT VEHICLE. MY NAME WAS NOT INVOLVED IN THE INVESTIGATION AND WAS NO PROBABLE CAUSE ESTABLISH SO THEREFORE IT WAS AN UNLAWFUL SEARCH AND A VIOLATION OF MY CIVIL RIGHTS UNDER THE FOURTH AMENDMENT AGAINST UNREASONABLE SEARCHES AND SEIZURES. THE FOURTEENTH AMENDMENT (DUE PROCESS). UNDER FEDERAL LAW (42 U.S.C 1983) KERN COUNTY SHERIFF DEPARTMENT CONDUCTED AN UNLAWFUL SEARCH OF MY VEHICLE AND USED EXCESSIVE FORCE CAUSING INJURY. THE SEARCH LACKED PROBABLE CAUSE AND THEIR ACTION LED TO HARM.

AFTER THIS INCIDENT I FILED COMPLAINTS IMMEDIATELY ON 4/11/2025 TRYING TO GET THE NAMES OF EVERY ONE THAT WAS INVOLVED IN THE EXECUTION OF THE WARRANT AND EVEN A COMPLAINT WITH THE INTERNAL AFFAIRS DEPARTMENT. WHEN I RECEIVED BACK THE NAMES OF THE INDIVIDUALS WHO WERE INVOLVED I RECEIVED BACK THE CORRESPONDENCE WITH THREE

NAMES BLACKOUT, THERE WAS NO MENTION OF (FISHER #1403 )BUT THERE WAS TWO PEREZ. ONE OF THE (PEREZ #463154 )BELONG TO A UNIT/PERSONNEL COBS2 AND THE OTHER WAS (PEREZ #200890) UNIT/PERSONNEL PS4. ON MAY 30, 2025 I RECEIVE A LETTER FROM THE KERN COUNTY RISK MANAGEMENT DIVISION A LADY BY THE NAME OF NANCY GEORGESON WHO SAID MY CLAIM WAS REJECTED AND I HAVE 6 MONTHS TO FILE A LAWSUIT FOR THE REJECTION DATE.

I ALSO RECEIVE BACK CORRESPONDENCE FROM INTERNAL AFFAIRS ON 5/28/2025 STATING THAT MY COMPLAINT WAS UNFOUNDED, I CALLED TO REACH OUT TO THE SERGEANT BRADEN ROUTH AND LEFT MULTIPLE VOICEMAILS AND NEVER RECEIVED A CALLED BACK AS TO WHY MY COMPLAINT WAS UNFOUNDED.  UNFOUNDED: THE INVESTIGATION CONCLUSIVELY PROVED THAT THE ACT, OR ACTS, COMPLAINED OF DID NOT OCCUR. THIS FINDING ALSO APPLIES WHEN THE INDIVIDUAL MEMBER(S) NAMED WERE NOT INVOLVED IN THE ACT OR ACTS WHICH MAY HAVE OCCURRED. I CALLED ANOTHER TIME AND SPOKE WITH A DEPUTY BY THE NAME OF CRUZ ON A RECORDED LINE WHO I ASK WHY MY COMPLAINT LABEL UNFOUNDED WHEN THE EVENTS DID OCCURRED AND I EXPLAIN TO HIM THAT I DO NOT HAVE THE EXACT NAMES OF THE UNIDENTIFIED MEN BUT I DID REQUEST IT. DEPUTY CRUZ ADVISED ME THAT IT WAS TO PROTECT THE IDENTITY OF THE UNIDENTIFIED INDIVIDUALS, BUT I CAN REQUEST IT BUT HE DID NOT SEE THEM GIVING THE NAMES TO ME. I TOLD HIM THANK YOU AND I WILL FOLLOW HIS ADVISE.

ON PAGES (121- 124) DEPUTY SHIN #202212 IN HIS REPORT CONFIRMS THAT DETECTIVE SANCHEZ PREVIOUSLY AUTHORED A SEARCH WARRANT FOR THE RESIDENCE ON 4/10/2025 AND THE HONORABLE JUDGE D. SULFA SIGNED AND APPROVED THE WARRANT ON 4/10/2025 AT 1817HOURS.

DEPUTY SHIN #1164 FURTHERMORE CONFIRMS ON PAGE (122), THAT HE BEGAN TO SEARCH THE PLAINTIFF VEHICLE (CADILLAC) THAT WAS PARKED IN THE DRIVEWAY AND IT WAS THE FIRST VEHICLE SEARCHED. THE PLAINTIFF NEVER GAVE CONSENT FOR THE VEHICLE TO BE SEARCHED OR ANY ITEMS BE REMOVED. THE KERN COUNTY SHERIFF'S DEPARTMENT NEVER PROVIDED THE PLAINTIFF WITH THE SEARCH WARRANT AS REQUEST BY THE PLAINTIFF AND HOMEOWNER PROVING THEY HAD PROBABLE CAUSE TO SEARCH THE PLAINTIFF VEHICLE. DEPUTY SHIN ALSO CONFIRMED THAT HE REMOVED THE PLAINTIFF DASH CAMERA THAT WAS MOUNTED ON PLAINTIFF WINDSHIELD OF THE VEHICLE. PLAINTIFF PROTESTED TO DETECTIVE SAKAMOTO AND RICKARD THAT HE DID NOT CONSENT TO ANY ILLEGAL SEARCHES OR SEIZURE, SAKAMOTO SAID THEY HAD A WARRANT TO SEARCH THE PLAINTIFF VEHICLE BUT WHEN THE PLAINTIFF ASK FOR THE WARRANT HE DID NOT RECEIVE ANY WARRANT. BODY WORN CAMERAS OF DETECTIVE SAKAMOTO, RICKARD AND DEPUTY SHIN#202212 WILL SHOW THE PLAINTIFF PROTEST AND WARRANT INQUIRY.

CLEARLY THE KERN COUNTY SHERIFF'S DEPARTMENT ON 4/10/2025 WAS GRANTED A SEARCH WARRANT BY JUDGE DAVID SULFA AS CONFIRMED BY DEPUTY SHIN #202212 BUT CAME TO THE RESIDENCE THAT THEY WERE GOING TO CONDUCT THE SEARCH WARRANT WITHOUT THE WARRANT IN HAND TO SHOW THAT THEY HAD PROBABLE CAUSE TO SEARCH THE PLAINTIFF VEHICLE AND THE MENTIONED RESIDENCE ON 4/11/2025. AFTER THEY DID NOT PRESENT THE PLAINTIFF WITH THE SEARCH WARRANT AS REQUESTED AND BY LAW THE DEPARTMENT IS REQUIRE TO PRODUCE ANY WARRANTS ON REQUEST. THE INJURY THAT OCCURRED BY THE HANDS OF FISHER #202936 AND SGT J.PEREZ ARE VALID AND THEY ARE LIABLE TO THE CLAIMS THAT

ARE MADE THE DEFENDANTS HAD NO REASON TO CONTACT THE PLAINTIFF FOR ANY REASON WITHOUT PROBABLE CAUSE AND A SEARCH WARRANT OR ARREST WARRANT FOR THE PLANTIFF.

ALL OF THOSE INVOLVED AND WITHIN THE DEPARTMENT WHO HAD THE POWER TO GIVE THE PLAINTIFF THE REQUESTED INFORMATION THAT HE WENT THROUGH THE PROPER CHANNELS AND TO FILE THE COMPLAINTS FOLLOWING THE CHAIN OF COMMAND REFUSED TO GIVE THE PLAINTIFF THE EXACT NAMES OF THE INDIVIDUALS WHO WERE RESPONSIBLE FOR THE PLAINTIFF INJURY AND FURTHERMORE TRY TO DISSUADE HIM FROM PURSUING THOSE WHO WERE RESPONSIBLE LEGALLY. THE PLAINTIFF WILL SUBMIT ALL CORRESPONDENCE IN HIS POSSESSION ALONG WITH ALL COMPLAINT'S AS SOME OF THE EVIDENCE HE HAS. WITNESS STATEMENTS WILL ALSO SUPPORT THE PLAINTIFF ACCOUNTS OF THE 4/11/2025 INTERACTION AND SURVEILLANCE FOOTAGE. PLAINTIFF ALSO ASK THE COURTS AND THE HONORABLE JUDGE TO PLEASE GRANT LEAVE IF NEEDED TO AMEND HIS COMPLAINT.

## FISHER #202936 REPORT

In Fisher's report (page 60) about his presence and involvement in the incident on 4/11/2025 he states  in his what is label as DETAILS: On 4/11/2025 at 17:00 hours, I was assigned to the special investigation division and conducted surveillance at Tyree Buckley's residence at 2569 Monterey Street Bakersfield. Buckley had an active Ramey Warrant under this case number for murder and two counts of attempted murder involving an assault rifle and a handgun. At about 1737 hours, Buckley arrived at the residence driving a red Chrysler 200 sedan. Buckley excited the vehicle, at which point myself and other deputies in an undercover capacity announced ourselves to Buckley.

Buckley was taken into custody without incident there was an additional black male subject, later identified as Devon Phillips, in the front yard of the residence, Phillips refused my commands to get on the ground so deputies could take Buckley into custody safely, Phillips refused my commands and in fact cursed at me. The door of the residence was open, and Buckley was not handcuffed yet. I then considered the following.

SEVERITY OF THE CRIME

The investigation involved violation of Penal Code Section 187-murder and 664/187 -attempted murder. (Page 61)


LEVEL OF RESISTANCE

Phillips was passively resisting as he stood there and refused my commands. Phillips was making comments that he would actively resist me if I attempted to detain him. At one point, Phillips began to turn back from me, as to run into the residence or walk away from me.


THREAT TO DEPUTIES OR PUBLIC

Phillips was at the location where I was attempting to serve an arrest warrant for a murder investigation, an investigation involving the death of one subject and the attempted murder of two additional, Further, the firearms in this investigation were an assault rifle and handgun, which both were still outstanding from the crime, which occurred only five days prior. Phillips was unstarched, and I did not know his involvement in the incident. I was not sure if Phillips was possibly involved in the murder or if he could be assisting Buckley in concealing evidence or trying to assist Buckley in resisting arrest. Phillips was unstarched and wearing larger clothing where I could not see his waistband. I feared Phillips could be a great danger to myself or other deputies on scene.

**FISHER #202936 REPORT** CONTINUED

For these reasons, I pointed my department-issued rifle at the Phillips.Phillips refused to comply with my commands, so I approached him. As I got closer to Phillips, I gained control of his left arm and placed it in a rear wrist lock. Phillips then complied with me, and I was able to begin handcuffing Phillips with the assistance of Sergeant J. Perez's assistance. Phillips was detained for further investigation. After taking Phillips into custody, I saw Buckley's cell phone, which was in his hand at the time of his arrest, was now on the hood of his vehicle. I knew Buckley's cell phone could be a crucial item of evidence for the murder investigation, so I seized the cell phone. I maintained custody of the cell phone until Senior Deputy Pucilowski arrived on the scene, at which point I gave him the evidence. This concluded my involvement in the investigation. Reviewed by GONZALEZ, GENARO #2420.

**CAUSE OF ACTION #1**

**UNLAWFUL SEARCH AND SEIZURE**

**against Kern County Sheriff's Department, Fisher(# 202936) and Sergeant J.Perez.**

Under the Fourth Amendment FISHER #1403 used excessive force and negligence which was unjustifiable force during the execution of a search warrant and he knew I was not part of the search warrant, I was not named, involved at any point in their investigation. Fisher #202936 stated in his report that he was assigned to the investigation division and conducting surveillance for Mr.Buckley. Any officer, solider, sheriff or any other law enforcement agencies conducting any form of undercover surveillance will know what their target looks like, is capable of or not capable of. Fisher #202936 knew that the plaintiff was not his target or named on the warrant yet he engaged with a person who was unarmed, in the driveway behind the gates of the residence and did not impede at anytime with his surveillance of Mr.Buckley's residence. He stated that Mr. Buckley arrived and was taken into custody without issues, Mr. Buckley arrived and was on the street of Monterey where his vehicle was parked and the plaintiff was in the drive way near the front gate when the unknown men including Fisher #202936 jumped out the silver mini van with heavy power rifles pointing and yelling "Tyree" and get down on the ground.

Fisher also stated that the **Level of Resistance** from the plaintiff was passive as he stood there and refused his commands, he stated that the plaintiff curse at him and made comments that he would resist (Fisher #202936) if he tried to detain him. He also states that the plaintiff began to turn back from him, as to run into the residence or walk away from him.

-12-

The plaintiff at no point tried to run into the residence because the doors were locked and the homeowner and those that reside there at that residence have the code for the front door, which the homeowner used to open the door so that (Kern County Sheriff's) would be able to gain entry and clear the home, so that is a fabrication and falsifying a report, altering facts which is a serious offense. Under penal code 118.1 PC and body worn cameras from any of the 0-100 does including FISHER #202936 will support that he indeed fabricated the facts. Also independent surveillance video will prove Fisher's report as a fabrication. Fisher and the other 0-100 does jumped out of unmarked vehicles with rifles yelling the name "Tyree", the plaintiff was startled and confused and placed his hands immediately in the air in fear that he was about to be shot dead and stood in the driveway within the gates. Mr. Phillips never try to engage in any violent conflict with (Fisher #202936) and video evidence will prove that or any of the other (0-100 does). Fisher #202936 also stated in his report that mr. Phillips made comments that he would resist him yet he did not document those comments in his report, he said he fear for himself and the other deputies, yet Fisher #202936 and his colleagues were the only ones armed with heavy rifles and posed more of a threat to Mr.Phillips who was unarmed, and had no idea who those men were that jumped out of those unmarked vehicles.The video evidence will prove that fisher was not in fear of the plaintiff because the plaintiff had no chance, no time to pose any threat to Fisher #202936 or any other deputies (0-100 does), fisher is clearly trying to paint a picture of the plaintiff that did not exists on 4/11/2025, being assigned to any investigation division you are equipped with all the up to date information on your target, possible suspects, known or unknown, homes and any possible threats. Mr. Phillips was not named on the warrant as a person of interest or had any involvement in this incident. Therefore the fact that Fisher, states in his report  and even uses defamation of character to describe his falsified report that he did not know Phillips involvement in the murder investigation, or if Phillips was helping Buckley to conceal

-13-

evidence, if Phillips was going to help Mr.Buckley resist arrest. Blatantly and clearly profiling Mr. Phillips saying that the plaintiff was wearing "larger clothing", and he could not see the plaintiff waistband and "he feared Phillips would be a great danger to him and other deputies" and for that reason he pointed his department rifle at Mr. Phillips. Fisher's #202936 riffle was aways pointed in the direction of Phillips from the time he existed the unmarked vehicle and video evidence will prove that deputy fisher lied in his report to create a hostile image of the plaintiff.

Fisher #202936 had already made up his mind that because the plaintiff stood his ground and did not comply with his unlawful commands that he would engage in a conflict with Mr.Phillips who was unarmed , who was not apart of his investigation, or furthermore named in the warrant at any capacity. The independent surveillance will prove that fisher engaged with the plaintiff and used negligence and lack of emotional intelligence in a situation that had nothing to do with the plaintiff or furthermore help him to serve a warrant. Fisher said that the suspect "Tyree Buckley" was already taken into custody without incident, then proceeds to say that the plaintiff refused his commands to get on the ground so deputies can take Buckley into custody safely. Fisher did not take kindly that the plaintiff exercise his First Amendment protective right in assertively protesting him pointing a gun at the plaintiff. Fisher caused injury to an unarmed man who was innocent and should have been left alone and posed no threat as such as presented in the report of Fisher #1403 (pages 60-64 of the case # 2025-00041816 on 4/11/2025). In the entire report he is building some claim as to why he pointed his weapon at an unarmed man, why he used unreasonable force to kidnap and handcuffed the plaintiff along with sergeant J. Perez.

Mr.Phillips did not challenge Fisher to a fist fight, made threats to him or provoked any immediate violent reaction from fisher or any other deputies, he admits in his own report that the plaintiff was passive and stood there and refused his unlawful commands, he never stated that the

-14-

plaintiff charged him, or any of the other unidentified 0-100 does, pointed a weapon or was apart of the investigation or impeded the investigation. Yet he stated he feared that the plaintiff would be a "great threat to him and other deputies". He certainly made sure to leave out where the plaintiff hands were in the air as he stood in the drive way of the residence behind the gate.

Surveillance videos, body worn cameras from the unidentified does 0-100 including Fisher #202936 and sergeant J. Perez will show that the plaintiff stood in the driveway of the residence with his hands up, wearing a t-shirt and Camo joggers, black hat and black and white nike shoes. Not as describe by fisher as larger clothing. He also admits that he place the plaintiff in what he calls a "left wrist lock and began to handcuff him". The plaintiff was handcuff and unreasonable search and seizure and unreasonable force occurred in the results of the plaintiff needing medical attention immediately.

## SECOND CAUSE OF ACTION #2

### EXCESSIVE FORCE against FISHER #202936 and Sergeant J.PEREZ

After I was placed in what Fisher #1403 stated in his report that is including in this complaint as a left wrist lock, with assistance on my right arm from who he identified as Sergeant J. Perez. I immediately started feeling severe pain in both my wrist and left shoulder, I was place in handcuffs against my will and KIDNAPPED from one marked sheriff vehicle to the next. I kept complaining of the pain in my left shoulder because it was the most excruciating pain I was having at the time which intensified due to what Fisher #202936 did in retaliation to the plaintiff peacefully standing in the driveway of the residence with his hands in the air and not complying to lay on the ground for the unidentified men with rifles pointing at him and jumping out of unmarked vehicles.

Immediately after Detective Rickard #202848 took the plaintiff out of the sheriff vehicle and remove the restraints he was able to somewhat relax my left shoulder, the plaintiff was still in excruciating pain and needed medical attention. Plaintiff voiced his concerns to detective Rickard about what the unidentified men including Fisher #202936 had done to him and the reason why he was there at the residence to do the maintenance work. Detective Rickard told the plaintiff that the unidentified men said that the plaintiff was not cooperating , the plaintiff explained that was not the case. Immediately after Detective Rickard interviewed me and during the interview Detective Rickard and Detective Sakamoto body cameras will show evidence of me trying to support my left shoulder or trying not to move it any further. After the Kern County Sheriff Investigation unit stopped their unlawful search of plaintiff vehicle without probable cause and still did not provide the plaintiff with a warrant detailing what specifically, who specifically named on the warrant was supposed to be searched. Plaintiff immediately headed to Memorial Hospital in Bakersfield. Where the plaintiff waited for several hours to be seen, when the plaintiff was seen he was given a Tramdol shot for pain, X-Rays on his left shoulder , a sling because his shoulders was swollen and medication to take home. Plaintiff checked out of the hospital at 5:30am on 4/12/2025, plaintiff actually could not move his left shoulder due to the pain he was in. The plaintiff is still constantly feeling pain  due to the excessive force used by Fisher and sergeant J.Perez. Plaintiff will currently need surgery to repair whatever further damage was caused by Fisher#202936 and Sgt J.Perez. Plaintiff did receive a surgery recommendation and have medical records from his orthopedic surgeon, cost for the surgery and the surgery center fees as well, which is totaling well over a 100 thousand dollars.

Plaintiff is significantly still dealing with the trauma of watching his life flash before my eyes and constantly replaying in his head those unmarked vehicles pulling up and men jumping out yelling "Tyree" and pointing those rifles at his head, chest and in his direction. This unreasonable

seizure without probably cause, a warrant for my arrest along with the injury caused by Fisher #202936 and Sgt J.Perez has impacted my everyday life in a huge way, I am unable to enjoy daily activities such as playing with my daughter, lifting her up in my arms. There is not much more that can be done to treat the pain except using prescribe medication and over counter medications as well, which is why now my only option is to have surgery.

## DAMAGES

## COMPENSATION FOR INJURY, PAIN AND SUFFERING, EMOTIONAL DISTRESS, LEGAL FEES AND PUNITIVE DAMAGES.

Eventhough plaintiff had pre-existing injuries before 4/11/2025 and I am more vulnerable to injuries under the eggshell plaintiff doctrine, the fact that plaintiff was not part of the warrant or investigation Fisher #202936 and Sgt J. Perez used unnecessary force with negligence and are responsible for the harm they cause due to the fact that plaintiff is more susceptible to injury than an average individual. The deputies are fully liable for all injuries caused, even if the plaintiff was more vulnerable, plaintiff was not a threat, he was in the driveway behind the gates and his hands were up in the air and Fisher, Sgt J. Perez and the other 0-100 does were on the streets

making any force used even less justifiable. Plaintiff would ask the courts to consider the full injury even if plaintiff was especially susceptible.

The liability is established based on the unlawful search, excessive force and negligence, once liability is established, the responsible party must compensate the plaintiff for the full extent of the injuries caused, even if the plaintiff has a preexisting condition or heightened vulnerability. The plaintiff vulnerability doesn't reduce the responsibility of the deputies (FISHER #202936, SGT J.PEREZ and 0-100 DOES). The law requires that the defendant takes the victim as they find them, meaning they are still fully liable for all resulting harm. The injury might have been more severe because of the plaintiff's condition, but that does not diminish the damages owed. Even with the pre-existing condition the injury caused by the deputies worsened those conditions.

The negligent conduct of Fisher 202936, Sgt J.Perez and 0-100 does has caused psychological suffering. The emotional distress the plaintiff has endure due to the negligent actions of the Kern County Sheriff Department on 4/11/2025 with the unlawful search and seizure, injury requiring surgery from the self admitted "left wrist lock hold" that FISHER#202936 admitted to administering with help from Sgt J.PEREZ. Were not only unreasonable but also directly caused the plaintiff significant emotional trauma and suffering. As a result of their negligence, plaintiff has experienced sever anxiety, sleeplessness and ongoing emotional distress that has impacted his daily life. The negligent conduct was the direct cause of his injury, leading to emotional and psychological suffering that persist to this day.

Plaintiff is seeking appropriate relief for the emotional harm and injury that the plaintiff have suffered due to these negligent actions of fisher #202936 and Sgt J.Perez in the amount of $600,000.

Date July 14, 2025

Respectfully Submitted,

Devon A. Phillips

## KERN COUNTY SHERIFF'S DEPARTMENT
## SEARCH WARRANT RECEIPT
## NOTICE

On 4/11/25 _____ , an officer of the Kern County Sheriff's Department served a search warrant at the premises at 2659 MONTEREY ST _____ , and seized property identified in the accompanying receipt. The search warrant was issued on 4/10/25 _____ by the Honorable, D ZULFA Judge of the SUPERIOR _____ Court, BAKERSFIELD Branch, and is filed under court number _____ [If no number is provided contact the Clerk of the above-named court.] Be advised that pursuant to California Penal Code sections 1539 and 1540, you may file a written motion in the court of the above-mentioned judge who issued the warrant, seeking return of the property seized pursuant to this warrant. The filing of a Motion for Return of Property will not necessarily result in the return of the property. The service of the Notice does not obligate the Kern County Sheriff's Department to return the property nor is it a relinquishment of any holds that may be placed upon the property by other governmental agencies. For further information concerning this search warrant, contact DET DEKWILL _____ at phone number 861-3110 _____ .

| ITEM # | DESCRIPTION | LOCATION WHERE FOUND | OFFICER |
|---|---|---|---|
| CASE # 2025-00041816 | | DATE 4/11/25 | TIME 2006 |
| ADDRESS/LOCATION 2659 MONTEREY ST. BAKERSFIELD CA 93306 | | | |
| 13 Pg.1 | SD CARD FROM DASH CAM | BLK CADILLAC 7YFS982 | SHIN |
| Pg.2 | BLK 9SIL SMITH4 WESON .40 HANDGUN | TOP D DRAWER NE BDRM | SHIN |
| Pg.3 | NIGHT OWL DVR | LIVING ROOM | SHIN |
| | | | |
| | | | |
| | | | |
| | *Items taken from my vehicle without probable cause or a valid search warrant!* | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| OFFICER'S SIGNATURE | | ID # 1164 | PAGE 1 OF 2 |

SHERIFF 360 2210-0709 (7/97)



# Incident Report



| | | | |
|---|---|---|---|
| **Print Date/Time:** | 04/25/2025 10:00 | | Kern County Sheriff's Office |
| **Login ID:** | ksorg\plascenciaj | | **ORI Number:**   CA0150000 |

**Incident:**   2025-00044368

| | | | |
|---|---|---|---|
| **Incident Date/Time:** | 4/11/2025 10:43:50 AM | **Incident Type:** | Special Investigation |
| **Location:** | 2659 MONTEREY ST BAKERSFIELD CA 93306 | **Venue:** | KC |
| **Phone Number:** | | **Source:** | Phone |
| **Report Required:** | Yes | **Priority:** | 3 |
| **Prior Hazards:** | No | **Status:** | In Progress |
| **LE Case Number:** | | **Nature of Call:** | |

## Unit/Personnel

| Unit | Personnel |
|---|---|
| CH10 | 201046-MURILLO |
| ██████ | ██████ |
| COBS2 | 463154-PEREZ |
| DV1 | 202914-SANCHEZ |
| DV10 | 202478-SAKAMOTO |
| ██████ | ██████ |
| DV26 | 202692-ROSSO |
| DV34 | 202212-SHIN |
| DV7 | 202848-RICKARD |
| DV8 | 202376-DRISKILL |
| DV9 | 201650-PUCILOWSKI |
| DVS1 | 202420-GONZALEZ |
| DVS2 | 201676-WONG |
| G13 | 203883-GRANDE |
| G3 | 202430-DILLARD |
| G4 | 202317-MANRIQUEZ |
| GD1 | 202299-GEHERTY |
| GS1 | 202301-GUERRERO |
| K3 | 202703-RICHMOND |
| LOS1 | 201431-SORROW |
| NES4 | 201481-BLANKS |
| PS4 | 200890-PEREZ |

## Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|
| Plate Inquiry | | | | | | ████ | |
| Plate Inquiry | | | | | | ████ | |
| Plate Inquiry | | | | | | ████ | |
| Plate Inquiry | | | | | | ████ | |

Page: 1 of 3



# Incident Report



**Print Date/Time:**     04/25/2025 10:00

**Login ID:**     ksorg\plascenciaj

Kern County Sheriff's Office

**ORI Number:**     CA0150000

Disposition(s)

| Disposition | Count | Date/Time |
|---|---|---|

**Unit: DV26**

| Disposition | Count | Date/Time |
|---|---|---|
| NFA | 1 | 04/11/2025 18:52 |

**Unit: DV7**

| Disposition | Count | Date/Time |
|---|---|---|
| Supp | 1 | 04/11/2025 23:04 |

**Unit: DV9**

| Disposition | Count | Date/Time |
|---|---|---|
| Supp | 1 | 04/11/2025 23:28 |

**Unit: G3**

| Disposition | Count | Date/Time |
|---|---|---|
| Supp | 1 | 04/11/2025 23:40 |

**Unit: K3**

| Disposition | Count | Date/Time |
|---|---|---|
| Wrnt | 1 | 04/11/2025 18:17 |

**Unit: LOS1**

| Disposition | Count | Date/Time |
|---|---|---|
| NFA | 1 | 04/12/2025 01:04 |

Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

# CAD Narrative

04/11/2025 : 21:52:40 ksorg\sakamotok Narrative █████████████████

04/11/2025 : 21:01:03 ksorg\guerrerod Narrative: GS1 FOLLOWED TOWED VEH TO HQ

04/11/2025 : 20:12:37 ksorg\tillman Narrative: SVR Notes: RANDYS - ETA 20

04/11/2025 : 20:11:41 ksorg\tillman Narrative: GS1 FLATBED TOW - WILL GO TO HQ FOR EVIDENCE

04/11/2025 : 19:18:45 ksorg\tillman Narrative ███████████████████

██████████████████████████████████████

**\* DROS - DEALER SALE**

██████████████████████████████████████

04/11/2025 : 18:25:49 ksorg\landersb Narrative: REG VALID FROM: 06/20/24 TO 06/20/25

██████████████████████████████████████

04/11/2025 : 17:47:08 ksorg\landersb Narrative: 1022 LAST 2 LINES WRONG CFS

04/11/2025 : 17:46:06 ksorg\landersb Narrative: REG VALID FROM: 06/14/24 TO 06/14/25

██████████████████████████████████████

04/11/2025 : 17:42:02 ksorg\tillman Narrative: C4 1015

04/11/2025 : 17:41:44 ksorg\tillman Narrative: C30

04/11/2025 : 17:37:24 ksorg\tillman Narrative: C33

██████████████████████████████████████



**KERN COUNTY SHERIFF**
FIELD CASE REPORT                    CASE# 2025-00041816

---

**NARRATIVE (continuation)**

---

DETAILS:


On 4/11/2025, I responded to 2659 Monterey Street to execute a search warrant. Detective SANCHEZ previously authored a search warrant for this residence on 4/10/2025 and the Honorable Judge D. ZULFA signed and approved the warrant on 4/10/2025 at 1817 hours.

Upon arrival at the scene, I was tasked with documenting the scene and processing for evidence. 2659 Monterey Street is a single-story residence with off-white paint and bright blue trim. The front door of the residence faces north, and the property is closed off with a three-to-four-foot chain link fence. The northeast corner of the property has a large chain-link gate that opens into a driveway. There is a smaller man gate for person access just west of the driveway gate. The residence has a front yard and a cement walkway leading from the driveway to the front door. The front of the residence has a very small porch with stairs that lead to the door. The front door has a screen door that is not security rated.


Parked on the street directly in front of the residence was a red Chrysler 200 sedan (CA 8BUB516) parked facing east. There was a black Cadillac XTS (CA 7YFS982) backed into the driveway in the western portion of the driveway and a white Kia Sportage (CA ME500DP) parked east of the Cadillac, also backed into the driveway.


I directed Crime Scene Technician ZAVALA to take overall digital photographs of the scene. CST ZAVALA photographically documented the exterior of the property, including where the vehicles were parked and the orientation of the residence.


Next, I walked into the residence through the front door. The front door opens into a living room containing a couch on the south wall, an entertainment center and a dog kennel on the north wall. The dog kennel had a sturdy tabletop built into the top of it. There was television hanging on the south wall, and an additional television/monitor on the dog kennel which appeared to be video surveillance footage from around the residence. There were multiple pictures of what appeared to be MARINA MIRAMONTES and several different younger male subjects, including TYREE BUCKLEY.

---

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| **1164 SHIN** | **04/11/2025** | **GONZALEZ, GENARO** | **04/13/2025** |

OF



**KERN COUNTY SHERIFF**
FIELD CASE REPORT          CASE# **2025-00041816**

---

**NARRATIVE (continuation)**

---

From the living room, there is a bedroom with an entrance on the southeast wall. The bedroom appeared to be the master bedroom of the residence and there was a multitude of pictures of MIRAMONTES on the walls.

East of the living room was a kitchen space. The kitchen was oriented with a sink, cupboards and countertop on the east wall and a stove and refrigerator along the west wall.

There is a door leading east into an additional bedroom. The bedroom had gaming consoles and several televisions connected on the north and east wall. On the east wall, there is a white plastic drawer/nightstand and then a bunk bed on the southeast wall. The west wall had miscellaneous storage of clothing, baby supplies and shoes on a rack.

There is a door on the south wall of this bedroom, and it leads into a laundry room, and then to the backyard.

CST ZAVALA photographically documented the interior of the residence at my direction.

I began my search for evidence at the vehicles parked in the driveway. The black Cadillac XTS was the first vehicle searched. CST ZAVALA took digital photographs of the exterior and interior of the vehicle. Detective SAKAMOTO told me there should be a Glock 19 in the vehicle that was registered to MIRAMONTES, and she has a concealed carry weapons permit. I located the Glock 19 in the vehicle along with MIRAMONTES' CCW permit and the firearm was listed on the permit. The permit was valid and up to date.

I located a dash camera hanging on the windshield of the vehicle. The camera appeared to be motion operated and every time someone walked in view of the lens, the camera would turn on. The camera was initially collected as Item 13CSI-1, however, detectives later learned the device had an SD card with data on it. It was decided to only collect the SD card and leave the camera behind. There were no other items of evidence located or collected from the Cadillac XTS.

---

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| **1164 SHIN** | **04/11/2025** | **GONZALEZ, GENARO** | **04/13/2025** |

OF



**KERN COUNTY SHERIFF**

FIELD CASE REPORT                     CASE# 2025-00041816

---

### NARRATIVE (continuation)

---

Next, I began my search of the white Kia Sportage. CST ZAVALA took digital photographs of the exterior and interior of the vehicle. There were no items of evidence located in the vehicle.

I moved my search to the interior of the residence. I began my search in what appeared to be TYREE BUCKLEY's room which is the northeast bedroom with the bunkbed in it. Deputy RIOS assisted me in searching the room. Deputy RIOS opened the top drawer of the white plastic nightstand and located a black shirt. Wrapped inside the shirt was a firearm (13CSI-2) with a silver slide and black polymer grip. The firearm was a .40 caliber Smith and Wesson handgun with a magazine inserted but not seated, and there was no round in the chamber. I ejected the magazine, pulled the slide back and made the firearm safe. I noticed the magazine was not fully loaded, and there were approximately three to five rounds loaded into the magazine. Additionally, the serial number plate which is on the polymer lower just under the barrel was removed. There was no visible serial number on the firearm. The firearm was eventually taken back to Crime Scene Investigations where the firearm and the individual bullets were swabbed for DNA (Items 13CSI-4 through 13CSI-7). It is to note there were six (6) lives rounds inserted into the magazine of the firearm, with two different types of ammunition. There were three rounds with the head stamp "FEDERAL 40 S&W" and three rounds with the head stamp "SIG 40 S&W" on them.

The firearm was in the drawer next to mail from the Superior Court of California addressed to TYREE BUCKLEY at 2659 Monterey Street along with a employee identification card on a lanyard. The employee identification card had a picture of BUCKLEY on it with his name. A further search of the northeast bedroom did not produce any further evidence.

The kitchen, laundry room and MIRAMONTES' bedroom were searched, however, there were no items of evidence located.

In the living room, I noticed there was a monitor with surveillance footage being recorded on it. There were several cameras located attached to the eaves of the exterior of the residence. The footage being displayed on the monitor appeared to be from these security cameras. There were nine different views on the screen of the exterior, labeled channel 1 through 9. Channels 10-12 were blank and did not have a picture or video view on them. All cameras had the brand "Night Owl" on the top right-hand

---

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| 1164 SHIN | 04/11/2025 | GONZALEZ, GENARO | 04/13/2025 |

OF



**KERN COUNTY SHERIFF**
FIELD CASE REPORT          CASE# **2025-00041816**

---

**NARRATIVE (continuation)**

---

corner of the screen. I located a Night Owl brand digital video recorder on the dog kennel tabletop. The digital video recorder had several wires connected to them and it appeared they were ran to this location from the exterior cameras as they were all hard wired. The digital video recorder (13CSI-3) had a serial number of NL61 GXRR UOUQ and the model listed on it was a DVR-DP2-16. CST ZAVALA took digital photographs of the monitor showing the different camera views and showing which camera views were not connected or being recorded. CST ZAVALA also took detailed photographs of the Night Owl digital video recorder showing the model and serial number. I seized the digital video recorder.

All other searches of the residence did not produce any items of evidence. CST ZAVALA took custody of the items of evidence collected and kept them in his care and custody until he later booked them into the Kern County Property Room.

The red Chrysler 200 parked in front of the residence was sealed with evidence tape and later towed to Sheriff's Office Headquarters to be processed at a later time.

The scene was closed at approximately 1924 hours and I left a copy of the Search Warrant Receipt with the items that were collected from the residence on the kitchen counter.

End of report.

SHIN/202212

---

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| **1164 SHIN** | **04/11/2025** | **GONZALEZ, GENARO** | **04/13/2025** |

OF

# KERN COUNTY SHERIFF'S OFFICE

DONNY YOUNGBLOOD

04/15/2025

Devon Phillips

Dear Devon Phillips,

Attached please find a copy of the complaint you recently filed against a member of the Kern County Sheriff's Office. The purpose of this letter is to advise you that your complaint has been received and will be routed to the Sheriff's Administration for review. You will be contacted in the near future regarding the disposition of your complaint.

Meanwhile, if you have any questions, please feel free to contact the Sheriff's Personnel Division, Internal Affairs Unit at (661) 392-6791.

Sincerely,

DONNY YOUNGBLOOD, Sheriff-Coroner

By:    Branden Routh, Sergeant
       Internal Affairs Unit

/sf

# Bakersfield Police Department
# Complaint Submission Review

Prepared At April 14, 2025 12:58PM PDT
1.3.16
Entered In English

## Status

Thank you, your submission has been received. Updates in regards to the progress of your submission will be available below once we review the details.

## Submission Details

| | |
|---|---|
| Reference ID | 01JRSE2ZXQ-RTV19MNV-C5W409N9 |
| Submission Type | Complaint |
| Date Created | April 13, 2025 10:59PM PDT |
| Agency Report Number | 2025-000-41816 |
| Date Submitted | April 14, 2025 01:04AM PDT |
| Agreement Accepted At | April 14, 2025 01:04AM PDT |
| Date of Occurrence | April 11, 2025 |
| Occurrence Address | 603 Seagaze Drive # 194 Oceanside, CA 92054 |

Summary*

On 04/11/2025 approximately around 5:40 pm a couple of unmarked vehicles (mini vans) pulled up to the residence of 2659 Monterey Street, Bakersfield Ca 93306, where I was visiting to help with some yard work. The doors of the unmarked vehicles opened and all I saw were guns pointed directly at me and the yelling the name "Tyree". I was startled and confused as to what was happening and in immediate fear that I was about to be shot and these men were about to start shooting up the residence. Prior to me arriving at the residence I was told that some individuals had came to the residence in unmarked vehicles inquiring bout some individual/individuals who did not live there. In the process of fearing for my life and in flight or fight mode I placed my hands in the air and told them to " hold on" showing I was not a danger to them or anyone. Multiple guns (assault rifles) were pointed at me and others in the drive way of the residence, they were yelling commands to get on the ground and I refused to do so because of how startled I was and in fear of being shot. Not to mention they did not identify themselves as officers of the law, they were were heavily armed The men that hopped out the unmarked vehicles continued to bark orders to get on the ground and I kept my hands in the air and refused to do so, I was yelling about the guns being pointed to my head and in my direction. I used profanity in relation o the guns pointed at me, when I saw some white "sheriff" vehicles pulling up at the same residence I thought they were there to stop the assault. The men that were heavily armed closed in on me and one specifically wearing a (Grey LA DOGERS fitted hat, long hair and sunglasses) and (0-100 does made sure they grabbed my both my right and left wrist and twisted my arms behind my back causing injury to my left shoulder. I ask what I was being handcuffed for and I was told I was being detained with no explanation for the reason why but I was immediately placed in a patrol car by a deputy, I petition and told the (0-100 does that I will sue they because of the excessive force that was used when I did not commit a crime or was related to anything that was taking place. I was moved from several different vehicles and spent more than an hour in cuffs, with excruciating pain to my left shoulder. I communicated this to the sheriffs about the pain I was in and ask to be released since I was not involved in anything. I was denied the request I made and was told that they can detain me ask long as they wish. I explained to them I was just there to do some work and had nothing' to do with whatever was going on, I complained about the pain and all that was done for me is being placed in two handcuffs to ease the pain but it did not help. Hours after I was released I went to the Memorial Hospital Emergency room where I had to wait for hours in pain . I had to get X-rays on my shoulders and shots for pain due to pain I ws in from the incident with the (0-100 does of the sheriff gang task force, gang unit). My vehicle was in the driveway of the residence and I verbally commented that I give no consent to any searches of my vehicle, I was told that there was a warrant to search the home and vehicles belonging to that home. Again, I do not live

here in Bakersfield, my vehicle is not registered to anyone that resides at that resident and therefore my vehicle was searched illegally without a warrant on my vehicle specially. A detainment is a temporary thing and should have been a temporary thing since I was not the person they were looking for and had no probable cause to detain me or search my property. Please be advised that due to the excessive force that caused injury to my shoulder I am writing this complaint and will file a civil lawsuit against the City of Bakersfield and the Sherriff Department for use of excessive force under 42 U.S.C section 1983. I was not the intended target and was hurt during the process of this incident.

## Submitted By

### Phillips, Devon —

| | |
|---|---|
| Date of Birth | *Not Provided* |
| Race | Black |
| Gender | Male |
| Phone Number | |
| Email Address | |
| Preferred Notification Method | Both |
| Contact Address | 603 Seagaze Drive # 194<br>Oceanside, CA<br>92054 |

## Involved Employees

### Kern Sheriff, Bakersfield Sheriff Gang Task force

| | |
|---|---|
| Badge/ Identification Number | *Not Provided* |
| Description/Additional Information | Body cam videos and independent video will show the force that was used. |

## Witnesses

### ———

| | |
|---|---|
| Phone Number | *Not Provided* |
| Email Address | *Not Provided* |

## Attachments

No Attachments

## Notification History

| | |
|---|---|
| Bakersfield Police Department<br>Submission Received | April 14, 2025 01:05AM PDT |
| Bakersfield Police Department<br>Submission Received | April 14, 2025 01:05AM PDT |

# KERN COUNTY SHERIFF'S OFFICE

DONNY YOUNGBLOOD

05/28/2025

Dear Devon Phillips,

This is to advise you that the complaint you lodged against a member of this department on 04/14/2025 has been investigated.  Rest assured complaints are not taken lightly by this department, and in every case a thorough investigation is conducted.  In cases where the investigation reveals the allegation is valid, we will take immediate corrective action.

After a thorough evaluation of all the information concerning your complaint, the Chief Deputy determined your complaint be classified as **Unfounded.**

To assist you, I have included a definition of each of the possible findings.  They are as follows:

**Unfounded**: The investigation conclusively proved that the act, or acts, complained of did not occur.  This finding also applies when the individual member(s) named were not involved in the act or acts which may have occurred.

**Exonerated**:The acts which provided the basis for the complaint or allegation occurred; however, investigation revealed that they were justified, lawful and proper.

**Not Sustained**:Investigation failed to disclose sufficient evidence to clearly prove the allegation made in the complaint or to conclusively disprove such allegations.

**Sustained**:The investigation disclosed sufficient evidence to clearly prove the allegation made in the complaint.

**Unfounded-Frivolous:** The investigation determined the complaint made against the employee was frivolous. Frivolous is defined as "totally and completely without merit or for the sole purpose of harassing an opposing party". -California code of Civil Procedure § 128.5.

Sincerely,

DONNY YOUNGBLOOD, Sheriff-Coroner

By:    Branden Routh, Sergeant
       Internal Affairs Unit

2025-0785

/sf



Margo A. Raison

## NOTICE OF REJECTION OF CLAIM

Devon Phillips                                                                    May 30, 2025

Name of Claimant(s):     Devon Phillips
Date of Incident:        April 11, 2025

NOTICE IS HEREBY GIVEN that the claim you submitted to the clerk of the Kern County Board of Supervisors, on April 15, 2025, is being rejected by operation of law.

### WARNING

Subject to certain exceptions, you have only six (6) months from the date this notice was deposited in the mail to file a court action on this claim. (See Gov. Code Section 945.6.)

The time limitation only applies to causes of action arising under California law for which a claim is mandated by California Government Tort Claims Act, Government Code sections 900 et seq. Other causes of action, including those arising under federal law, may leave shorter time limitations for filing.

Please be advised that pursuant to Sections 128.5 and 1038 of the California Code of Civil Procedure, the County of Kern will seek to recover all costs of defense in the event an action is filed in this matter, and it is determined that the action was not brought in good faith and with reasonable cause.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Very truly yours,

Nancy Georgeson, Claims Adjuster

1115 Truxtun Ave. Bld. Floor Bakersfield CA 93301 · 561-868-3800 · TTY Relay 800-735-2929

| RISK MANAGER | Loss Prevention Specialist | Workers Compensation Claims Manager |
| --- | --- | --- |
| Lisa V. Dearmore | General Liability Claims Adjuster | Supervising Workers Compensation Claims Adjuster |

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA    )
                                            ) ss
COUNTY OF KERN          )

I am employed in the County of Kern, State of California.  I am over the age of eighteen years and not a party to the within action.  My business address is 1115 Truxtun Avenue, 4th Floor, Bakersfield, CA 93301.

On May 30, 2025, I served the foregoing document described as Notice of Rejection of Claim in this action by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

Devon Phillips

I am familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U. S. Postal Service on that same day with postage thereon fully prepaid at Bakersfield, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Nancy Georgeson



# KERN COUNTY SHERIFF
## FIELD CASE REPORT     case 2025-00041816

---

## NARRATIVE

**PHYSICAL EVIDENCE:**

Item RF1: One iPhone cell phone in a clear case.

**CHAIN OF EVIDENCE:**

Item RF1 was in TYREE BUCKLEY's hands at the time of his arrest. It was placed on the hood of his vehicle in front of 2569 Monterey Street, where I seized the cell phone as evidence. I then provided the cell phone to Senior Deputy PUCILOWSKI.

**DETAILS:**

On 04/11/2025 at 1700 hours, I was assigned to the Special Investigations Division and conducted surveillance at TYREE BUCKLEY's residence at 2569 Monterey Street in Bakersfield. BUCKLEY had an active Ramey Warrant under this case number for murder and two counts of attempted murder involving an assault rifle and a handgun. At about 1737 hours, BUCKLEY arrived at the residence driving a red Chrysler 200 sedan. BUCKLEY exited the vehicle, at which point myself and other deputies in an undercover capacity announced ourselves to BUCKLEY.

BUCKLEY was taken into custody without incident while there was an additional black male subject, later identified as DEVON PHILLIPS, in the front yard of the residence. PHILLIPS refused my commands to get on the ground so deputies could take BUCKLEY into custody safely. PHILLIPS refused my commands and in fact cursed at me. The door of the residence was open, and BUCKLEY was not handcuffed yet. I then considered the following:

**SEVERITY OF THE CRIME:**

The investigation involved violations of Penal Code Sections 187 - murder and 664/187 - attempted murder.

| REPORTING OFFICER | DATE | REVIEWED B | DATE |
|---|---|---|---|
| **1403 FISHER** | **04/11/2025** | **GONZALEZ, GENARO** | **04/12/2025** |

OF



**KERN COUNTY SHERIFF**
FIELD CASE REPORT                    CASE# **2025-00041816**

---

**NARRATIVE (continuation)**

---

LEVEL OF RESISTANCE:

PHILLIPS was passively resisting as he stood there and refused my commands. PHILLIPS was making comments that he would actively resist me if I attempted to detain him. At one point, PHILLIPS began to turn his back from me, as if to run into the residence or walk away from me.

THREAT TO DEPUTIES OR PUBLIC:

PHILLIPS was at the location where I was attempting to serve an arrest and search warrant for a murder investigation, an investigation involving the death of one subject and the attempted murder of two additional. Further, the firearms in this investigation were an assault rifle and handgun, which both were still outstanding from the crime, which occurred only five days prior. PHILLIPS was unsearched, and I did not know his involvement in the incident. I was not sure if PHILLIPS was possibly involved in the murder or if he could be assisting BUCKLEY in concealing evidence or trying to assist BUCKLEY in resisting arrest. PHILLIPS was unsearched and wearing larger clothing where I could not see his waistband. I feared PHILLIPS could be a great danger to myself or other deputies on scene.

For these reasons, I pointed my department-issued rifle at the PHILLIPS. PHILLIPS refused to comply with commands, so I approached him. As I got closer to PHILLIPS, I gained control of his left arm and placed it in a rear wrist lock. PHILLIPS then complied with me, and I was able to begin handcuffing PHILLIPS with the assistance of Sergeant J. PEREZ's assistance. PHILLIPS was detained for further investigation.

After taking PHILLIPS into custody, I saw BUCKLEY's cell phone, which was in his hand at the time of his arrest, was now on the hood of his vehicle. I knew BUCKLEY's cell phone could be a crucial item of evidence for the murder investigation, so I seized the cell phone. I maintained custody of the cell phone until Senior Deputy PUCILOWSKI arrived on scene, at which point I gave him the evidence. This concluded my involvement in the investigation.

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| **1403 FISHER** | **04/11/2025** | **GONZALEZ, GENARO** | **04/12/2025** |

OF



**KERN COUNTY SHERIFF**
FIELD CASE REPORT    CASE# 2025-00041816

---

**NARRATIVE (continuation)**

---

END OF REPORT

FISHER/202936

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| **1403 FISHER** | **04/11/2025** | **GONZALEZ, GENARO** | **04/12/2025** |

GF





**Bakersfield Memorial Hospital**
420 34th Street
Bakersfield, CA 93301-
Facility Phone #:  661-327-4647 ext. 1928

NAME: PHILLIPS, DEVON                                                                          Sex: M
MRN:                                                          Admit Date:   4/11/2025
Acct #: 68010441498                              Disch Date:   4/12/2025
Pt Loc: BMH ED                                        Physician:

---

## *Emergency Documentation - MD*

DOCUMENT NAME:                                      ED Physician Notes
RECEIVED DATE/TIME:                              4/12/2025 03:04 PDT
RESULT STATUS:                                          Auth (Verified)
PERFORM INFORMATION:                          Gaskins,Benjamin T PA-C (4/12/2025 03:06 PDT)
SIGN INFORMATION:                                     Mendoza,Nanse MD (4/12/2025 07:26 PDT); Gaskins,
                                                                         Benjamin T PA-C (4/12/2025 06:06 PDT)


**Shoulder pain-swelling**

Patient:   PHILLIPS, DEVON                                          FIN: 68010441498
Age:  40 years    Sex:  M
Associated Diagnoses:  None
Author:  Gaskins, Benjamin T PA-C

**Basic Information**
    **Time seen:** Provider Initial Contact Time
     04/12/2025 02:11.
    **History source:** Patient.
    **Arrival mode:** Private vehicle.
    **Additional information:** Chief Complaint (ST)
    **Chief Complaint ED:** left shoulder pain, headache     04/11/25 23:27,
    **Subjective Nursing Assessment:** walked-in to triage, per pt he was handcuffed by an officer by mistaken identity. His
    shoulder was pull backwards and handcuffed for morethan 1 hr. Pt just had a physical theraphy this AM d/t MVA last
    January.    04/11/25 23:27

**History of Present Illness**
    Comes to the ED with reports of L shoulder pain after forced in to handcuffs with arm behind back. Pt with limited ROM due
to pain. denies deformity. HPI personally obtained by me from Pt. .

**Review of Systems**
        **Constitutional symptoms:** Negative except as documented in HPI.
        **Skin symptoms:** Negative except as documented in HPI.
        **Respiratory symptoms:** Negative except as documented in HPI.
        **Cardiovascular symptoms:** Negative except as documented in HPI.
        **Gastrointestinal symptoms:** Negative except as documented in HPI.
        **Genitourinary symptoms:** Negative except as documented in HPI.
        **Musculoskeletal symptoms:** Negative except as documented in HPI.
        **Neurologic symptoms:** Negative except as documented in HPI.
        **Allergy/immunologic symptoms:** Negative except as documented in HPI.

| Legend: | C=Corrected | *=Comment | | H=High | L=Low | | |
|---|---|---|---|---|---|---|---|
| Lab Legend: | C= Critical | @=Corrected | *=Abnormal | H= High | L=Low | i=Interpretive Data | f=Footnotes |

Laboratory Medical Director:     Fangluo Liu, M.D.                      Report Request ID:  799743955
Date/Time Printed:   7/14/2025 13:49 PDT                                                      Page 1 of 40



**Bakersfield Memorial Hospital**
420 34th Street
Bakersfield, CA 93301-
Facility Phone #:  661-327-4647 ext. 1928

NAME: PHILLIPS, DEVON                                                      Sex:M
MRN·  ′ ˉ?          ˌ     )              Admit Date:  4/11/2025
Acct #: 68010441498                     Disch Date:  4/12/2025
Pt Loc: BMH ED                          Physician:

---

## *Emergency Documentation - MD*

**Health Status**
  **Allergies:**
      Allergic Reactions (Selected)
          NKA.

**Past Medical/ Family/ Social History**

  **Medical history**
    Reviewed as documented in chart.
  **Surgical history:**
    No active procedure history items have been selected or recorded..
  **Family history:**
    No family history items have been selected or recorded..
  **Social history:**
  Social & Psychosocial Habits

  **Alcohol**
  04/11/2025  **Use:** Denies

  **Home/Environment**
  04/11/2025  **Religious restrictions/concerns:** None
    **Lives with:** Alone

  **Substance Abuse**
  04/11/2025  **Use:** Denies

  **Tobacco**
  04/11/2025  **Tobacco Use:** Never (less than 100 in I
  .

**Physical Examination**

    **Vital Signs**
  Vital-Signs

| | | |
|---|---|---|
| 04/12/2025 1:14 PDT | Pain Intensity | 9 |
| | Pain Scale Used | Numeric Rating Scale |
| 04/11/2025 23:27 PDT | SPO2 | 98 %  Normal |
| | Heart Rate | 72 bpm  Normal |
| | NIBP Systolic | 121 mm Hg  Normal |
| | NIBP Diastolic | 77 mm Hg  Normal |
| | Resp Rate (Monitor) | 18 Breaths/Min  Normal |
| | Temperature PO | 36.4 deg C  Normal |
| | Pain Intensity | 9 |
| | Pain Scale Used | Numeric Rating Scale |

Date/Time Printed:   7/14/2025 13:49 PDT                    Report Request ID:  799743955
                                                                            Page 2 of 40



**Bakersfield Memorial Hospital**
420 34th Street
Bakersfield, CA 93301-
Facility Phone #:  661-327-4647 ext. 1928

NAME: PHILLIPS, DEVON                    DOB: ·                      Sex:M
MRN:                  (BMH)                    Admit Date:  4/11/2025
Acct #: 68010441498                      Disch Date:  4/12/2025
Pt Loc: BMH ED                           Physician:

---

## *Emergency Documentation - MD*

.
Measurements
          04/11/2025 23:27 PDT          BSA-pt care              2.16
                                        Ideal Body Weight        68.4 kg
                                        Weight Method            Actual
                                        Drug Calc Weight (kg)    97.2 kg
                                        BMI                      32.582 kg/m2
                                        Height                   172.72 cm
                                        Height In                68 Inch
.
SPO2
          04/11/2025 23:27 PDT    SPO2          98 %  Normal  .
     **General:**  Alert, no acute distress.
     **Skin:**  Warm, dry, pink, normal for ethnicity.
     **Head:**  Normocephalic, atraumatic.
     **Neck:**  Supple, trachea midline.
     **Eye:**  Pupils are equal, round and reactive to light, extraocular movements are intact, normal conjunctiva.
     **Ears, nose, mouth and throat:**  Oral mucosa moist, no pharyngeal erythema or exudate.
     **Cardiovascular:**  Regular rate and rhythm, Normal peripheral perfusion, No edema.
     **Respiratory:**  Respirations are non-labored, Symmetrical chest wall expansion.
     **Chest wall:**  No deformity.
     **Musculoskeletal:**  limited ROM of the L shoulder due to pain. no gross bone deformity. no crepitus. good cap refill and
            NV function of distal extremity. .
     **Gastrointestinal:**  Soft, Non distended.
     **Neurological:**  Normal sensory observed, normal motor observed, normal coordination observed.

**Medical Decision Making**
     **Rationale:**  Imaging warranted due to mechanism of injury and presentation on exam. Imaging, as detailed below and
            interpreted by radiologist and by me personally, shows no evidence of Fx or dislocation of glenohumeral joint. no
            AC separation noted on imaging.
     Pt is placed in an arm sling for support, with continued NV function. Symptoms consistent with mechanism of injury for a
            shoulder strain. He is instructed to follow up with PCP for recheck of injury. , IM Toradol provided as analgesic .
     **Orders**  Launch Order Profile (Selected)
          Inpatient Orders
               Ordered
                    Sling for Arm:
               Completed
                    Toradol: 15 mg, IM, x1.
     **Radiology results:**  Reviewed radiologist's report,
     **Name:** PHILLIPS, DEVON
     **Account:** 68010441498
     **MRN:**
     **DOB:** 10/04/1984

==========================

 **Dignity Health.**

**Bakersfield Memorial Hospital**
420 34th Street
Bakersfield, CA 93301-
Facility Phone #:  661-327-4647 ext. 1928

NAME: **PHILLIPS, DEVON**    ...
MRN:              ... ...(BMH)
Acct #: 68010441498
Pt Loc: BMH ED

DOB:  ...  ...  ...  ...    Sex:M
Admit Date:  4/11/2025
Disch Date:  4/12/2025
Physician:

---

### *Emergency Documentation - MD*

**Result Date:** 04/12/25 00:34
**Verified By:** Salem, Aram MD at 04/12/25 02:40

**Report :** XR Shoulder 2+ Views Lt
PROCEDURE:  XR Shoulder 2+ Views Lt

COMPARISON:  None.

INDICATIONS:  ACUTE PAIN

FINDINGS:
BONES: Normal. No significant arthropathy or acute abnormality.
SOFT TISSUES: Negative. Novisible soft tissue swelling.
OTHER: Negative.

CONCLUSION: No acute findings. 04/12/25 02:39
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

.

**Impression and Plan**
   Shoulder strain (ICD10-CM S46.919A, Discharge, Medical)
   **Plan**
      **Condition:** Stable.
      **Disposition:** Medically cleared, Discharged: to home.
      **Prescriptions:** Launch RX Writer
      Pharmacy:
          nabumetone 500 mg oral tablet (Prescribe): 1 Tab, PO, BID, 30 Tab, 0 Refill(s).
      **Patient was given the following educational materials:** Muscle Strain.
      **Follow up with:** X-ray imaging of the L shoulder, shows no evidence of dislocation or fracture. Follow up with your primary
          care provider for recheck of symptoms and further evaluation.
      **Counseled:** Patient.

*Electronically Signed By:*
*Gaskins, Benjamin T PA-C*
*On 04/12/25 06:06*
*Co Signature By:*
*Mendoza, Nanse MD*
*On 04/12/25 07:26*
*Modify Signature By:*
*Gaskins, Benjamin T PA-C*
*On 04/12/25 03:06*

Date/Time Printed:   7/14/2025 13:49 PDT



**Bakersfield Memorial Hospital**
420 34th Street
Bakersfield, CA 93301-
Facility Phone #: 661-327-4647 ext. 1928

NAME: **PHILLIPS, DEVON** .                                    DOb. 1                                    Sex:M
MRN:                    '(BMH)                                  Admit Date:   4/11/2025
Acct #: 68010441498                                            Disch Date:   4/12/2025
Pt Loc: BMH ED                                                 Physician:

---

## *Allergies*

**Substance: NKA**

| Recorded Date/Time | Recorded By | |
|---|---|---|
| 4/11/2025 23:33 PDT | De Castro,Rosanna | **Allergy Type:** Allergy; **Reaction Status:** Active; **Information Source:** ; **Reviewed By:** Gaskins,Benjamin T PA-C; **Reviewed Date/Time:** 4/12/2025 03:05 PDT |



**Bakersfield Memorial Hospital**
420 34th Street
Bakersfield, CA 93301-
Facility Phone #:  661-327-4647 ext. 1928

NAME: PHILLIPS, DEVON                                           DOB:                              Sex:M
MRN:                      (BMH)                                      Admit Date:   4/11/2025
Acct #: 68010441498                                            Disch Date:   4/12/2025
Pt Loc: BMH ED                                                    Physician:

## *Medication Administration*

### Medications

**Admin Date/Time:** 4/12/2025 01:14 PDT
Medication Name: **ketorolac (Toradol)**
Charted Date/Time: **4/12/2025 01:14 PDT**
**Ingredients:** keto30i1JZ 15 mg 0.5 mL
**Admin Details: (Auth)** IM, Left Deltoid
Pain Intensity: 9; Pain Scale Used: Numeric Rating Scale
**Action Details:** Order: Fuller,James PAC 4/12/2025 01:05 PDT; Perform: Sanders,Terry 4/12/2025 01:14 PDT; VERIFY:
Sanders,Terry 4/12/2025 01:14 PDT



**Bakersfield Memorial Hospital**
420 34th Street
Bakersfield, CA 93301-
Facility Phone #:  661-327-4647 ext. 1928

NAME: **PHILLIPS, DEVON**                    DOB: 1                    Sex:M
MRN:  (BMH)                    Admit Date:  4/11/2025
Acct #: 68010441498                    Disch Date:  4/12/2025
Pt Loc: BMH ED                    Physician:

---

## *Prescription and Home Medications*

### Prescriptions

**Order: nabumetone (nabumetone 500 mg oral tablet)**
Order Start Date/Time: 4/12/2025 03:06 PDT
Order Date/Time: 4/12/2025 03:06 PDT
Order Status: Prescribed          Clinical Category: Medications          Medication Type: Prescription
Ordering Physician: Gaskins,Benjamin T PA-C          Consulting Physician:
Entered By: Gaskins,Benjamin T PA-C on 4/12/2025 03:06 PDT
Order Details: 1 Tab Tab, PO, BID, Qty: 30 Tab, Refills: 0, Maintenance, Route to Pharmacy Electronically, CVS/pharmacy #9900
Order Comment:

Action Type: Prescribe          Action Date/Time: 4/12/2025 03:06 PDT          Action Personnel: Gaskins,Benjamin T PA-C

Responsible Provider: Gaskins,Benjamin T PA-C          Supervising Provider: Mendoza,Nanse MD          Communication Type: (System) Written
Review Information:
Doctor Cosign: Not Required
Order Comment:



**Bakersfield Memorial Hospital**
420 34th Street
Bakersfield, CA 93301-
Facility Phone #:  661-327-4647 ext. 1928

NAME: PHILLIPS. DEVO:                        DOI                    ⌐ ⌐ ⌐ rs      Sex:M
MRN·          ⌐⌐⌐ ⌐⌐(⌐⌐ ,                    Admit Date:  4/11/2025
Acct #: 68010441498                          Disch Date:  4/12/2025
Pt Loc: BMH ED                               Physician:

---

## *Orders*

### Admit/Transfer/Discharge

**Order: ED Chart Closed**
Order Start Date/Time: 4/12/2025 04:39 PDT
Order Date/Time: 4/12/2025 04:39 PDT
Order Status: Discontinued          Department Status: Discontinued          Activity Type: Admit/Transfer/Discharge
End-state Date/Time: 4/18/2025 06:14 PDT          End-state Reason:
Ordering Physician: SYSTEM,SYSTEM          Consulting Physician:
Entered By: SYSTEM,SYSTEM on 4/12/2025 04:39 PDT
Order Details: 4/12/25 4:39:50 AM PDT
Order Comment: Ordered by Discern Expert (ED_RTD_CHECKOUT).
Action Type: Discontinue          Action Date/Time: 4/18/2025 06:14 PDT   Action Personnel: SYSTEM,SYSTEM
Electronically Signed by: SYSTEM,SYSTEM          Communication Type:
Order Details: 04/12/25 4:39:50 PDT
Review Information:
Doctor Cosign: Not Required
Order Comment:
Action Type: Order          Action Date/Time: 4/12/2025 04:39 PDT   Action Personnel: SYSTEM,SYSTEM
Electronically Signed by: SYSTEM,SYSTEM          Communication Type: (System) Discern Expert
Order Details: 04/12/25 4:39:50 PDT
Review Information:
Doctor Cosign: Not Required
Order Comment: Ordered by Discern Expert (ED_RTD_CHECKOUT).



**Bakersfield Memorial Hospital**
420 34th Street
Bakersfield, CA 93301-
Facility Phone #:  661-327-4647 ext. 1928

NAME: PHILLIPS, DEVON ALVIN                     DOB. .                                    Sex:M
MRN:                                            Admit Date:  4/11/2025
Acct #: 68010441498                             Disch Date:  4/12/2025
Pt Loc: BMH ED                                  Physician:

---

## Orders

### Admit/Transfer/Discharge

**Order: Discharge**
Order Start Date/Time: 4/12/2025 03:04 PDT
Order Date/Time: 4/12/2025 03:04 PDT
Order Status: Discontinued          Department Status: Discontinued          Activity Type: Admit/Transfer/Discharge
End-state Date/Time: 4/18/2025 06:14 PDT          End-state Reason:
Ordering Physician: Gaskins,Benjamin T PA-C          Consulting Physician:
Entered By: Gaskins,Benjamin T PA-C on 4/12/2025 03:04 PDT
Order Details: 4/12/25 3:04:00 AM PDT, Now, Home or self care
Order Comment:
Action Type: Discontinue          Action Date/Time: 4/18/2025 06:14 PDT   Action Personnel: SYSTEM,SYSTEM
Electronically Signed by: Gaskins,Benjamin T PA-C          Communication Type:
Order Details: 04/12/25 3:04:00 PDT, Now, Home or self care
Review Information:
Doctor Cosign: Not Required
Order Comment:
Action Type: Order          Action Date/Time: 4/12/2025 03:04 PDT   Action Personnel: Gaskins,Benjamin T
                                                                                      PA-C
Electronically Signed by: Gaskins,Benjamin T PA-C          Communication Type: (System) Written
Order Details: 04/12/25 3:04:00 PDT, Now, Home or self care
Review Information:
Nurse Review: Not Reviewed
Doctor Cosign: Not Required
Order Comment:

---

 **Dignity Health.**

**Bakersfield Memorial Hospital**
420 34th Street
Bakersfield, CA 93301-
Facility Phone #:  661-327-4647 ext. 1928

NAME: **PHILLIPS, DEVON**                                    DOB:                    .    .-                Sex:M
MRN:  ?5            ʼᴾᴹH)                                    Admit Date:   4/11/2025
Acct #: 68010441498                                         Disch Date:   4/12/2025
Pt Loc: BMH ED                                              Physician:

---

## *Orders*

### Nursing

**Order: Arm Sling (Sling for Arm)**   ·
Order Start Date/Time: 4/12/2025 03:04 PDT
Order Date/Time: 4/12/2025 03:04 PDT
Order Status: Discontinued              Department Status: Discontinued          Activity Type: Asmt/Tx/Monitoring
End-state Date/Time: 4/18/2025 06:14 PDT                    End-state Reason:
Ordering Physician: Gaskins,Benjamin T PA-C                Consulting Physician:
Entered By: Gaskins,Benjamin T PA-C on 4/12/2025 03:04 PDT
Order Details: 4/12/25 3:04:00 AM PDT
Order Comment:
Action Type: Discontinue               Action Date/Time: 4/18/2025 06:14 PDT   Action Personnel: SYSTEM,SYSTEM
Electronically Signed by: Gaskins,Benjamin T PA-C          Communication Type:
Order Details: 04/12/25 3:04:00 PDT
Review Information:
Doctor Cosign: Not Required
Order Comment:
Action Type: Order                     Action Date/Time: 4/12/2025 03:04 PDT   Action Personnel: Gaskins,Benjamin T
                                                                                                  PA-C
Electronically Signed by: Gaskins,Benjamin T PA-C          Communication Type: (System) Written
Order Details: 04/12/25 3:04:00 PDT
Review Information:
Nurse Review: Not Reviewed
Doctor Cosign: Not Required
Order Comment:



**Bakersfield Memorial Hospital**
420 34th Street
Bakersfield, CA 93301-
Facility Phone #:  661-327-4647 ext. 1928

NAME: PHILLIPS. DEVON                     DOB:              .ge          Sex:M
MRN:     _____.2(_MH)                   Admit Date:  4/11/2025
Acct #: 68010441498                        Disch Date:  4/12/2025
Pt Loc: BMH ED                             Physician:

---

## *Orders*

### Medications

**Order: ketorolac (Toradol)**
Order Start Date/Time: 4/12/2025 01:05 PDT
Order Date/Time: 4/12/2025 01:05 PDT
Order Status: Completed                Department Status: Completed        Activity Type: Pharmacy
End-state Date/Time: 4/12/2025 01:14 PDT                End-state Reason:
Ordering Physician: Fuller,James PAC                    Consulting Physician:
Entered By: Lao,Tiffany RPh on 4/12/2025 01:05 PDT
Order Details: 15 mg, IM, INJ, x1 STAT, **For ED Use Only**, Start: 4/12/25 1:05:00 AM PDT, Stop: 4/12/25 1:14:02 AM PDT, **For ED Use Only**
Order Comment:

Action Type: Complete                 Action Date/Time: 4/12/2025 01:14 PDT   Action Personnel: Sanders,Terry
Electronically Signed by: Fuller,James PAC                Communication Type:
Order Details: 15 mg, IM, INJ, x1 STAT, **For ED Use Only**, Start: 04/12/25 1:05:00 PDT, Stop: 04/12/25 1:05:00 PDT, **For ED Use Only**
Review Information:
Doctor Cosign: Not Required
Order Comment:

Action Type: Order                    Action Date/Time: 4/12/2025 01:05 PDT   Action Personnel: Lao,Tiffany RPh
Electronically Signed by: Fuller,James PAC                Communication Type: (System) Written
Order Details: 15 mg, IM, INJ, x1 STAT, **For ED Use Only**, Start: 04/12/25 1:05:00 PDT, Stop: 04/12/25 1:05:00 PDT, **For ED Use Only**
Review Information:
Nurse Review: Not Reviewed
Pharmacist Verify: Electronically Signed, Lao,Tiffany RPh on 4/12/2025 01:05 PDT
Doctor Cosign: Not Required
Order Comment:



**Bakersfield Memorial Hospital**
420 34th Street
Bakersfield, CA 93301-
Facility Phone #: 661-327-4647 ext. 1928

NAME: PHILLIPS, DEVON                                    DOB: ·                                    Sex: M
MRN:                    BMH)                             Admit Date:   4/11/2025
Acct #: 68010441498                                     Disch Date:   4/12/2025
Pt Loc: BMH ED                                          Physician:

---

## Orders

### Medications

**Order: ketorolac (Toradol)**
Order Start Date/Time: 4/11/2025 23:39 PDT
Order Date/Time: 4/11/2025 23:39 PDT
Order Status: Voided                  Department Status: Deleted              Activity Type: Pharmacy
End-state Date/Time: 4/12/2025 01:05 PDT            End-state Reason:
Ordering Physician: Fuller,James PAC               Consulting Physician:
Entered By: Fuller,James PAC on 4/11/2025 23:39 PDT
Order Details: 15 mg, IM, INJ, x1 STAT, **For ED Use Only**, Start: 4/11/25 11:39:00 PM PDT, Stop: 4/12/25 1:05:29 AM PDT, **For ED Use Only**
Order Comment:
Action Type: Void                      Action Date/Time: 4/12/2025 01:05 PDT   Action Personnel: Lao,Tiffany RPh
Electronically Signed by: Fuller,James PAC              Communication Type: (System) Written
Order Details: 15 mg, IM, INJ, x1 STAT, **For ED Use Only**, Start: 04/11/25 23:39:00 PDT, Stop: 04/11/25 23:39:00 PDT, **For ED Use Only**
Review Information:
Pharmacist Verify: Electronically Signed, Lao,Tiffany RPh on 4/12/2025 01:05 PDT
Doctor Cosign: Not Required
Order Comment:
Action Type: Order                     Action Date/Time: 4/11/2025 23:39 PDT   Action Personnel: Fuller,James PAC
Electronically Signed by: Fuller,James PAC              Communication Type: (System) Written
Order Details: 15 mg, IM, INJ, x1 STAT, **For ED Use Only**, Start: 04/11/25 23:39:00 PDT, Stop: 04/11/25 23:39:00 PDT, **For ED Use Only**
Review Information:
Nurse Review: No Longer Needing Review, 4/12/2025 01:05 PDT
Pharmacist Verify: Electronically Signed, Jeune,Marjorie RPh on 4/11/2025 23:42 PDT
Doctor Cosign: Not Required
Order Comment:



**Bakersfield Memorial Hospital**
420 34th Street
Bakersfield, CA 93301-
Facility Phone #:  661-327-4647 ext. 1928

NAME: **PHILLIPS, DEVON**                    DOB: '                           Sex:M
MRN:  ˆ ˉˉ            BMH)                   Admit Date:  4/11/2025
Acct #: 68010441498                         Disch Date:  4/12/2025
Pt Loc: BMH ED                              Physician:

---

## Orders

### Radiology

**Order: XR Shoulder 2+ Views Lt (Shoulder XR Complete Lt)**
Order Start Date/Time: 4/11/2025 23:38 PDT
Order Date/Time: 4/11/2025 23:38 PDT
Order Status: Completed          Department Status: Completed          Activity Type: Radiology
End-state Date/Time: 4/12/2025 02:43 PDT          End-state Reason:
Ordering Physician: Fuller,James PAC          Consulting Physician:
Entered By: Fuller,James PAC on 4/11/2025 23:38 PDT
Order Details: 4/11/25 11:38:00 PM PDT, Stat, Reason For Exam: ACUTE PAIN, No, 4/12/25 2:43:44 AM PDT
Order Comment:
Action Type: Complete          Action Date/Time: 4/12/2025 02:43 PDT   Action Personnel: Salem,Aram MD
Electronically Signed by: Fuller,James PAC          Communication Type: (System) Written
Order Details: 04/11/25 23:38:00 PDT, Stat, Reason For Exam: ACUTE PAIN, No, 04/11/25 23:38:00 PDT
Review Information:
Doctor Cosign: Not Required
Order Comment:
Action Type: Status Change          Action Date/Time: 4/12/2025 00:34 PDT   Action Personnel: Zamora,Bianca
Electronically Signed by: Fuller,James PAC          Communication Type: (System) Written
Order Details: 04/11/25 23:38:00 PDT, Stat, Reason For Exam: ACUTE PAIN, No, 04/11/25 23:38:00 PDT
Review Information:
Doctor Cosign: Not Required
Order Comment:
Action Type: Order          Action Date/Time: 4/11/2025 23:39 PDT   Action Personnel: Fuller,James PAC
Electronically Signed by: Fuller,James PAC          Communication Type: (System) Written
Order Details: 04/11/25 23:38:00 PDT, Stat, Reason For Exam: ACUTE PAIN, No, 04/11/25 23:38:00 PDT
Review Information:
Nurse Review: Not Reviewed
Doctor Cosign: Not Required
Order Comment:



**Bakersfield Memorial Hospital**
420 34th Street
Bakersfield, CA 93301-
Facility Phone #:  661-327-4647 ext. 1928

NAME: **PHILLIPS, DEVO.**                    DOB:                          Sex:M
MRN:                    (BMH)            Admit Date:   4/11/2025
Acct #: 68010441498                     Disch Date:   4/12/2025
Pt Loc: BMH ED                          Physician:

---

## *Scanned Administrative Forms*

* Auth (Verified) *

```
MR6450RL                    MIRA - CODING & ABSTRACTING                          PHXASP08
43.10                       ICD10 Coding Summary Report                     4/16/25 14:32:06
GALVARADO0                  Bakersfield Memorial Hospital                        Page    1
=======================================================================================
                        *** PATIENT INFORMATION ***
 NAME......PHILLIPS, DEVON        DRG..      2025 MS-DRG WEIGHT TABLE        APRDRG:
 ACCOUNT #:68010441498            MDC.....       LOS...    1
 MR#......                        DRGWT.   .0000  GLOS.. 1.00
                                                                            MORTALITY:
 PT TYPE...E E                    AGE....        SEX.......M                SEVERITY:
 ADMIT.....04/11/2025             PAYOR:2108 MOLINA MCAL                    RELATIVE WEIGHT:
 DISCH.....04/12/2025             DISP...1   DC HOME
 ATT PHYS..MENDOZA, NANSE
                        *** CLINICAL INFORMATION ***
 DIAGNOSIS CODE & DESCRIPTION                                                       POA
 A   M25.512    Pain in left shoulder
 A   R51.9      Headache, unspecified
 P   S46.912A   Strain of unspecified muscle, fascia and tendon at shoulder and upper arm level, left arm, initial encounter
 S   X58.XXXA   Exposure to other specified factors, initial encounter
```

Patient Name: PHILLIPS, DEVON                                          MRN:
Date of Birth:                                                        FIN: 68010441498

**\* Auth (Verified) \***



## CONDITIONS OF ADMISSION – California Two-Part Form

### PART 1 - Consent for Treatment

---

**Terms Used in this Form**

"**Hospital**" means: Bakersfield Memorial Hospital
"**Patient**" means the person registered to receive healthcare services.
"**Patient's Legal Representative**" can be the Patient's parent, guardian, conservator, or any other person authorized to sign this document on the Patient's behalf, such as an agent under an advanced directive.
"**We**" or "**Us**" or "**Our**" refers to the Hospital.
"**You**" or "**Your**" refers to the person signing this document.
"**Doctor**" includes, but is not limited to, surgeons, radiologists, pathologists, emergency doctors, hospitalists, anesthesiologists, intensive care doctors and other professionals authorized to recommend medical treatment (including but not limited to nurse anesthetists, nurse mid-wives, physician assistants, and nurse practitioners).

---

By signing this form, You agree to all of the following provisions:

1. **Consent to Medical and Surgical Procedures**
   You consent to the procedures that may be performed during the Patient's Hospital stay or provided to the Patient as an outpatient. These procedures may include emergency treatment or services, laboratory procedures, X-ray examinations, medical or surgical treatment or procedures, anesthesia, or other hospital services provided to the Patient under the general and special instructions of the Patient's doctor. Some treatment or services may be provided through telemedicine. You agree that the Hospital, its nursing staff and the Patient's doctors may access and use the Patient's non-hospital pharmacy records in connection with the Patient's Hospital stay or outpatient visit. You understand that the practice of medicine and surgery is not an exact science. You understand that diagnosis and treatment may involve risks of injury or even death. You acknowledge that the Hospital makes no guarantees about the results of examinations or treatments provided to the Patient in this Hospital. If the Patient delivers an infant(s) at this Hospital, You agree that these same Conditions of Admission apply to the infant(s). You also agree that these same Conditions of Admission apply to each outpatient visit for a course of treatment by the Patient's Doctor, such as infusion for cancer or outpatient physical therapy.

2. **Consent to Electronic Recording**
   You consent to the Hospital's use of photography, audio or video recording or other electronic imaging as required for diagnosis or treatment of the Patient and for other internal Hospital purposes. We will not use the Patient's image for marketing or fundraising unless We get Your separate authorization in writing. We may take the Patient's picture to confirm and protect his/her identity for Hospital purposes.

3. **General Duty Nursing Care**
   The Hospital provides only general nursing care and services ordered by the doctor(s). If You want a private duty nurse and the doctor agrees, You agree to make the arrangements at the expense of the Patient and, if applicable, the Guarantor. The Hospital is not responsible for not providing a private duty nurse. You release the Hospital from any and all liability based upon the use of a private duty nurse or the fact that the Hospital does not provide this additional care.

---



Conditions of Admission and Treatment
Part 1: Consent for Treatment
Form # DH-COA-E-P1-151   (COA)
Revision Date  02/15, 04/15, 04/18, 09/04/18

A#  68010441490A
Phillips, Devon
M#                  !    DOS:  4/11/2025
DOB                      SEX   M

Page 1 of 4

---

Facility: BMH                                                      Page 16 of 40

Patient Name: PHILLIPS, DEVON                                                                         MRN:
Date of Birth:                                                                                        FIN: 68010441.98

* Auth (Verified) *

4. **Participation of Residents and Health Care Students**
We may participate in programs to teach resident doctors, medical students, student nurses, and/or other health care students. These persons may observe or participate in the Patient's care under the supervision of nurses and other professionals on the Hospital's staff and Your doctor.

5. **Hospital's Legal Relationship to Doctors**
Doctors are *not* employees or agents of the Hospital. They are independent practitioners who have been granted the privilege of using the Hospital for the care and treatment of their patients. *You may receive a separate bill from these independent practitioners for their services.*

Patient/Legal Representative Initials: _D.F._

You understand and agree that the Patient is under the care and supervision of the Patient's attending doctor. The Hospital and its staff are responsible for carrying out the general and specific instructions of the Patient's doctor. The Patient's doctor is responsible for obtaining Your informed consent, when required, for medical or surgical treatment, special diagnostic or therapeutic procedures, or Hospital services provided to the Patient under his or her general and special instructions.

6. **Release of Information**
You will be given a Notice of Privacy Practices that explains how the hospital may use information about the Patient. The Notice of Privacy Practices is also available on the Hospital's website under Patient Privacy Notice. The Notice of Privacy Practices explains that we will obtain Your written authorization to release information about the Patient, unless We are allowed or required by law to disclose the information without authorization.

7. **Personal Belongings**
You should leave personal items at home. The Hospital has a fireproof safe for the safekeeping of money, valuables, and other articles. The Hospital is not liable for the loss or damage to any money, valuables, or other articles not placed in the safe. Hospital liability for loss of any property given to the Hospital for safekeeping is limited by law to five hundred dollars ($500) unless You request and receive a written receipt for a greater amount.

**Patient Certification:**

By signing this form, You certify that:
- You have read this form
- You have received a copy of the form
- You were given the opportunity to ask questions
- You understand what it means
- You are the Patient or Patient's Legal Representative.



Conditions of Admission and Treatment
Part 1: Consent for Treatment
Form # DH-COA-E-P1-151   (COA)
Revision Date   02/15, 04/15, 04/18  09/04/18

A# 68010441498
Phillips, Devor
M#   ?.           DOS  4/11/2025
DO               SEX  M

Page 2 of 4

Patient Name: PHILLIPS, DEVON A'.                                    MRN:
Date of Birth: .... ..                                               FIN: 68010441498

**\* Auth (Verified) \***

Notice to consumers: Medical doctors are licensed and regulated by the Medical Board of California (800) 633-2322 www.mbc.ca.gov and Physician Assistants are licensed and regulated by the Physician Assistant Committee (916) 561-8780 www.pac.ca.gov

Signature:  _____ Date: 4/11/2025 _____ Time: 11:12:09 PM _____
          [Patient or Patient's Legal Representative]

Name: Phillips, Devon Alvin _____ Relationship to the Patient: SELF _____
          [Print Name]

Witness Signature: VO-     4/11/2025 11:12:09 PM _____



Conditions of Admission and Treatment
Part 1: Consent for Treatment
Form # DH-COA-E-P1-151    (COA)
Revision Date  02/15, 04/15, 04/18, 09/04/18

Page 3 of 4

Patient Name: PHILLIPS, DEVON ▓▓▓▓          MRN: ▓▓▓▓▓▓▓▓▓▓
Date of Birth ▓▓▓▓▓                         FIN: 68010441498

**\* Auth (Verified) \***

**For Hospital Use Only: Compliance with Advance Directive Policies**

*Hospital representative must check one and sign:*

☐ The Patient is incapacitated or otherwise unable to communicate, the advance directive information has been provided to the patient's family or surrogate in accordance with Federal and State law.

☐ The Patient is unable to receive information regarding advance directives at this time and is not accompanied by a legal representative. A referral will be made to the Hospital Department responsible for follow-up.

☐ The Patient has been given written information about his/her right under state laws to make advance directives and written Hospital policies regarding the Hospital's implementation of such right.
  *Also select from below:*
    ☐ The Patient has a written advance directive about health care decisions and:
        ☐ A copy has been given to the Hospital.
        ☐ A copy has not been given to the Hospital, but the Patient has been informed of Patient's responsibility to give a copy to the Hospital.
                        *OR*
    ☐ The Patient does not have a written advance directive about health care decisions and:
        ☐ Wants information; a follow-up referral will be made.
        ☐ Does not wish further information now.

Completed by:  vo-_____    Date: _4/11/2025_    Time: _11 12:09 PM_

---

🌸 **Dignity Health.**

Conditions of Admission and Treatment
Part 1: Consent for Treatment
Form # DH-COA-E-P1-151   (COA)
Revision Date  02/15, 04/15, 04/18, 09/04/18



Page 4 of 4

Patient Name: PHILLIPS, DEVON ████████                                   MRN████████████(BMH)
Date of Birth: ██████                                                    FIN: 68010441498

* Auth (Verified) *



## CONDITIONS OF ADMISSION – California
### (Not for Use with Emergency Department or Labor & Delivery Patients Prior to Stabilization)
### PART 2 – Financial Agreement

---

**Terms Used in this Form**

**"Full Charges"** means the charges for items, services and supplies used in patient care listed in the Hospital's Charge Description Master rates, prior to any discounts or reductions. The Hospital's Charge Description Master is available upon for review at the Hospital Facility (and for hospitals located in California may be viewed at http://www.oshpd.ca.gov/chargemaster).

**"Guarantor"** means the person accepting financial responsibility for items, services and supplies provided to the Patient by signing this document as the Guarantor on page 4, below.

**"Hospital"** means: Bakersfield Memorial Hospital

**"Patient"** means the person registered to receive healthcare services.

**"Patient's Legal Representative"** can be the Patient's parent, guardian, conservator, or any other person authorized to sign this document on the Patient's behalf, such as an agent under an advanced directive.

**"Payor"** means a health insurer, health care service plan, government-sponsored health care program (e.g., Medicare or Medicaid), or other insurance as determined and documented by the Hospital.

**"We" or "Us" or "Our"** refers to the Hospital.

**"You" or "Your"** refers to the person signing this document as the Patient or Patient's Legal Representative.

---

By signing this form, You agree to all of the following provisions:

1.  **Financial Agreement; Assignment of Benefits/Appeal Rights**

    Subject to the limitations described below, the Patient and/or the Patient's Guarantor must pay the Hospital's Full Charges for items, services and supplies provided to the Patient:

    a.  **Insured Patients.** If Patient has provided Hospital with information regarding the Patient's Payor, the Hospital will bill or submit a claim to the Patient's Payor for all the items, services and supplies provided by the Hospital to the Patient. Applicable copayments, coinsurance and deductibles must be paid by the Patient unless the Patient receives financial assistance or discount under the Hospital's applicable policies which would reduce or eliminate such payments. (See Section 2, below, regarding financial assistance and discounts offered by the Hospital). The Hospital may request payment of applicable copayments, coinsurance and deductibles before or at the time of service except with respect to care provided to treat emergency medical conditions. If the Payor denies payment for all or part of the Hospital's bill, the Patient and/or the Guarantor will be required to pay any amounts due to the Hospital. You also agree to, and hereby do, assign all the Patient's rights under the Employee Retirement Income Security Act ("ERISA") or any other applicable state or federal law to Hospital to appeal the denial or underpayment and to seek all legal remedies on behalf of the Patient in any forum against any entity. Some common reasons Payors may deny payment are:

        *   The service is not covered (*e.g.*, the insurance company determines the service is not medically necessary)
        *   The hospital is not in the insurance company's network
        *   Advance authorization from the insurance company was required and not obtained

---



Conditions of Admission and Treatment
Part 2: Financial Agreement
Form # DH-COA-E-P2-151   (COA)
Revision Date  02/15, 04/15, 04/18, 09/12/18

Page 1 of 5

Patient Name: PHILLIPS, DEVON █████   MRN:█████████(BMH)
Date of Birth: ████████   FIN: 68010441498

\* Auth (Verified) \*

By signing this form, You authorize us to submit a claim for payment to the Patient's Payor for the services provided to the Patient. You authorize us to dispute any denials or underpayments to, or to pursue legal remedies against, the Patient's Payor. You authorize and direct the Payor to make direct payments to us for such items, services and supplies provided to the Patient, and to accept and adjudicate appeals from the Hospital on Your behalf. Hospital has the right to act as the Patient's personal representative to pursue Patient's benefit rights. You also agree the Patient, and Guarantor if applicable, is financially responsible to the extent permitted by law for any charges not paid by the Payor or third-party insurer.

b.   **Uninsured Patients.** A Patient who does not have coverage through a Payor must pay the Full Charges of the Hospital for items, services and supplies provided to the Patient, unless the Patient receives financial assistance or another discount under the Hospital's applicable policies which reduce or eliminate such payments. At a minimum, most uninsured patients who obtain medically necessary services will be entitled to an uninsured patient discount. (See Section 2 below, regarding government-sponsored health care programs and financial assistance offered by the Hospital.)

c.   **Additional terms.** You agree that:

(i) The Hospital or a collection agency or other entity engaged by the Hospital may obtain credit reports and other information about the Patient and/or Guarantor, if any, from national credit bureaus and other public sources of information in connection with seeking payment of amounts owed by the Patient or Guarantor. Hospital may disclose any information about the Patient or Guarantor necessary to obtain such reports. Such reports may include investigations of personal credit history, employment and other financial information;

(ii) The Hospital or an entity contracting with the Hospital may obtain financial information about the Patient and the Patient's family in connection with determining whether the Patient is eligible for financial assistance or another discount from the Hospital.

(iii) The Hospital or a collection agency or other entity engaged by the Hospital may charge interest at the legal rate on past due accounts;

(iv) If the Hospital sends the Patient's account to a collection agency or an attorney, the Patient agrees to pay the Hospital's reasonable attorneys' fees, costs and collection expenses; and

(v) By providing any telephone number to the Hospital or a collection agency or other entity engaged by the Hospital and signing below, the Patient, Patient's Legal Representative, and Guarantor, if any, verify that the telephone number provided is his or her own and consent to receive autodialed and prerecorded calls, including text messages, relating to the Patient' account or relationship with the Hospital from the Hospital, its vendors and collection agencies. The Patient, Patient's Legal Representative, and Guarantor, if any, understand that these calls and texts may relate to the handling, servicing or billing of the Patient's account as well as the Hospital's efforts to collect amounts owed by the Patient or Guarantor.

d.   **Title to Property Used in Services.** Title to all tangible items delivered to or used in providing services ("medical supplies," which excludes durable medical equipment) to Medicare patients will pass to the Patient on the first date the medical supplies are used in treating the Patient. Any warranty for that property is limited to the manufacturer's warranty, if any. Patient consents to the Hospital's disposal of any medical waste as required by law.



❀ **Dignity Health.**

Conditions of Admission and Treatment
Part 2: Financial Agreement
Form # DH-COA-E-P2-151   (COA)
Revision Date   02/15, 04/15, 04/18, 09/12/18

Patient Name: PHILLIPS, DEVON     MRN: ~~(BMH)~~
Date of Birth: ~~~~    FIN: 68010441498

\* Auth (Verified) \*

2.  **Government-Sponsored Health Care Programs and Financial Assistance**
    The Hospital will assist uninsured Patients with applications for government-sponsored health care programs, such as Medicare and Medicaid as well as other public and private health insurance or sponsorship programs, including coverage offered through State or Federal Health Benefit Exchanges. In addition, the Hospital offers income-based financial assistance under Dignity Health's Financial Assistance Policy and other discounts under Dignity Health's Administrative Discounts Policy. Financial assistance includes free and discounted care based upon the Patient's family income and medical expenses. Administrative discounts include an uninsured discount, prompt-pay discount, hardship discount and special circumstances discount. If a Patient is uninsured and does not qualify for government-sponsored health care programs or is insured but has high medical costs, financial assistance may be available from Dignity Health to eliminate or substantially reduce the cost of medically necessary items, services and supplies provided to the Patient. The Financial Assistance Policy, Plain Language Summary of the Financial Assistance Policy, and Financial Assistance Application are located on each hospital facility's website and in public areas throughout each facility. For more information about financial assistance and other discounts that may be available to help pay for the cost of care provided to the Patient, the Patient may contact Dignity Health Patient Financial Services or the Dignity Health Financial Counseling Office in person or at the telephone numbers listed on the Plain Language Summary of the Financial Assistance Policy. To apply for financial assistance or another discount from Dignity Health, the Patient must complete and submit an application and provide certain financial information. Along with this Agreement, Patient will be offered a brochure that explains our billing process and a copy of Dignity Health's Patient Financial Assistance Policy. The Hospital's financial counseling staff will also be available to explain Dignity Health's policies and to assist Patient with the financial assistance application process.

3.  **Third Party Liability**
    If the Hospital provides services to the Patient for injuries caused by the actions of others, the Hospital may have the right to seek payment from such third parties and to assert a lien for the Hospital's charges for emergency and ongoing medical services provided to the Patient from the person or entity that is financially responsible for damages related to the injury. You agree to provide us the name of any person or entity that may have caused the Patient's injuries, the name of the person's insurance company, the name of the Patient's lawyer, if any, and any other information that may help the Hospital exercise its lien rights and to cooperate with the Hospital in exercising the Hospital's lien rights.

4.  **Worker's Compensation**
    If the Hospital provides services to the Patient for injuries related to the Patient's employment, the Hospital may have the right to assert a lien on any worker's compensation recovery for the Patient's hospital and medical expenses. You agree to provide Hospital with information that may help the Hospital assert a lien on any worker's compensation recovery and to cooperate with the Hospital in exercising those rights.


**Dignity Health.**

Conditions of Admission and Treatment
Part 2: Financial Agreement
Form # DH-COA-E-P2-151    (COA)
Revision Date    02/15, 04/15, 04/18, 09/12/18


A#    68010441498
Phillips, Devon
M#    ~~~~    DOS: 4/11/2025
DOB    ~~~~    SEX    M

Page 3 of 5

Facility: BMH                                                                                    Page 22 of 40

Patient Name: PHILLIPS, DEVON ~~ALVIN~~                                    MRN: ~~XXXXXXXXXX~~ (BMH)
Date of Birth: ~~XXXXXXXX~~                                                FIN: 68010441498

**Patient Certification:**

By signing this form, You certify that:
- You have read this form
- You have received a copy of the form
- You were given the opportunity to ask questions
- You understand what it means
- You are the Patient or Patient's Legal Representative.
- You have been offered the Hospital Billing Process brochure.
- You have received information informing You of your Patient Rights and Responsibilities.
- You have received information advising You of the Hospital's policy for implementation of defined Advance Directives.

Signature: _[signature]_____ Date: 4/12/2025_____ Time: 2:52:42 AM_____
            [Patient or Patient's Legal Representative]

Name: Phillips, Devon Alvin_____ Telephone: (760)682-5410_____ Cell Phone: _____
            [Print Name]

Relationship to the Patient: SELF_____

Witness Signature: AO-____4/12/2025 2:52:42 AM_____

**Financial Responsibility Agreement by Person Other than the Patient:**

By signing below, I agree to (1) accept financial responsibility for all of the items, services and supplies provided by the Hospital to the Patient and (2) the terms and conditions contained in this Agreement.

Signature: _____ Date: 4/12/2025_____ Time: 4/12/2025 2:52:42 AM_____
            [Patient's Guarantor]

Name: Phillips, Devon Alvin_____ Telephone: (760)682-5410_____ Cell Phone: _____
            [Print Name]

Relationship to the Patient: _____

Witness Signature: AO-____4/12/2025 2 52 42 AM_____

---

**Dignity Health.**

Conditions of Admission and Treatment
Part 2: Financial Agreement
Form # DH-COA-E-P2-151    (COA)
Revision Date  02/15, 04/15, 04/18  09/12/18

A# 68010441498
Phillips, Devon Alvin
M# ~~XXXXXXXXXX~~        DOS  4/11/2025
DOB ~~XXXXXXXX~~         SEX   M

Page 4 of 5

Patient Name: PHILLIPS, DEVON ~~████~~                                      MRN: ~~████████~~ (BMH)
Date of Birth: ~~████████~~                                                 FIN: 68010441498

**\* Auth (Verified) \***

**For Hospital Use Only: Compliance with Advance Directive Policies**

*Hospital representative must check one and sign:*

☐ The Patient is incapacitated or otherwise unable to communicate, the advance directive information has been provided to the patient's family or surrogate in accordance with Federal and State law.

☐ The Patient is unable to receive information regarding advance directives at this time and is not accompanied by a legal representative. A referral will be made to the Hospital Department responsible for follow-up.

☒ The Patient has been given written information about his/her right under state laws to make advance directives and written Hospital policies regarding the Hospital's implementation of such right.
   *Also select from below:*
   ☐ The Patient has a written advance directive about health care decisions and:
      ☐ A copy has been given to the Hospital.
      ☐ A copy has not been given to the Hospital, but the Patient has been informed of Patient's responsibility to give a copy to the Hospital.
                              *OR*
   ☒ The Patient does not have a written advance directive about health care decisions and:
      ☒ Wants information; a follow-up referral will be made.
      ☐ Does not wish further information now.

Completed by: _AO-_____    Date: _4/12/2025_____    Time: _2 52 42 AM____

**❀ Dignity Health.**

Conditions of Admission and Treatment
Part 2: Financial Agreement
Form # DH-COA-E-P2-151    (COA)
Revision Date  02/15, 04/15, 04/18, 09/12/18

Ac#  68010441498
Phillips, Devon ~~████~~
M#  ~~████~~    DOS  4/11/2025
DOB  ~~████~~    SEX  M

Page 5 of 5

Facility: BMH                                                              Page 24 of 40


**\* Auth (Verified) \***

Bakersfield Memorial Hospital

CA

|  |  |  | STAT REG | OUTPATIENT | FACESHEET |
|---|---|---|---|---|---|

```
Account #:      68010441498      Admit Date & Time:  4/11/2025 23:11   Med Rec #:      2520583012
                                 D/C Date & Time:  0/00/0000   0:00    OP Location: ERDP   EMERGENCY DEPART
PHILLIPS, DEVON ▰▰                Sex: M Gender: M Age: ▰▰             Employer
P▰▰▰                             Birthdate: ▰▰▰▰                     UNEMPLOYED
A▰▰                              Marital Status: SINGLE
T▰▰▰▰  ▰▰▰▰▰                     Ethnicity & Race: NON-WHITE
I|County:                        Religion: NO PREFERENCE             Emp Status: 9
E|Day Phone: ▰▰▰▰▰               Interpreter (Y/N): N                Occupation:
N|Work Phone:                    Language: ENGLISH                   Work Phone:
T|Retire Date:  0-00-0000        Fin Class: MEDICAID MANAGED CARE    Admit Src: 1
 |Soc Sec #: 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                                            Admit Type: 1
 |Email Address: NONE                                               Hosp Serv: EMG  PT Type: E
 |Accommodation:                         Confidential Flag          Prev Admit Date:
 |Chief Complaint: LEFT SHOULDER PAIN                               Facility:
 |Procedure/Date:                                                   NPP Last Signed:  4/12/2025 BMH
 |                               Mothers Acct#:  00000000000
```

```
P|Admitting:
H|Attending:  MENDOZA, NANSE
Y|Referring:
S|PCP:        PCP, NOT ON STAFF
 |Consulting:
```

```
 |Spouse/Guardian              Alternate Contact
N|
O|
T|
I|
F|Rel:                         Rel:
Y|Phone:                       Phone:
 |Work Phone:                  Work Phone:
```

```
 |Guarantor                                              Employer
I|PHILLIPS, DEVON ALVIN                                  UNEMPLOYED
N|2360 HOSP WAY APT
S|331
U|CARLSBAD, CA 92008           Occupation:
R|Phone:  (760) 682-5410                                 Phone:
E|SSN:    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          Ref#: 055544351
```

```
 | Primary                     Secondary                 Tertiary
 |21                           00                        00
 |2108  MOLINA MCAL            0000                      0000
 |99901 DEFAULT PLAN CODE      00000                     00000
I|
N|
S|
U|Insured: PHILLIPS, DEVON ALVIN   Insured:              Insured:
R|Rel: SELF        DOB: 10/04/1984 Rel:       DOB: 0/00/0000  Rel:      DOB: 00000000
A|Policy #: 95133509F          Policy #:                 Policy #:
N|BIC #:                       Group #:                  BIC #:
C|Grp Name:                    Grp Name:                 Grp Name:
E|Ins Phone:                   Ins Phone:                Ins Phone:
 |Auth #:         Days: 000    Auth #:                   Auth #:
 |Verif Date:  0/00/0000       Verif Date:  0/00/0000    Verif Date:  0/00/0000
 |TRACE #:
 |VERIF BY/PHONE:
 |AUTH BY/PHONE:
```

```
 |Comments:                                              Accident Information
 |                                                       Code:
 |                                                       Date:           Time:    0:00
 |Registrar: VDOMING003                                  Loc:
 |Print Date/Time:  4/12/2025  2:50:27  By: AORTEGON     Desc:
```

Patient Name: PHILLIPS, DEVON ~~~~~~~~~~
Date of Birth: ~~~~~~~~~

MRN: 2520583012(BMH)
FIN: 68010441498

**\* Auth (Verified) \***

Bakersfield Memorial Hospital

CA

| | STAT REG    OUTPATIENT    FACESHEET |

```
|Account #:      68010441498          Admit Date & Time:  4/11/2025 23:11     Med Rec #:       ~~~~~~~~~
|                                     D/C Date & Time:  0/00/0000   0:00      OP Location: ERDP    EMERGENCY DEPART
|PHILLIPS, DEVON ~~~~~                 Sex: M Gender: M Age: ~~~~               Employer
P|~~~~~~~~~~~~~~~~~~~~~~~               Birthdate: ~~~~~~~~~~                    UNEMPLOYED
A|    ~~~~                             Marital Status: SINGLE
T|~~~~~~~~~~~~~~                       Ethnicity & Race: NON-WHITE
I|County:                             Religion: NO PREFERENCE                  Emp Status: 9
E|Day Phone: (760) 682-5410           Interpreter (Y/N): N                     Occupation:
N|Work Phone:                         Language: ENGLISH                        Work Phone:
T|Retire Date:  0-00-0000             Fin Class: SELF PAY AND RELATED CLAS     Admit Src: 1
 |Soc Sec #: 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                                                       Admit Type: 1
 |Email Address: NONE                                                          Hosp Serv: EMG  PT Type: E
 |Accommodation:                               Confidential Flag               Prev Admit Date:
 |Chief Complaint: LEFT SHOULDER PAIN                                          Facility:
 |Procedure/Date:                                                              NPP Last Signed:  0/00/0000
 |                                     Mothers Acct#:  00000000000
```

```
P|Admitting:
H|Attending:  MENDOZA, NANSE
Y|Referring:
S|PCP:        PCP, UNKNOWN
 |Consulting:
```

```
 |Spouse/Guardian                     Alternate Contact
N|
O|
T|
I|
F|Rel:                                Rel:
Y|Phone:                              Phone:
 |Work Phone:                         Work Phone:
```

```
 |Guarantor                                                          Employer
I|PHILLIPS, DEVON ALVIN                                              UNEMPLOYED
N|2360 HOSP WAY 331            Rel: SELF
S|
U|CARLSBAD, CA 92008          Occupation:
R|Phone:  (760) 682-5410                                             Phone:
E|SSN:     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        Ref#: 055544351
```

```
 | Primary                      Secondary                   Tertiary
 |00                           00                          00
 |0000  BALANCE AFTER INSURANCE 0000                        0000
 |00000                        00000                       00000
I|
N|
S|
U|Insured:                     Insured:                    Insured:
R|Rel:            DOB:  0/00/0000  Rel:        DOB:  0/00/0000  Rel:          DOB: 00000000
A|Policy #:                    Policy #:                   Policy #:
N|Group #:                     Group #:                    BIC #:
C|Grp Name:                    Grp Name:                   Grp Name:
E|Ins Phone:                   Ins Phone:                  Ins Phone:
 |Auth #:            Days: 000  Auth #:                     Auth #:
 |Verif Date:  0/00/0000       Verif Date:  0/00/0000      Verif Date:  0/00/0000
```

```
 |Comments:                                                          Accident Information
 |                                                                   Code:
 |                                                                   Date:               Time:    0:00
 |Registrar: VDOMING003                                              Loc:
 |Print Date/Time:    4/11/2025 23:11:50     By: VDOMING003          Desc:
```

Patient Name: PHILLIPS, DEVON~~████████~~                                        MRN: ~~████████~~(BMH)
Date of Birth: ~~████████~~                                                     FIN: 68010441498

**\* Auth (Verified) \***

### Joint Notice of Privacy Practices for Health Information (NPP)
### Acknowledgement Form

The law requires that this facility give to a patient a copy of its Notice of Privacy Practices for Health Information. This notice describes how medical information about you may be disclosed and how you can get access to this information. We will give you a copy at the time of first treatment and, if we change our notice, thereafter at the next treatment visit. By signing below, you acknowledge receipt of such as the patient, the patient's personal representative, the patient's authorized agent, or an individual involved in the patient's medical care.

Patient Name: _Phillips, Devon ███_____    Medical Record # _~~████~~_____

Acknowledgment
Signature: ____~signature~_____    Date: ___4/12/2025_____

**If signed by anyone other than the patient, please indicate relationship:**

Print Name: _____    Relationship: _SELF_____

---

**FOR OFFICIAL USE:**

I provided a copy of the NPP to the patient/patients representative but was unable to obtain his/her written acknowledgement of receipt of such for the following reasons:

I have attempted to provide to the patient/patients representative a copy of the NPP, but was unable to do so for the following reasons:

Signature of
Hospital Representative: _AO-_____    Date: ___4/12/2025_____

Print Name: _____    Department: _PATIENT ACCESS_____

---

**✿ Dignity Health.**
Bakersfield Memorial Hospital

Joint Notice of Privacy Practices for Health Information
(NPP) Acknowledgement Form

A#    68010441498
Phillips, Devon ~~███~~
M#    ~~████~~       DOS:  4/11/2025
DOB: ~~████~~        SEX:  M



**Bakersfield Memorial Hospital**
420 34th Street
Bakersfield, CA 93301-
Facility Phone #:  661-327-4647 ext. 1928

NAME: PHILLIPS, DEVON⬛⬛⬛⬛          DOB:⬛⬛⬛⬛⬛ Age: ⬛⬛⬛⬛        Sex:M
MRN: ⬛⬛⬛⬛⬛(BMH)                    Admit Date:  4/11/2025
Acct #: 68010441498                 Disch Date:  4/12/2025
Pt Loc: BMH ED                      Physician:

---

## *EENT*

Charted Date       4/11/2025
Charted Time        23:48 PDT
Charted By  De Castro,Rosanna

| Procedure | | Units | Reference Range |
|---|---|---|---|
| Left Ear Symptoms | None | | |
| Right Ear Symptoms | None | | |
| Left Eye Symptoms | None | | |
| Right Eye Symptoms | None | | |
| Mouth and Throat Symptoms | None | | |



**Bakersfield Memorial Hospital**
420 34th Street
Bakersfield, CA 93301-
Facility Phone #: 661-327-4647 ext. 1928

NAME: **PHILLIPS, DEVON ALVIN**
MRN: ⬛⬛⬛⬛⬛(BMH)
Acct #: 68010441498
Pt Loc: BMH ED

DOB:⬛⬛⬛ Age:⬛⬛ Sex:M
Admit Date: 4/11/2025
Disch Date: 4/12/2025
Physician:

## General Information

| | Charted Date | 4/12/2025 | | |
| | Charted Time | 04:39 PDT | | |
| | Charted By | Sanders,Terry | | |
| **Procedure** | | | **Units** | **Reference Range** |
| Barriers to Learning | | None evident | | |
| Educational Topics | | See Below [T1] | | |
| Individuals Taught | | Patient | | |
| Teaching Evaluation | | Follow up required | | |
| Teaching Method | | Explanation, Printed materials | | |
| Teaching Outcome | | See Below [T2] | | |

Textual Results
T1:    4/12/2025 04:39 PDT (Educational Topics)
       Plan of care, Medications, Prescriptions
T2:    4/12/2025 04:39 PDT (Teaching Outcome)
       Communicated understanding, Demonstrated understanding

| | Charted Date | 4/11/2025 | | |
| | Charted Time | 23:48 PDT | | |
| | Charted By | De Castro,Rosanna | | |
| **Procedure** | | | **Units** | **Reference Range** |
| Emotional Assmt Criteria | | Does not meet criteria | | |
| History of Falling (Fall) | | No | | |
| Confusion Disorientation (Fall) | | No | | |
| Intoxicated Sedated (Fall) | | No | | |
| Impaired Gait (Fall) | | No | | |
| Mobility Assist Device (Fall) | | No | | |
| Altered Elimination (Fall) | | No | | |
| Fall Risk Score (Fall) | | 0 | | |

| | Charted Date | 4/11/2025 | | |
| | Charted Time | 23:27 PDT | | |
| | Charted By | De Castro,Rosanna | | |
| **Procedure** | | | **Units** | **Reference Range** |
| Chief Complaint ED | | left shoulder pain, headache | | |
| Mode of Arrival | | Ambulatory | | |
| Arrival Time | | 4/11/2025 23:11 PDT | | |
| Tracking Acuity | | 4 - Non-urgent | | |
| Living Situation | | Lives alone | | |
| Sensory Deficits | | None | | |
| Subjective Nursing Assessment | | See Below [T3] | | |
| INF Disease Fever | | No | | |
| INF Disease Cough | | No | | |

 **Dignity Health.**

**Bakersfield Memorial Hospital**
420 34th Street
Bakersfield, CA 93301-
Facility Phone #:  661-327-4647 ext. 1928

NAME: PHILLIPS, DEVON ████        DOB:████ Age: ████        Sex:M
MRN: ████████(BMH)                Admit Date:  4/11/2025
Acct #: 68010441498               Disch Date:  4/12/2025
Pt Loc: BMH ED                    Physician:

## General Information

|  |  | Units | Reference Range |
|---|---|---|---|
| Charted Date | 4/11/2025 |  |  |
| Charted Time | 23:27 PDT |  |  |
| Charted By | De Castro,Rosanna |  |  |
| **Procedure** |  |  |  |
| Rash | No |  |  |
| Severe Headache | No |  |  |
| Diarrhea (3 episode per day) | No |  |  |
| Stiff neck | No |  |  |
| Travel to foreign country last 30 days | No |  |  |
| Hospitalized in Foreign Country | No |  |  |
| Todays Date | 4/11/2025 |  |  |
| Vomiting | No |  |  |
| Blood in Sputum | No |  |  |
| INF Disease Night Sweats | No |  |  |
| INF Disease Unexplained Weight Loss | No |  |  |
| INF Disease Muscle or Joint Pain | Yes |  |  |
| INF Disease Weakness or Fatigue | No |  |  |
| Non-Contained Draining Rash or Wound | No |  |  |
| INF Disease New Loss of Taste or Smell | No |  |  |
| Unexplained Hemorrhage,Bleeding,Bruising | No |  |  |
| INF Disease Sore Throat | No |  |  |
| INF Disease Swollen Lymph Nodes | No |  |  |

Textual Results
T3:     4/11/2025 23:27 PDT (Subjective Nursing Assessment)
        walked-in to triage, per pt he was handcuffed by an officer by mistaken identity. His shoulder was pull backwards and
        handcuffed for morethan 1 hr. Pt just had a physical theraphy this AM d/t MVA last January.



**Bakersfield Memorial Hospital**
420 34th Street
Bakersfield, CA 93301-
Facility Phone #:  661-327-4647 ext. 1928

NAME: PHILLIPS, DEVON~~~~~~~~              DOB:~~~~~~~Age~~~~~~    Sex:M
MRN: ~~~~~~~(BMH)                          Admit Date:  4/~~/2025
Acct #: ~~~~~~1498                         Disch Date:  4/12/2025
Pt Loc: BMH ED                            Physician:

## *Gyn and Maternal-Child*

| | | | | |
|---|---|---|---|---|
| Charted Date | 4/11/2025 | | | |
| Charted Time | 23:27 PDT | | | |
| Charted By | De Castro,Rosanna | | | |
| Procedure | | Units | Reference Range | |
| Pregnancy Status | N/A | | | |



**Bakersfield Memorial Hospital**
420 34th Street
Bakersfield, CA 93301-
Facility Phone #:  661-327-4647 ext. 1928

NAME: PHILLIPS, DEVON⬛⬛⬛⬛⬛     DOB:⬛⬛⬛⬛  Age:⬛⬛⬛ears     Sex:M
MRN:⬛⬛⬛⬛⬛⬛⬛(BMH)                    Admit Date:  4/11/2025
Acct #: 68010441498                         Disch Date:  4/12/2025
Pt Loc: BMH ED                              Physician:

---

### *Hemodynamics and Vitals*

| Charted Date | 4/12/2025 | 4/12/2025 | 4/11/2025 | | |
| Charted Time | 04:38 PDT | 01:14 PDT | 23:27 PDT | | |
| Charted By | Sanders,Terry | Sanders,Terry | De Castro,Rosanna | | |
| Procedure | | | | Units | Reference Range |
|---|---|---|---|---|---|
| BSA-pt care | - | - | 2.16 | | |
| Heart Rate | 70 | - | 72 | bpm | 51-119 |
| Ideal Body Weight | - | - | 68.4 | kg | |
| Adjusted Body Weight | - | - | 79.92 | kg | |
| NIBP Systolic | 120 | - | 121 | mm Hg | 91-139 |
| NIBP Diastolic | 70 | - | 77 | mm Hg | 51-89 |
| Resp Rate (Monitor) | 18 | - | 18 | Breaths/Min | 13-20 |
| Temperature PO | 36.8 | - | 36.4 | deg C | 36-37.5 |
| Weight Method | - | - | Actual | | |
| Scale Type | - | - | Standing scale | | |
| Pain Intensity | - | 9 | 9 | | |
| Pain Scale Used | - | Numeric Rating Scale | Numeric Rating Scale | | |
| Drug Calc Weight (kg) | - | - | 97.2 | kg | |
| BMI | - | - | 32.582 | kg/m2 | |
| Height | - | - | 172.72 | cm | |
| Weight kg (metric) | - | - | 97.2 | kg | |



**Bakersfield Memorial Hospital**
420 34th Street
Bakersfield, CA 93301-
Facility Phone #:  661-327-4647 ext. 1928

NAME: PHILLIPS, DEVON̄███████            DOB:███████  Age:███████    Sex:M
MRN:███████(BMH)                   Admit Date:  4/11/2025
Acct #: 68010441498                    Disch Date:  4/12/2025
Pt Loc: BMH ED                       Physician:

## PT CARE - Measurements

| Recorded Date/Time | Procedure<br>Reference Text<br>Reference High<br>Reference Low<br>Recorded By | Height In | Height | Drug Calc Weight (kg) | Weight Method |
|---|---|---|---|---|---|
| 4/11/2025 23:27 PDT | De Castro,Rosanna | 68 | 172.72 | 97.2 | Actual |

| Recorded Date/Time | Procedure<br>Reference Text<br>Reference High<br>Reference Low<br>Recorded By | Scale Type | Ideal Body Weight | Adjusted Body Weight | BSA-pt care |
|---|---|---|---|---|---|
| 4/11/2025 23:27 PDT | De Castro,Rosanna | Standing scale | 68.4 | 79.92 | 2.16 |

| Recorded Date/Time | Procedure<br>Reference Text<br>Reference High<br>Reference Low<br>Recorded By | BMI |
|---|---|---|
| 4/11/2025 23:27 PDT | De Castro,Rosanna | 32.582 |



**Bakersfield Memorial Hospital**
420 34th Street
Bakersfield, CA 93301-
Facility Phone #: 661-327-4647 ext. 1928

NAME: PHILLIPS, DEVON A.
MRN
Acct #: 68010441498
Pt Loc: BMH ED

DOB:                         ars    Sex:M
Admit Date:  4/11/2025
Disch Date:  4/12/2025
Physician:

---

### *Musculoskeletal and Integumentary*

| | Charted Date | 4/11/2025 | | |
| --- | --- | --- | --- | --- |
| | Charted Time | 23:48 PDT | | |
| | Charted By | De Castro,Rosanna | | |
| Procedure | | | Units | Reference Range |
| Musculoskeletal Abnormality Location #1 | | left shoulder | | |
| Musculoskeletal Abnormality #1 | | Pain | | |
| Musculoskeletal ROM #1 | | Pain with movement | | |
| Activity Braden | | (4) Walks frequently | | |
| Friction and Shear | | (3) No apparent problem | | |
| Mobility | | (4) No limitations | | |
| Moisture | | (4) Rarely moist | | |
| Sensory Perception | | (4) No impairment | | |
| Skin Temperature | | Warm | | |
| Skin Turgor | | Normal | | |
| Nutrition | | (3) Adequate | | |
| Braden Tissue Perfusion & Oxygenation | | N/A | | |



**Bakersfield Memorial Hospital**
420 34th Street
Bakersfield, CA 93301-
Facility Phone #:  661-327-4647 ext. 1928

NAME: PHILLIPS, DEVON                                     DOB:                          :rs      Sex:M
MRN:                                                     Admit Date:   4/11/2025
Acct #: 68010441498                                     Disch Date:   4/12/2025
Pt Loc: BMH ED                                           Physician:

---

## *Neurological*

| | | | Units | Reference Range |
|---|---|---|---|---|
| Charted Date | 4/11/2025 | | | |
| Charted Time | 23:48 PDT | | | |
| Charted By | De Castro,Rosanna | | | |
| **Procedure** | | | | |
| Glasgow Coma Scale | Assessed | | | |



**Bakersfield Memorial Hospital**
420 34th Street
Bakersfield, CA 93301-
Facility Phone #:  661-327-4647 ext. 1928

NAME: PHILLIPS, DEVON    DOB:          rs    Sex:M
MRN:    Admit Date:  4/11/2025
Acct #: 68010441498    Disch Date:  4/12/2025
Pt Loc: BMH ED    Physician:

---

## *Respiratory*

| Charted Date | 4/12/2025 | 4/11/2025 | | |
| Charted Time | 04:38 PDT | 23:27 PDT | | |
| Charted By | Sanders,Terry | De Castro,Rosanna | | |
| Procedure | | | Units | Reference Range |
| SPO2 | 99 | 98 | % | 92 |



**Bakersfield Memorial Hospital**
420 34th Street
Bakersfield, CA 93301-
Facility Phone #:  661-327-4647 ext. 1928

NAME: **PHILLIPS, DEVON**                                    DOB:                          Sex:M
MRN:                    MH)                                          Admit Date:  4/11/2025
Acct #: 68010441498                                          Disch Date:  4/12/2025
Pt Loc: BMH ED                                                    Physician:

---

## *Sepsis Screening*

                Charted Date        4/11/2025
                Charted Time        23:27 PDT
                Charted By  De Castro,Rosanna

| Procedure | | Units | Reference Range |
|---|---|---|---|
| SIRS Criteria | N/A | | |
| SIRS Actual or Suspected Infection | No | | |



**Bakersfield Memorial Hospital**
420 34th Street
Bakersfield, CA 93301-
Facility Phone #: 661-327-4647 ext. 1928

NAME: **PHILLIPS, DEVON**                                    DOB: .                                    Sex:M
MRN: 2٤              ٣MH)                                       Admit Date: 4/11/2025
Acct #: 68010441498                                           Disch Date: 4/12/2025
Pt Loc: BMH ED                                                Physician:

---

## *Therapies*

Charted Date    4/12/2025
Charted Time    04:39 PDT
Charted By  Sanders, Terry

| Procedure | Units | Reference Range |
|-----------|-------|-----------------|
| Teach Back | Yes | |



**Bakersfield Memorial Hospital**
420 34th Street
Bakersfield, CA 93301-
Facility Phone #:  661-327-4647 ext. 1928

NAME: PHILLIPS, DEVON                          DOB:                                Sex:M
MRN:                                           Admit Date:   4/11/2025
Acct #: 68010441498                            Disch Date:   4/12/2025
Pt Loc: BMH ED                                 Physician:

---

## *Wounds*

Charted Date        4/11/2025
Charted Time        23:48 PDT
Charted By   De Castro,Rosanna

| Procedure | Units | Reference Range |
|---|---|---|
| Immunization Opt Out | Allow | |



**Bakersfield Memorial Hospital**
420 34th Street
Bakersfield, CA 93301-
Facility Phone #:  661-327-4647 ext. 1928

NAME: PHILLIPS, DEVON                    DOB: ʹ                         Sex:M
MRN:                    BMH)                Admit Date:  4/11/2025
Acct #: 68010441498                         Disch Date:  4/12/2025
Pt Loc: BMH ED                              Physician:

## *General Radiology*

PROCEDURE            ACCESSION          EXAM DATE/TIME        STATUS              ORDERING PROVIDER
XR Shoulder 2+ Views Lt28-XR-25-083015   4/12/2025 00:34 PDT    Auth (Verified)        Fuller,James PAC

**Reason For Exam**
(XR Shoulder 2+ Views Lt) ACUTE PAIN

**Report**
```
PROCEDURE:   XR Shoulder 2+ Views Lt

COMPARISON:   None.

INDICATIONS:   ACUTE PAIN

FINDINGS:
BONES:  Normal.  No significant arthropathy or acute abnormality.
SOFT TISSUES: Negative.  Novisible soft tissue swelling.
OTHER:  Negative.

CONCLUSION:  No acute findings.
```
              ***F I N A L***
*Dictated by:  Salem, Aram MD, MD*
*Electronically signed by:  Salem, Aram MD*
          *, D: 04/12/2025 02:39, S: 04/12/2025 02:40*
              ***F I N A L***



**Orthopedic Surgery San Diego**
**ROBERT AFRA, M.D**
Board Certified Orthopedic Surgeon
Qualified Medical Evaluator
317 N. El Camino Real, Suite 405
Encinitas, CA 92024
(760) 994-2663

6/19/2025

Proposed Estimated    Surgery Fees for Devon Phillips:

### *Dr. Afra*:
CPT:

| | |
|---|---:|
| 23395 - Subpectoral muscle transfer | $13,687.00 |
| 29806 – Arthroscopy, shoulder, capsulorrhaphy | 5,664.00 |
| 29807 - Arthroscopy, shoulder, repair of SLAP lesion | 5,548.00 |
| 29823 - Arthroscopy, shoulder, debridement, extensive | 3,217.00 |
| 29826 - Arthroscopy, shoulder, decompression | 888.00 |
| Total: | $29,004.00 |

### *Assistant*:
CPT:

| | |
|---|---:|
| 23395 - Subpectoral muscle transfer | $ 3,421.75 |
| 29806 - Arthroscopy, shoulder, capsulorrhaphy | 1,416.00 |
| 29807 - Arthroscopy, shoulder, repair of SLAP lesion | 1,387.00 |
| 29823 - Arthroscopy, shoulder, debridement, extensive | 804.25 |
| 29826 - Arthroscopy, shoulder, decompression | 222.00 |
| Total: | $ 7,251.00 |

### *Other*:

| | |
|---|---:|
| DME: | $   820.00 |
| Pre-op | 1,500.00 |
| Surgery Center: | 60,000.00 |
| Post-op Physical Therapy: | 6,000.00 |
| Total: | $68,320.00 |

**GRAND TOTAL: $104,575.00**

Case 1:25-cv-00875-CDB     Document 1     Filed 07/17/25     Page 79 of 177

# DEMOGRAPHICS

---

## *Devon Phillips*

| | | | |
|---|---|---|---|
| DOB: | | MRN: | |
| Marital Status: | | Maiden Last: | |
| Sex: | Male | SSN: | |
| Languages: | | Driver's License: | |
| | | Race: | |
| | | Ethnicity: | |

Preferred
Communication:     Unknown

Home Address:                                        Address:

CARLSBAD, CA 92008

| | | | |
|---|---|---|---|
| Home Phone: | | Work Phone: | |
| Mobile Phone: | | Other Phone: | |
| Personal Email: | | Work Email: | |
| Other Email: | | | |

Disclosure Notes:

---

## *Additional Info*

Mother's Maiden Last
Name:                                                 Birth Place:
Birth Order:                                          Nationality:
Citizenship(s):                                       Religious Affiliation:
Education:

Date of Death:                                        Cause of Death:

Pharmacies:          CVS/pharmacy #9479: 2510 El Camino Real, Carlsbad 92008 (760) 729 - 8941 (o) (760) 729 - 6741 (f)
                     Primary

Primary Provider:

Referred By:

Notes:

---

## *Contacts*

| | | | |
|---|---|---|---|
| Responsible Party: | Self | Emergency Contact: | Responsible Party |
| Relationship to Patient: | Self | Relationship to Patient: | Self |
| Name: | | Name: | |
| Home Address: | CARLSBAD, CA 92008 | Home Address: | CARLSBAD, CA 92008 |
| Home Phone: | ( | Home Phone: | |
| Work Phone: | | Work Phone: | |
| Mobile Phone: | | Mobile Phone: | |
| Other Phone: | | Other Phone: | |
| Personal Email: | | Personal Email: | |
| Work Email: | | Work Email: | |
| Other Email: | | Other Email: | |
| Notes: | | Notes: | |

## Insurance

| | | | |
|---|---|---|---|
| Company Name: | QUIGLEY FIRM | Insured Party: | Self |
| Plan Name: | | Name: | DEVON PHILLIPS |
| Address: | 501 W Broadway Ste 800 | Relationship to Patient: | Self |
| | San Diego | Home Address: | |
| | CA | | CARLSBAD. CA 92000 |
| | 92101-3546 | Home Phone: | \ |
| Phone Number: | 6194134405 | Work Phone: | |
| Fax Number: | 6193932113 | Mobile Phone: | |
| Contact Person: | | Other Phone: | |
| Plan Type: | | Personal Email: | |
| Group Name: | | Work Email: | |
| Policy Number: | 0000 | Other Email: | |
| Group Number: | | | |
| Start/End Date: | 19-Jun-2025 – 19-Jun-2025 | | |
| Copay: | $0.00 | | |

## Recent Appointments*

| Date/Time of Visit | Provider/Resource | Visit Type | Reason for Visit | Status |
|---|---|---|---|---|
| 06/25/2025 04:30 PM | Robert Afra | Patient | MD Lien fu | Scheduled |
| 06/06/2025 04:15 PM | Robert Afra | Patient | MD fu | Cancelled |
| 06/05/2025 03:00 PM | Robert Afra | Patient | MD Lien fu | CheckedIn |
| 05/16/2025 10:30 AM | Robert Afra | Patient | MD Lien fu | CheckedIn |
| 04/25/2025 10:30 AM | Robert Afra | Patient | MD Lien fu | CheckedIn |
| 04/04/2025 10:15 AM | Robert Afra | Patient | MD Lien fu | CheckedIn |
| 03/17/2025 10:15 AM | Robert Afra | Patient | MD Lien New | CheckedIn |

*NOTE: Please keep in mind that if we were not to able retrieve appointments, we will display an empty list. Max of 50 appointments, including those from the past year and up to 10 future appointments within the next year.

Case 1:25-cv-00875-CDB     Document 1     Filed 07/17/25     Page 81 of 177

# FACE SHEET

**Devon Phillips**
MRN: NA
DOB: 0...
Male

---

## Allergies

- No known allergies

## Medications

- Pepcid 20 mg tablet
- diclofenac ER 100 mg tablet,extended release 24 hr

## Problems

- No active Problems listed for this patient

## History

*PMHx*
- None

*PSHx*
- Microdiscectomy

*FHx*
- Comments: Unremarkable.

*SHx*
- **Tobacco:** Never smoker
- **Alcohol:** Do not drink
- **Drug Abuse:** No illicit drug use
- **Others:** Moderately active. / Single

*Hospitalizations*
- No hospitalizations / procedures have been documented for this patient

*ImplantableDevices*
- No implantable devices has been documented for this patient

# PATIENT CHART

---

## Problems List

---

### Active Problems
- No active problems listed for this patient.

### Inactive Problems
- No inactive problems listed for this patient.

---

## Allergies

---

### Active Allergies
- No known allergies

### Inactive Allergies
- No allergy history has been documented for this patient.

---

## Medications List

---

### Active Medications
- **Pepcid 20 mg tablet** - 1 tab(s) orally every 12 hours with meals x2 weeks Substitution allowed. Qty: 30.0/Refills: 0. Prescribed on 17 Mar 2025 01:18 PM, by Robert Afra
- **diclofenac ER 100 mg tablet,extended release 24 hr** - 1 tab(s) orally every 12 hours with meals x2 weeks Substitution allowed. Qty: 30.0/Refills: 0. Prescribed on 17 Mar 2025 01:16 PM, by Robert Afra

### Discontinued Medications
- No discontinued medications listed for this patient

---

## Vital Signs

---

| RECORDED | BP | HR | RR | TEMP | HT/LT. | WEIGHT | BMI | HEAD CIRC | SpO2 | INHALED O2 | COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|

## Labs

---

- No lab documentations found for this patient.

---

## Notes

---

| DATE | TYPE | SUBJECT | STATUS | ASSIGNED TO | Signed By | LAST UPDATED |
|---|---|---|---|---|---|---|
| 05 Jun 2025 03:00 PM | ORTHOPEDIC CLINIC NOTE | | Complete | Robert Afra | Robert Afra | 12 Jun 2025 07:50 PM |
| 16 May 2025 10:30 AM | ORTHOPEDIC CLINIC NOTE | | Complete | Robert Afra | Robert Afra | 21 May 2025 06:20 PM |
| 25 Apr 2025 10:30 AM | ORTHOPEDIC CLINIC NOTE | | Complete | Robert Afra | Robert Afra | 07 May 2025 05:42 PM |
| 04 Apr 2025 10:15 AM | ORTHOPEDIC CLINIC NOTE | | Complete | Robert Afra | Robert Afra | 06 Apr 2025 05:13 PM |
| 17 Mar 2025 10:15 AM | ORTHOPEDIC CLINIC NOTE | | Complete | Robert Afra | Robert Afra | 23 Mar 2025 10:10 AM |

**ORTHOPEDIC CLINIC NOTE Note**

**Devon Phillips**
DOB
Phone: 7606825410
Visit Date: 05 Jun 2025

---

## *CC*

---

RE: DEVON PHILLIPS
DOS: 6/5/25
PHONE

ROBERT AFRA, MD

ORTHOPEDIC INJURY CLINIC
317 NORTH EL CAMINO REAL, SUITE 405
ENCINITAS, CA 92024
(760) 994-2663

ORTHOPEDIC INJURY NOTE

IDENTIFIER: The patient is a 40 year-old right-hand dominant male who worked as a surgery tech. The patient sustained a motor vehicle accident on January 22, 2025 while driving down a street, a car to the far left crossed to the far right lane to make a right turn but stopped and he t-boned the back side of the car. The patient was a restrained driver and the airbags did not deploy. He injured his neck, left shoulder and lower back. The patient is seen by me as initial orthopedic consultation on March 17, 2025.

*Nickname: Dev

1. Left shoulder bursitis and biceps tendinitis. The patient is directed to physical therapy on March 17, 2025. The patient received a left shoulder SA steroid injection on April 4, 2025. MRA of the left shoulder from MaxMRI obtained on April 16, 2025 demonstrates rotator cuff and labrum intact. X-rays 3 views of the left shoulder obtained on April 25, 2025 demonstrate no obvious bony abnormalities..

2. Lumbago. The patient underwent an L4-L5 microdiscectomy on December 16, 2022. X-rays 3 views of the lumbar spine from Sharp on January 30, 2025 demonstrate no obvious bony abnormalities. The patient is directed to physical therapy on March 17, 2025.

3. Cervicalgia. X-rays 5 views of the cervical spine from Sharp on January 30, 2025 demonstrate loss of normal lordosis. The patient is directed to physical therapy on March 17, 2025.

4. Left elbow medial epicondylitis.

---

## *HPI*

---

Case 1:25-cv-00875-CDB    Document 1    Filed 07/17/25    Page 84 of 177

A request for a left shoulder arthroscopy debridement decompression, possible open sub pectoral muscle transfer vs biceps tenodesis, possible superior and/or posterior labral repair is submitted on May 16, 2025. PENDING.

Preop pending.

The focus of today's examination is the left shoulder. His pain has not improved. He still has pain in the anterior aspect of the shoulder that readiest to the medial aspect of the elbow and the volar ulnar aspect of the wrist. The patient has pain reaching overhead, reaching behind back and sleeping on the shoulder. The patient has intermittent sharp and achy pain in a scale of 6-8/10. The patient denies numbness and tingling in the extremities. Activity increases the pain. Rest provides relief.

## ROS

Back injury. Muscle cramping. Sleep disturbance.

## PMHx

None

## PSHx

Microdiscectomy

## Medications

**Pepcid 20 mg tablet** , 1 tab(s) orally every 12 hours with meals x2 weeks
**diclofenac ER 100 mg tablet,extended release 24 hr** , 1 tab(s) orally every 12 hours with meals x2 weeks

## Allergies

No known allergies

## FHx

Comments: Unremarkable.

## Soc Hx

Tobacco: Never smoker
Alcohol: Do not drink
Drug Abuse: No illicit drug use
Others: Moderately active. / Single
Comments:

## EXAM

*Request for Surgery*
*Pg #6*

**GENERAL:** The patient is well-developed and well-nourished with a normal BMI. The patient has no level of generalized anxiety. The patient is alert and oriented x3.

**VITALS:** Pain level: 8 Pulse: 78 Respiratory rate: 16

**GAIT:** Normal, non-antalgic gait.

**LEFT SHOULDER:** The patient is non-tender to the AC joint. There is full passive range of motion of the glenohumeral joint. Negative Speed's; Positive Neer's; Positive Hawkins'; negative external rotation impingement. Grip strength 5. Skin is intact with no ecchymosis. Radial pulse 2+. Sensation is grossly normal. Shoulder is stable. Tender over the bicipital groove. Tender over the sternocleidomastoid. Positive O'Brien's. Positive posterior load. Mild active compression. Positive biceps tension.

**LEFT ELBOW:** Negative Tinel's, Durkan's and Phalen's over the cubital tunnel. No tenderness to palpation over the lateral epicondyles. No tenderness over the olecranon. No tenderness over the radial head. Full passive elbow flexion, extension, pronation and supination. The elbow is ligamentously stable. Elbow flexion is 5. No ecchymosis or masses. Radial pulses 2+. Sensation is grossly normal. Tender over the medial epicondyle.

## Results

X-rays 5 views of the cervical spine from Sharp on January 30, 2025 demonstrate loss of normal lordosis.

X-rays 3 views of the lumbar spine from Sharp on January 30, 2025 demonstrate no obvious bony abnormalities.

MRA of the left shoulder from MaxMRI obtained on April 16, 2025 demonstrates rotator cuff and labrum intact.

X-rays 3 views of the left shoulder obtained on April 25, 2025 demonstrate no obvious bony abnormalities..

## Assessment

1. Left shoulder bursitis and biceps tendinitis.

2. Lumbago.

3. Cervicalgia

4. Left elbow medial epicondylitis.

## Plan

Regarding the patient's left shoulder bursitis, biceps tendinitis, his pain has flared; even though the MRA doesn't show a labral tear I am very suspicious of it given his exam. The request for surgery remains pending, we will wait for approval. The patient will require preoperative medical optimization with preoperative medical clearance and is explained the process. The patient will be scheduled accordingly after clearance from the primary care physician. I will see the patient back in 3 weeks to evaluate progress and determine further course of action. I answered all the patient's questions. The patient feels comfortable with the plan.

The clinical findings of today's visit and planned treatment were outlined for the patient. The patient has completed the preoperative work-up and has opted to proceed with surgical intervention. The patient was apprised of both operative and non-operative measures.

The patient understands that the risks of surgery include but are not limited to bleeding, infection, blood vessel damage, nerve damage, continued pain, need for further surgery and death. The patient provides me with informed consent. The patient provides me with permission to make intraoperative decisions. No guarantees are implied or expressed about pain and/or function.

Surgical consent is: left shoulder arthroscopy debridement decompression, possible open sub pectoral muscle transfer vs biceps tenodesis, possible superior and/or posterior labral repair

The patient was provided operative medications and will be scheduled accordingly.

The focal diagnoses of today's visit are left shoulder bursitis, biceps tendinitis, cervicalgia, lumbago, which are established, uncontrolled and not progressing as anticipated.

The following presenting problem related factors contribute to the patient's overall risk profile: established diagnoses, are uncontrolled and may delay the patient's recovery. Problems which are not being addressed specifically by me today during the encounter may still contribute to the patient's overall risk, as they significantly increase the complexity of the cognitive labor required. These comorbidities significantly influence the risk and complexity of the management outcome.

Robert Afra, MD

_____
Documentation assistance provided by Scribe (Maria Fernanda Rivera). Information recorded by the scribe was done at my direction. Information recorded by the scribe has been reviewed and validated by me (Dr. Robert Afra).

Electronically signed by:
Robert Afra, MD, MD
Signed on: 12 Jun 2025 07:50 PM

**Devon Phillips**
DOB:
Phone:
Visit Date: 16 May 2025

---

## *CC*
---

RE: DEVON PHILLIPS
DOS: 5/16/25
PHONE #: 760-682-5410

ROBERT AFRA, MD

ORTHOPEDIC INJURY CLINIC
317 NORTH EL CAMINO REAL, SUITE 405
ENCINITAS, CA 92024
(760) 994-2663

ORTHOPEDIC INJURY NOTE

IDENTIFIER: The patient is a 40 year-old right-hand dominant male who worked as a surgery tech. The patient sustained a motor vehicle accident on January 22, 2025 while driving down a street, a car to the far left crossed to the far right lane to make a right turn but stopped and he t-boned the back side of the car. The patient was a restrained driver and the airbags did not deploy. He injured his neck, left shoulder and lower back. The patient is seen by me as initial orthopedic consultation on March 17, 2025.

*Nickname: Dev

1. Left shoulder bursitis and biceps tendinitis. The patient is directed to physical therapy on March 17, 2025. The patient received a left shoulder SA steroid injection on April 4, 2025. MRA of the left shoulder from MaxMRI obtained on April 16, 2025 demonstrates rotator cuff and labrum intact. X-rays 3 views of the left shoulder obtained on April 25, 2025 demonstrate no obvious bony abnormalities..

2. Lumbago. The patient underwent an L4-L5 microdiscectomy on December 16, 2022. X-rays 3 views of the lumbar spine from Sharp on January 30, 2025 demonstrate no obvious bony abnormalities. The patient is directed to physical therapy on March 17, 2025.

3. Cervicalgia. X-rays 5 views of the cervical spine from Sharp on January 30, 2025 demonstrate loss of normal lordosis. The patient is directed to physical therapy on March 17, 2025.

4. Left elbow medial epicondylitis.

---

## *HPI*
---

Case 1:25-cv-00875-CDB    Document 1    Filed 07/17/25    Page 88 of 177

A request for a left shoulder arthroscopy debridement decompression, possible open sub pectoral muscle transfer vs biceps tenodesis, possible superior and/or posterior labral repair is submitted on May 16, 2025.

Preop pending.

The focus of today's examination is the left shoulder. His pain has flared. He has been attending physical therapy. He still has pain in the anterior aspect of the shoulder that readiest to the medial aspect of the elbow and the volar ulnar aspect of the wrist. The patient has pain reaching overhead, reaching behind back and sleeping on the shoulder. The patient has intermittent sharp and achy pain in a scale of 6-8/10. The patient denies numbness and tingling in the extremities. Activity increases the pain. Rest provides relief.

## ROS

Back injury. Muscle cramping. Sleep disturbance.

## PMHx

None

## PSHx

Microdiscectomy

## Medications

**Pepcid 20 mg tablet** , 1 tab(s) orally every 12 hours with meals x2 weeks
**diclofenac ER 100 mg tablet,extended release 24 hr** , 1 tab(s) orally every 12 hours with meals x2 weeks

## Allergies

No known allergies

## FHx

Comments: Unremarkable.

## Soc Hx

Tobacco: Never smoker
Alcohol: Do not drink
Drug Abuse: No illicit drug use
Others: Moderately active. / Single
Comments:

## EXAM

GENERAL: The patient is well-developed and well-nourished with a normal BMI. The patient has no level of generalized anxiety. The patient is alert and oriented x3.

VITALS: Pain level: 8 Pulse: 78 Respiratory rate: 16

GAIT: Normal, non-antalgic gait.

LEFT SHOULDER: The patient is non-tender to the AC joint. There is full passive range of motion of the glenohumeral joint. Negative Speed's; Positive Neer's; Positive Hawkins'; negative external rotation impingement. Grip strength 5. Skin is intact with no ecchymosis. Radial pulse 2+. Sensation is grossly normal. Shoulder is stable. Tender over the bicipital groove. Tender over the sternocleidomastoid. Positive O'Brien's. Positive posterior load. Mild active compression. Positive biceps tension.

LEFT ELBOW: Negative Tinel's, Durkan's and Phalen's over the cubital tunnel. No tenderness to palpation over the lateral epicondyles. No tenderness over the olecranon. No tenderness over the radial head. Full passive elbow flexion, extension, pronation and supination. The elbow is ligamentously stable. Elbow flexion is 5. No ecchymosis or masses. Radial pulses 2+. Sensation is grossly normal. Tender over the medial epicondyle.

## Results

X-rays 5 views of the cervical spine from Sharp on January 30, 2025 demonstrate loss of normal lordosis.

X-rays 3 views of the lumbar spine from Sharp on January 30, 2025 demonstrate no obvious bony abnormalities.

MRA of the left shoulder from MaxMRI obtained on April 16, 2025 demonstrates rotator cuff and labrum intact.

X-rays 3 views of the left shoulder obtained on April 25, 2025 demonstrate no obvious bony abnormalities..

## Assessment

1. Left shoulder bursitis and biceps tendinitis.

2. Lumbago.

3. Cervicalgia

4. Left elbow medial epicondylitis.

## Plan

Regarding the patient's left shoulder bursitis, biceps tendinitis, his pain has flared; even though the MRA doesn't show a labral tear I am very suspicious of it given his exam. We have exhausted conservative measures and the next step for treatment is a surgical approach. I explain the benefits and complications that surgery might have. The patient understands and agrees to the procedure. The patient will require preoperative medical optimization with preoperative medical clearance and is explained the process. The patient will be scheduled accordingly after clearance from the primary care physician. I will see the patient back in clinic in 3 weeks to evaluate progress and determine further course of action. I answered all the patient's questions. The patient feels comfortable with the plan.

The clinical findings of today's visit and planned treatment were outlined for the patient. The patient has completed the preoperative work-up and has opted to proceed with surgical intervention. The patient was apprised of both operative and non-operative measures.

The patient understands that the risks of surgery include but are not limited to bleeding, infection, blood vessel damage, nerve damage, continued pain, need for further surgery and death. The patient provides me with informed consent. The patient provides me with permission to make intraoperative decisions. No guarantees are implied or expressed about pain and/or function.

Surgical consent is: left shoulder arthroscopy debridement decompression, possible open sub pectoral muscle transfer vs biceps tenodesis, possible superior and/or posterior labral repair

The patient was provided operative medications and will be scheduled accordingly.

The focal diagnoses of today's visit are left shoulder bursitis, biceps tendinitis, cervicalgia, lumbago, which are established, uncontrolled and not progressing as anticipated.

The following presenting problem related factors contribute to the patient's overall risk profile: established diagnoses, are uncontrolled and may delay the patient's recovery. Problems which are not being addressed specifically by me today during the encounter may still contribute to the patient's overall risk, as they significantly increase the complexity of the cognitive labor required. These comorbidities significantly influence the risk and complexity of the management outcome.

Robert Afra, MD

_____
Documentation assistance provided by Scribe (Maria Fernanda Rivera). Information recorded by the scribe was done at my direction. Information recorded by the scribe has been reviewed and validated by me (Dr. Robert Afra).

Electronically signed by:
Robert Afra, MD, MD
Signed on: 21 May 2025 06:20 PM

Case 1:25-cv-00875-CDB    Document 1    Filed 07/17/25    Page 91 of 177

ORTHOPEDIC CLINIC NOTE Note

**Devon Ph****
DOB·
Pho..e:
Visit Date: 25 Apr 2025

---

## *CC*

---

RE: DEVON PHILLIPS
DOS: 4/25/25
PHONE #: 760-682-5410

ROBERT AFRA, MD

ORTHOPEDIC INJURY CLINIC
317 NORTH EL CAMINO REAL, SUITE 405
ENCINITAS, CA 92024
(760) 994-2663

ORTHOPEDIC INJURY NOTE

IDENTIFIER: The patient is a 40 year-old right-hand dominant male who works as a ____. The patient sustained a motor vehicle accident on January 22, 2025 while driving down a street, a car to the far left crossed to the far right lane to make a right turn but stopped and he t-boned the back side of the car. The patient was a restrained driver and the airbags did not deploy. He injured his neck, left shoulder and lower back. The patient is seen by me as initial orthopedic consultation on March 17, 2025.

*Nickname: Dev

1. Left shoulder bursitis and biceps tendinitis. The patient is directed to physical therapy on March 17, 2025. The patient received a left shoulder SA steroid injection on April 4, 2025. MRA of the left shoulder from MaxMRI obtained on April 16, 2025 demonstrates rotator cuff and labrum intact. X-rays 3 views of the left shoulder obtained on April 25, 2025 demonstrate no obvious bony abnormalities..

2. Lumbago. The patient underwent an L4-L5 microdiscectomy on December 16, 2022. X-rays 3 views of the lumbar spine from Sharp on January 30, 2025 demonstrate no obvious bony abnormalities. The patient is directed to physical therapy on March 17, 2025.

3. Cervicalgia. X-rays 5 views of the cervical spine from Sharp on January 30, 2025 demonstrate loss of normal lordosis. The patient is directed to physical therapy on March 17, 2025.

---

## *HPI*

---

Cont pt.

The patient received a left shoulder SA steroid injection on April 4, 2025.

The focus of today's examination is the left shoulder. He got arrested 1 week after the injection and his left shoulder got wrenched. He is 3 weeks out from the steroid injection. He has been attending physical therapy. At the moment his pain is in the anterior aspect of the shoulder. The patient has pain reaching overhead, reaching behind back and sleeping on the shoulder. The patient has intermittent sharp and achy pain in a scale of 4/10. The patient denies numbness and tingling in the extremities. Activity increases the pain. Rest provides relief.
He is having pain in the left calf.

## ROS

Back injury. Muscle cramping. Sleep disturbance.

## PMHx

None

## PSHx

Microdiscectomy

## Medications

**Pepcid 20 mg tablet** , 1 tab(s) orally every 12 hours with meals x2 weeks
**diclofenac ER 100 mg tablet,extended release 24 hr** , 1 tab(s) orally every 12 hours with meals x2 weeks

## Allergies

No known allergies

## FHx

Comments: Unremarkable.

## Soc Hx

Tobacco: Never smoker
Alcohol: Do not drink
Drug Abuse: No illicit drug use
Others: Moderately active. / Single
Comments:

## EXAM

GENERAL: The patient is well-developed and well-nourished with a normal BMI. The patient has no level of generalized anxiety. The patient is alert and oriented x3.

VITALS: Pain level: 8 Pulse: 78 Respiratory rate: 16

GAIT: Normal, non-antalgic gait.

LEFT SHOULDER: The patient is non-tender to the bicipital groove and AC joint. There is full passive range of motion of the glenohumeral joint. Negative Speed's; negative Neer's; negative Hawkins'; negative external rotation impingement. Grip strength 5. Skin is intact with no ecchymosis. Radial pulse 2+. Sensation is grossly normal. Shoulder is stable.

## Results

X-rays 5 views of the cervical spine from Sharp on January 30, 2025 demonstrate loss of normal lordosis.

X-rays 3 views of the lumbar spine from Sharp on January 30, 2025 demonstrate no obvious bony abnormalities.

MRA of the left shoulder from MaxMRI obtained on April 16, 2025 demonstrates rotator cuff and labrum intact.

X-rays 3 views of the left shoulder obtained on April 25, 2025 demonstrate no obvious bony abnormalities..

## Assessment

Case 1:25-cv-00875-CDB    Document 1    Filed 07/17/25    Page 93 of 177

1. Left shoulder bursitis and biceps tendinitis.

2. Lumbago.

3. Cervicalgia

---

## *Plan*

Regarding the patient's left shoulder bursitis, biceps tendinitis, his pain is improving. At the moment I suggest to continue with physical therapy. In the meantime we will wait for the injection to take full effect. I will see the patient back in 3 weeks to evaluate progress and determine further course of action. I answered all the patient's questions. The patient feels comfortable with the plan.

46 minutes were spent with the patient, with greater than 50% of that time spent counseling and reviewing the MRA results with the patient. Encounter coding based on counseling. Counseling components include review of the diagnostic results, impression, prognosis, risks and benefits of treatment options, management instructions, importance of compliance with chosen treatment, risk factor reduction and patient and family education.

The focal diagnoses of today's visit are left shoulder bursitis, biceps tendinitis, cervicalgia, lumbago, which are established, uncontrolled and not progressing as anticipated.

The following presenting problem related factors contribute to the patient's overall risk profile: established diagnoses, are uncontrolled and may delay the patient's recovery. Problems which are not being addressed specifically by me today during the encounter may still contribute to the patient's overall risk, as they significantly increase the complexity of the cognitive labor required. These comorbidities significantly influence the risk and complexity of the management outcome.

Robert Afra, MD

---

Documentation assistance provided by Scribe (Maria Fernanda Rivera). Information recorded by the scribe was done at my direction. Information recorded by the scribe has been reviewed and validated by me (Dr. Robert Afra).

Electronically signed by:
Robert Afra, MD, MD
Signed on: 07 May 2025 05:42 PM

ORTHOPEDIC CLINIC NOTE Note

Case 1:25-cv-00875-CDB      Document 1      Filed 07/17/25      Page 94 of 177

**Devon Phillips**
DOB: (                           ...)
Phone
Visit Date. 04 Apr 2025

---

## *CC*

RE: DEVON PHILLIPS
DOS: 4/4/25
PHONE #: 760-682-5410

ROBERT AFRA, MD

ORTHOPEDIC INJURY CLINIC
317 NORTH EL CAMINO REAL, SUITE 405
ENCINITAS, CA 92024
(760) 994-2663

ORTHOPEDIC INJURY NOTE

IDENTIFIER: The patient is a 40 year-old right-hand dominant male who works as a _____. The patient sustained a motor vehicle accident on January 22, 2025 while driving down a street, a car to the far left crossed to the far right lane to make a right turn but stopped and he t-boned the back side of the car. The patient was a restrained driver and the airbags did not deploy. He injured his neck, left shoulder and lower back. The patient is seen by me as initial orthopedic consultation on March 17, 2025.

*Nickname: Dev

1. Left shoulder bursitis and biceps tendinitis. The patient is directed to physical therapy on March 17, 2025. The patient received a left shoulder SA steroid injection on April 4, 2025.

2. Lumbago. The patient underwent an L4-L5 microdiscectomy on December 16, 2022. X-rays 3 views of the lumbar spine from Sharp on January 30, 2025 demonstrate no obvious bony abnormalities. The patient is directed to physical therapy on March 17, 2025.

3. Cervicalgia. X-rays 5 views of the cervical spine from Sharp on January 30, 2025 demonstrate loss of normal lordosis. The patient is directed to physical therapy on March 17, 2025.

---

## *HPI*

Case 1:25-cv-00875-CDB    Document 1    Filed 07/17/25    Page 95 of 177

A request for an MRA of the left shoulder to rule out superior/posterior labral tear is submitted on March 17, 2025. Scheduled 4/16/25

Cont pt.

The patient received a left shoulder SA steroid injection on April 4, 2025.

X-rays of the left shoulder next visit.

The focus of today's examination is the left shoulder. The patient chose not to take the medication. His pain has not improved. He has done 1 physical therapy session. At the moment his pain is in the anterior aspect of the shoulder. The patient has pain reaching overhead, reaching behind back and sleeping on the shoulder. The patient has frequent sharp and achy pain in a scale of 8/10. The patient denies numbness and tingling in the extremities. Activity increases the pain. Rest provides relief.

## ROS

Back injury. Muscle cramping. Sleep disturbance.

## PMHx

None

## PSHx

Microdiscectomy

## Medications

**Pepcid 20 mg tablet** , 1 tab(s) orally every 12 hours with meals x2 weeks
**diclofenac ER 100 mg tablet,extended release 24 hr** , 1 tab(s) orally every 12 hours with meals x2 weeks

## Allergies

No known allergies

## FHx

Comments: Unremarkable.

## Soc Hx

Tobacco: Never smoker
Alcohol: Do not drink
Drug Abuse: No illicit drug use
Others: Moderately active. / Single
Comments:

## EXAM

GENERAL: The patient is well-developed and well-nourished with a normal BMI. The patient has no level of generalized anxiety. The patient is alert and oriented x3.

VITALS: Pain level: 8 Pulse: 78 Respiratory rate: 16

GAIT: Normal, non-antalgic gait.

LEFT SHOULDER: The patient is non-tender to the AC joint. There is full passive range of motion of the glenohumeral joint. Positive Speed's; Positive Neer's; Positive Hawkins'; Positive external rotation impingement. Grip strength 5. Skin is intact with no ecchymosis. Radial pulse 2+. Sensation is grossly normal. Shoulder is stable. Tender over the bicipital groove. Tender over the sternocleidomastoid, trapezius. Positive O'Brien's. Positive posterior load. Positive resisted extension.

Case 1:25-cv-00875-CDB     Document 1     Filed 07/17/25     Page 96 of 177

## Results

X-rays 5 views of the cervical spine from Sharp on January 30, 2025 demonstrate loss of normal lordosis.

X-rays 3 views of the lumbar spine from Sharp on January 30, 2025 demonstrate no obvious bony abnormalities.

## Assessment

1. Left shoulder bursitis and biceps tendinitis.

2. Lumbago.

3. Cervicalgia

## Plan

Regarding the patient's left shoulder he continues with active evidence of bursitis, biceps tendinitis and I am concerned about a superior/posterior labral tear. The next step for management is a steroid injection. I explain the benefits and complications that this might have; the patient agrees. I will direct him to PM&R for his neck and lower back. In the meantime he is to continue with physical therapy. I will see the patient back in 3 weeks to evaluate progress and determine further course of action. I answered all the patient's questions. The patient feels comfortable with the plan.

The risks and benefits of an injection were discussed. The patient was afforded the opportunity to ask questions and answers were provided. The patient provided me with informed consent and wished to undergo the injection. Therefore 40 mg of Kenalog mixed with 4 mL of 0.5% Marcaine were injected under sterile conditions into the subacromial space of the left shoulder. The patient tolerated the procedure well.

The focal diagnoses of today's visit are left shoulder bursitis, biceps tendinitis, cervicalgia, lumbago, which are established, uncontrolled and not progressing as anticipated.

The following presenting problem related factors contribute to the patient's overall risk profile: established diagnoses, are uncontrolled and may delay the patient's recovery. Problems which are not being addressed specifically by me today during the encounter may still contribute to the patient's overall risk, as they significantly increase the complexity of the cognitive labor required. These comorbidities significantly influence the risk and complexity of the management outcome.


Robert Afra, MD



Documentation assistance provided by Scribe (Maria Fernanda Rivera). Information recorded by the scribe was done at my direction. Information recorded by the scribe has been reviewed and validated by me (Dr. Robert Afra).

Electronically signed by:
Robert Afra, MD, MD
Signed on: 06 Apr 2025 05:13 PM

**ORTHOPEDIC CLINIC NOTE Note**

**Devon Phillips**
DOB·
Phone .
Visit Date: 17 Mar 2025

---

## *CC*

RE: ᴅᴇᴠᴏɴ Pʜɪᴌᴌɪᴘ ᴏ
DOS: 3/17/25
PHONE ... /6ᴜ

ROBERT AFRA, MD

ORTHOPEDIC INJURY CLINIC
317 NORTH EL CAMINO REAL, SUITE 405
ENCINITAS, CA 92024
(760) 994-2663

ORTHOPEDIC INJURY NOTE

IDENTIFIER: The patient is a 40 year-old right-hand dominant male who works as a ____. The patient is seen by me as initial orthopedic consultation on March 17, 2025.

*Nickname: Dev

1. Left shoulder bursitis and biceps tendinitis. The patient is prescribed a regimen of oral anti-inflammatory tablets with GI prophylaxis and directed to physical therapy on March 17, 2025.

2. Lumbago. The patient underwent an L4-L5 microdiscectomy on December 16, 2022. X-rays 3 views of the lumbar spine from Sharp on January 30, 2025 demonstrate no obvious bony abnormalities. The patient is prescribed a regimen of oral anti-inflammatory tablets with GI prophylaxis and directed to physical therapy on March 17, 2025.

3. Cervicalgia. X-rays 5 views of the cervical spine from Sharp on January 30, 2025 demonstrate loss of normal lordosis. The patient is prescribed a regimen of oral anti-inflammatory tablets with GI prophylaxis and directed to physical therapy on March 17, 2025.

---

## *HPI*

Case 1:25-cv-00875-CDB     Document 1     Filed 07/17/25     Page 98 of 177

A request for an MRA of the left shoulder to rule out superior/posterior labral tear is submitted on March 17, 2025.

The patient is prescribed a regimen of oral anti-inflammatory tablets with GI prophylaxis and directed to physical therapy on March 17, 2025.

X-rays of the left shoulder next visit.

The focus of today's examination is the left shoulder. The patient sustained a motor vehicle accident on January 22, 2025 while driving down a street, a car to the far left crossed to the far right lane to make a right turn but stopped and he t-boned the back side of the car. The patient was a restrained driver and the airbags did not deploy. He injured his neck, left shoulder and lower back. At the moment his pain is in the anterior aspect of the shoulder. The patient has pain reaching overhead, reaching behind back and sleeping on the shoulder. The patient has frequent sharp and achy pain in a scale of 8/10. The patient denies numbness and tingling in the extremities. Activity increases the pain. Rest provides relief.

## ROS

Back injury. Muscle cramping. Sleep disturbance.

## PMHx

None

## PSHx

Microdiscectomy

## Medications

No known medications

## Allergies

No known allergies

## FHx

Comments: Unremarkable.

## Soc Hx

Tobacco: Never smoker
Alcohol: Do not drink
Drug Abuse: No illicit drug use
Others: Moderately active. / Single
Comments:

## EXAM

GENERAL: The patient is well-developed and well-nourished with a normal BMI. The patient has no level of generalized anxiety. The patient is alert and oriented x3.

VITALS: Pain level: 8 Pulse: 78 Respiratory rate: 16

GAIT: Normal, non-antalgic gait.

LEFT SHOULDER: The patient is non-tender to the AC joint. There is full passive range of motion of the glenohumeral joint. Positive Speed's; Positive Neer's; Positive Hawkins'; Positive external rotation impingement. Grip strength 5. Skin is intact with no ecchymosis. Radial pulse 2+. Sensation is grossly normal. Shoulder is stable. Tender over the bicipital groove. Tender over the sternocleidomastoid, trapezius. Positive O'Brien's. Positive posterior load. Positive resisted extension.

RIGHT SHOULDER: The patient is non-tender to the bicipital groove and AC joint. There is full passive range of motion of the glenohumeral joint. Negative Speed's; negative Neer's; negative Hawkins'; negative external rotation impingement. Grip strength 5. Skin is intact with no ecchymosis. Radial pulse 2+. Sensation is grossly normal. Shoulder is stable.

## Results

X-rays 5 views of the cervical spine from Sharp on January 30, 2025 demonstrate loss of normal lordosis.

X-rays 3 views of the lumbar spine from Sharp on January 30, 2025 demonstrate no obvious bony abnormalities.

## Assessment

1. Left shoulder bursitis and biceps tendinitis.

2. Lumbago.

3. Cervicalgia

## Plan

Regarding the patient's left shoulder he has active evidence of bursitis, biceps tendinitis and I am concerned about a superior/posterior labral tear; he also has lumbago and cervicalgia. I would like to obtain an MRA to further asses his condition. In the meantime I will prescribe an NSAID regimen for pain and inflammation. I explain the benefits and complications that the NSAID regimen might have; the patient agrees. I will also direct him to physical therapy. I will see the patient back in 2 weeks to evaluate progress and determine further course of action. I answered all the patient's questions. The patient feels comfortable with the plan.

The focal diagnoses of today's visit are left shoulder bursitis, biceps tendinitis, cervicalgia, lumbago, which are new, uncontrolled and not progressing as anticipated.

The following presenting problem related factors contribute to the patient's overall risk profile: new diagnoses, are uncontrolled and may delay the patient's recovery. Problems which are not being addressed specifically by me today during the encounter may still contribute to the patient's overall risk, as they significantly increase the complexity of the cognitive labor required. These comorbidities significantly influence the risk and complexity of the management outcome.

Robert Afra, MD

Documentation assistance provided by Scribe (Maria Fernanda Rivera). Information recorded by the scribe was done at my direction. Information recorded by the scribe has been reviewed and validated by me (Dr. Robert Afra).

Electronically signed by:
Robert Afra, MD, MD
Signed on: 23 Mar 2025 10:10 AM

Case 1:25-cv-00875-CDB     Document 1     Filed 07/17/25     Page 100 of 177

## Charges

- No charges listed for this patient.

## Charges

- No charges listed for this patient.

## Tasks / Messages

### PRIORITIES

### REMINDERS

- No Items

### MESSAGES

| SUBJECT | DATE/TIME |
|---------|-----------|
|         |           |





Upcoming appointments for Phillips, Deven
Click here to print this page

**Please let me know if you need to reschedule or if you have any questions. Looking forward to**

**ProActive Physical Therapy and Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com

# ProActive
**Physical Therapy and Sports Medicine**

**Physical Therapy Initial Examination**

**Patient Name:** Phillips, Devon
**Date of Birth:**
**Referring Physician/NPP:** AFRA, ROBERT MD

**Visit No.:** 1

**Date of Initial Examination:** 03/28/2025
**Injury/Onset/Change of Status Date:**
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia

**History of Present Condition/Mechanism of Injury:** Devon Phillips, a 40-year-old male, presents with left shoulder pain, low back pain, and cervicalgia following a car accident on January 22nd, 2023. Sought medical attention in ER following accident, x-rays ruled out fractures. He has a history of multiple car accidents in the past 5-6 years, none of which were his fault, and underwent a microdiscectomy on December 16, 2022 for previous low back pain. Post-accident, he experiences significant pain in the left shoulder, neck, and upper to lower back, particularly in the mornings and at night. He reports a pain level of 6-7/10 in the neck and 7/10 in the shoulder. He also experiences left-sided headaches and occasional left leg aches. Devon has not experienced numbness or tingling in the arms or legs since MVA. He has had to modify daily activities, including ceasing weightlifting secondary to ongoing symptoms. Currently awaiting approval for imaging on left shoulder, neck and low back.
**Primary Concern/Chief Complaint:** L shoulder, neck and low back pain
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
  **Other:** WFL prior to MVA 1/2025
**Current Functional Limitations:**
  **Changing & Maintaining Body Position:** Decreased sitting/standing
  **Mobility: Walking & Moving Around:** Decreased tolerance to walking
  **Carrying, Moving & Handling Objects:** Decreased tolerance to regular gym activities
**Pain Location:** Head/Neck, Upper Back, Shoulder, Lower Back
  **Pain Scale: Worst:** 10 **Best:** 5 **Current:** 7
  **Pain Description:** Ache/Pain,Tenderness,Pain Radiating Up,Pain Radiating Down
**Aggravating Factors:** Sitting, Standing, Walking
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Diagnostic Testing/Imaging:** x-rays insignificant
**Complicating/Personal Factors:** Mechanism of injury/ Illness (MVA ), Surgical History (lumbar microdisectomy 2-3 years ago)
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Patient Goals:** To get back as close to hundred percent PLOF

## Inspection

**Patient Consent**
| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |
| Inspection | increased edema L anterior shoulder |
| | well healed incision lumbar spine (previous microdisectomy per pt) |

## Outcome Measurement Tools

**Spine**
| | |
|---|---|
| Neck Disability Index Questionnaire | |
| Total Score: | 24 |
| Total %: | 48% |
| Modified Oswestry Low Back Pain | 48% disability |
| Upper Extremity | |
| Upper Extremity Quick DASH | 38.64/100 |

*|ıl webpt*

**ProActive Physical Therapy and Sports**
**Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com

## Physical Therapy
## Initial
## Examination

**Patient Name:** Phillips, Devon
**Date of Birth:**
**Document Date:** 03/28/2025

## Observation

**Standing Posture**   Rounded Shoulders, Increased Thoracic Kyphosis, Decreased Lumbar Lordosis

**Gait**   Antalgic, Increased Hike During Swing, Shortened Stride Length

## Range of Motion

**Cervical AROM**

| | |
|---|---|
| Forward Bending | Chin To Chest |
| Backward Bending | 75% |
| Right Rotation | 90% |
| Left Rotation | 75% |
| Right Side Bending | 90% |
| Left Side Bending | 60% |
| Cervical AROM Comments | pain with BB, L SB, L rot |

| **Shoulder AROM** | **Right** | **Left** |
|---|---|---|
| Flexion | 170 ° | 150 ° |
| Abduction | 170 ° | 160 ° |
| ER in Neutral Position | 80 ° | 70 ° |

**Lumbar AROM**

| | |
|---|---|
| Forward Bending | Hand Reach to Mid-Shins |
| Backward Bending | 25% |
| Right Rotation | 75% |
| Left Rotation | 75% |
| Right Side Bending | 75% |
| Left Side Bending | 50% |
| Lumbar AROM Comments | pain with all lumbar ROM |

| **Hip PROM** | **Right** | **Left** |
|---|---|---|
| Flexion | WFL | WFL |
| Extension | WFL | WFL |
| Abduction | WFL | WFL |
| Adduction | WFL | WFL |
| Internal Rotation | 15 ° | 15 ° |
| External Rotation | WFL | WFL |

**Comments**   pain with left shoulder abduction, flexion above 90 degrees, most prevalent at end range

## Strength

**Gross Muscle Tests Upper**

**Shoulder**

| | **Right** | **Left** |
|---|---|---|
| Shoulder Flexion | 5-/5 | 4+/5 |
| Shoulder Abduction | 5-/5 | 4+/5 |
| Shoulder Internal Rotation | 5-/5 | 5-/5 |
| Shoulder External Rotation | 5-/5 | 4+/5 |

**Comments**   pain with left shoulder abduction and flexion strength testing

ꞮꞮꞮ webpt

**ProActive Physical Therapy and Sports**
**Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com

**Physical Therapy**
**Initial**
**Examination**

**Patient Name:**
**Date of Birth:**
**Document Date:** 03/28/2025

---

**Neuro-Vascular**

**Complaints of any radicular symptoms in either extremity**

| | | |
|---|---|---|
| Complaints of any radicular symptoms in either extremity | No | |
| Sensory or vascular deficits noted | No | |

| | Right | Left |
|---|---|---|
| Lasegue's SLR | Negative | Negative |

**Special Tests**

**Flexibility**

| | Right | Left |
|---|---|---|
| 90/90 Hamstring Flexibility | (20) ° | (20) ° |

| **Impingement** | Right | Left |
|---|---|---|
| Hawkins/Kennedy | Not Tested | Positive |
| Neer Test | Not Tested | Positive |

| **Rotator Cuff** | Right | Left |
|---|---|---|
| Empty Can | Not Tested | Positive |

| | Right | Left |
|---|---|---|
| Speed's Test | Not Tested | Positive |
| Spurling's Maneuver | Negative | Negative |

| **Comments** | spurling's localized neck pain only |
|---|---|

**Palpation**

| **Comments** | TTP lumbar paraspinals, bilateral gluteal musculature, L LH biceps tendon, supraspinatus tendon |
|---|---|
| | TTP L>R suboccipital musculature, upper trap |

**Assessment/Diagnosis:** Patient is a 40-year-old male who presents to physical therapy with signs and symptoms consistent with pain in the left shoulder, low back pain, and cervicalgia following a motor vehicle accident on January 22, 2025. Patient has primary impairments of pain in the left shoulder, pain in the cervical and lumbar regions, and decreased tolerance for sitting, standing, and walking as well as inability to perform regular gym activities. This patient will benefit from skilled physical therapy to address pain management, improve range of motion, and increase functional capacity for daily activities and exercise routines.

**Patient Clinical Presentation:** The clinical presentation is evolving with changing characteristics.

**Patient Education:** PT Aide Sergio Bravo has passed competency-based training provided by this clinic and assisted the supervising therapist with the tasks identified on the exercise flowsheet. All tasks carried out were under direct supervision of the supervising physical therapist, per the Plan of Care, and with patient-specific instructions.

**Rehab Potential:** Good

**Contraindications to Therapy:** None

||| webpt

ProActive Physical Therapy and Sports
Medicine - Carlsbad
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com

**Physical Therapy
Initial
Examination**

Patient Name:
   Date of Birth: 1 _____
Document Date: 03/28/2025

**Patient Problems:**
- Decreased strength, ROM, and flexibility
- Pain limiting participation in ADLs and recreational activities

**Short Term Goals:**
1: (5 Weeks) | Patient will become independent with HEP in order to optimally progress toward functional goals.

**Long Term Goals:**
1: (N/A) | William Kosik, MSPT, ATC, OCS, CSCS, Ella Valji, PT, Jacob Brannon, PT, DPT, Sapna Nagdev PT, DPT and Mitchell Anders, PT, DPT will be sharing care of this patient as the Therapist of Record. PTA services delivered will be under the appropriate supervision of PT as required by state practice act.
2: (5 Weeks) | Patient will achieve a pain level of 3/10 or lower in the left shoulder, neck, and low back to improve comfort and promote engagement in daily activities
3: (10 Weeks) | Patient will regain the ability to perform regular gym activities, such as weightlifting, without experiencing significant pain
4: (10 Weeks) | Patient will score < 24 on QuickDash outcome measure to demonstrate significant functional improvement
5: (10 Weeks) | Patient will score < 17 on NDI outcome measure to demonstrate significant functional improvement

**Frequency:** 1-2 times a week
**Duration:** 10 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**
**Procedures**
Therapeutic Exercises, Therapeutic Activity, Neuromuscular Rehabilitation, Manual Therapy, Splinting/Taping, Patient Education, Self Care

**Modalities**
Electrical Stimulation, Ultrasound/Phonophoresis, Cryotherapy, Hot Packs, Mechanical Traction

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician/NPP mentioned in this report. Unless the referring physician/NPP indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (760)388-6475.

Please sign and return: Fax#: (760)688-3131

I certify the need for these services furnished under this plan of treatment and while under my care.

Physician/Non-Physician Practitioner (NPP) Signature:

*Mitchell Anders PT. DPT*

Mitchell Anders, PT, DPT
PT306113 for State of CA
*Electronically Signed by Mitchell Anders, PT, DPT on March 29, 2025 at 10:56 am*

_____
                              R. AFRA, MD
Date:_____          Time:_____

*l¡l webpt*

**ProActive Physical Therapy and Sports
Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com

# ProActive
### Physical Therapy and Sports Medicine

## Plan of Care

**Patient Name:** Phillips, Devon
**Date of Birth:**
**Referring Physician/NPP:** AFRA, ROBERT MD

**Date of Plan of Care:** 03/28/2025
**Injury/Onset/Change of Status Date:**
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia

**Date of Original Eval:** 03/28/2025
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia

**Visit No.:** 1

**Assessment/Diagnosis:** Patient is a 40-year-old male who presents to physical therapy with signs and symptoms consistent with pain in the left shoulder, low back pain, and cervicalgia following a motor vehicle accident on January 22, 2025. Patient has primary impairments of pain in the left shoulder, pain in the cervical and lumbar regions, and decreased tolerance for sitting, standing, and walking as well as inability to perform regular gym activities. This patient will benefit from skilled physical therapy to address pain management, improve range of motion, and increase functional capacity for daily activities and exercise routines.

**Patient Education:** PT Aide Sergio Bravo has passed competency-based training provided by this clinic and assisted the supervising therapist with the tasks identified on the exercise flowsheet. All tasks carried out were under direct supervision of the supervising physical therapist, per the Plan of Care, and with patient-specific instructions.

**Rehab Potential:** Good

**Contraindications to Therapy:** None

**Patient Problems:**
- Decreased strength, ROM, and flexibility
- Pain limiting participation in ADLs and recreational activities

**Short Term Goals:**
1: (5 Weeks) | Patient will become independent with HEP in order to optimally progress toward functional goals. |

**Long Term Goals:**
1: (N/A) | William Kosik, MSPT, ATC, OCS, CSCS, Ella Valji, PT, Jacob Brannon, PT, DPT, Sapna Nagdev PT, DPT and Mitchell Anders, PT, DPT will be sharing care of this patient as the Therapist of Record. PTA services delivered will be under the appropriate supervision of PT as required by state practice act. |
2: (5 Weeks) | Patient will achieve a pain level of 3/10 or lower in the left shoulder, neck, and low back to improve comfort and promote engagement in daily activities |
3: (10 Weeks) | Patient will regain the ability to perform regular gym activities, such as weightlifting, without experiencing significant pain |
4: (10 Weeks) | Patient will score < 24 on QuickDash outcome measure to demonstrate significant functional improvement |
5: (10 Weeks) | Patient will score < 17 on NDI outcome measure to demonstrate significant functional improvement |

**Frequency:** 1-2 times a week

*ııl webpt*

**ProActive Physical Therapy and Sports**
**Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com

**Patient Name:**
**Date of Birth:** ~~~~~~~~~~
**Document Date:** 03/28/2020

# Plan of Care

**Duration:** 10 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**
**Procedures**
Therapeutic Exercises, Therapeutic Activity, Neuromuscular Rehabilitation, Manual Therapy, Splinting/Taping, Patient Education, Self Care

**Modalities**
Electrical Stimulation, Ultrasound/Phonophoresis, Cryotherapy, Hot Packs, Mechanical Traction
  Progress scapular, cervical stabilization activities as able, emphasize lumbar mobility and core strengthening as tolerated

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician/NPP mentioned in this report. Unless the referring physician/NPP indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (760)388-6475.

Please sign and return: Fax#: (760)688-3131

I certify the need for these services furnished under this plan of treatment and while under my care.

Physician/Non-Physician Practitioner (NPP) Signature:

*Mitchell Anders PT. DPT*

Mitchell Anders, PT, DPT
PT306113 for State of CA
*Electronically Signed by Mitchell Anders, PT, DPT on March 29, 2025 at 10:56 am*

_____
                              R. AFRA, MD
Date:_____     Time:_____

𝗅ǁ𝗅 **webpt**

# Patient Outcomes

Report Date: 3/29/2025

| Devon Phillips | 48  OF  100 |
|---|---|

| | | | |
|---|---|---|---|
| **Patient ID:** | 16499827 | **Questionnaire Type:** | Initial Eval |
| **Case Key:** | 63864817 | **Area:** | Lower Back |
| **Visit Date:** | 3/28/2025 | **Clinician:** | Anders, Mitchell |
| **Entry Date:** | 3/29/2025 | **Clinic:** | ProActive Physical Therapy and Sports Medicine - Carlsbad |
| **ICD Code:** | M25512 - Pain in left shoulder | **Referral Source:** | AFRA, ROBERT |
| **Gender:** | F | | No Fault / Tort Liability |
| **Date of Birth:** | . | **Litigation:** No    **Direct Access:**  No | |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| | **Pain Level** | 8 | 8 | (0 to 10) |
| | **Pain Intensity** | Pain medication provides me with little relief from pain. | 4 | (0 to 5) |
| | **Personal Care (eg, Washing, Dressing)** | It is painful to take care of myself, and I am slow and careful. | 2 | (0 to 5) |
| | **Lifting** | Pain prevents me from lifting heavy weights off the floor, but I can manage if the weights are conveniently positioned | 2 | (0 to 5) |
| | **Walking** | Pain does not prevent me from walking any distance. | 0 | (0 to 5) |
| | **Sitting** | Pain prevents me from sitting for more than 1/2 hour. | 3 | (0 to 5) |
| | **Standing** | Pain prevents me from standing more than 1 hour. | 2 | (0 to 5) |
| | **Sleeping** | Even when I take pain medication, I sleep less than 6 hours. | 2 | (0 to 5) |
| | **Social Life** | Pain prevents me from going out very often. | 3 | (0 to 5) |
| | **Traveling** | My pain restricts my travel to short necessary journeys under 1/2 hour. | 4 | (0 to 5) |
| | **Employment/Homemaking** | I can perform most of my homemaking/job duties, but pain prevents me from performing more physically stressful activities (e.g., lifting, vacuuming) | 2 | (0 to 5) |

**ProActive Physical Therapy and Sports
Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com

**ProActive**
**Physical Therapy and Sports Medicine**

## Daily Note / Billing Sheet

**Patient Name:** Phillips, Devon
**Date of Birth:**
**Referring Physician/NPP:** AFRA, ROBERT MD

**Date of Daily Note:** 03/28/2025
**Injury/Onset/Change of Status Date:** '
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia

**Date of Original Eval:** 03/28/2025
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia

**Visit No.:** 1
**Insurance Name:** LIEN THROUGH WR

**Current Complaints / Gains:** L shoulder, neck and low back pain
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
  **Other:** WFL prior to MVA 1/2025
**Current Functional Limitations:**
  **Changing & Maintaining Body Position:** Decreased sitting/standing
  **Mobility: Walking & Moving Around:** Decreased tolerance to walking
  **Carrying, Moving & Handling Objects:** Decreased tolerance to regular gym activities
**Pain Location:** Head/Neck, Upper Back, Shoulder, Lower Back
  **Pain Scale: Worst: 10 Best: 5 Current: 7**
  **Pain Description:** Ache/Pain,Tenderness,Pain Radiating Up,Pain Radiating Down
**Aggravating Factors:** Sitting, Standing, Walking
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Mechanism of injury/ Illness (MVA ), Surgical History (lumbar microdisectomy 2-3 years ago)
**Mental Status/Cognitive Function Appears Impaired?** No

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 1 |
| | See Flowsheet; HEP review, mobility activities | |
| | 8' | |
| 97112 | Neuromuscular Re-Education | 2 |
| | See Flowsheet;Core, cervical and scapular stabilization activities, STM to decrease tone, modulate pain and promote relaxation | |
| | 23 | |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97162 | PT Evaluation: Moderate Complexity | 1 |

CPT copyright 2024 American Medical Association. All rights reserved.

**Objective Findings**        PT Aide Sergio Bravo has passed competency-based training provided by this clinic and assisted the supervising therapist with the tasks identified on the exercise flowsheet. All tasks carried out were under direct supervision of the supervising physical therapist, per the Plan of Care, and with patient-specific instructions.

**Assessment/Diagnosis:** Patient is a 40-year-old male who presents to physical therapy with signs and symptoms consistent with pain in the left shoulder, low back pain, and cervicalgia following a motor vehicle accident on January 22, 2025. Patient has primary impairments of pain in the left shoulder, pain in the cervical and lumbar regions, and decreased tolerance for sitting, standing, and walking as well as inability to perform regular gym activities. This patient will benefit from skilled physical therapy to address pain management, improve range of motion, and increase functional capacity for daily activities and exercise routines.

**Patient Education:** PT Aide Sergio Bravo has passed competency-based training provided by this clinic and assisted the supervising therapist with the tasks identified on the exercise flowsheet. All tasks carried out were under direct supervision of the supervising physical therapist, per the Plan of Care, and with patient-specific instructions.
**Rehab Potential:** Good

**ıı| webpt**

**ProActive Physical Therapy and Sports**
**Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com

**Daily Note /**
**Billing Sheet**

Patient Name: Phillips, Devon
Date of Birth:
Document Date: 03/28/2025

**Patient Problems:**
- Decreased strength, ROM, and flexibility
- Pain limiting participation in ADLs and recreational activities

**Short Term Goals:**
1: (5 Weeks)  | Patient will become independent with HEP in order to optimally progress toward functional goals. |

**Long Term Goals:**
1: (N/A)  | William Kosik, MSPT, ATC, OCS, CSCS, Ella Valji, PT, Jacob Brannon, PT, DPT,  Sapna Nagdev PT, DPT and Mitchell Anders, PT, DPT will be sharing care of this patient as the Therapist of Record. PTA services delivered will be under the appropriate supervision of PT as required by state practice act. |
2: (5 Weeks)  | Patient will achieve a pain level of 3/10 or lower in the left shoulder, neck, and low back to improve comfort and promote engagement in daily activities |
3: (10 Weeks)  | Patient will regain the ability to perform regular gym activities, such as weightlifting, without experiencing significant pain |
4: (10 Weeks)  | Patient will score < 24 on QuickDash outcome measure to demonstrate significant functional improvement |
5: (10 Weeks)  | Patient will score < 17 on NDI outcome measure to demonstrate significant functional improvement |

**Instructions:**  Progressing Patient Next Visit
  Progress scapular, cervical stabilization activities as able, emphasize lumbar mobility and core strengthening as tolerated

*Mitchell Anders PT, DPT*

Mitchell Anders, PT, DPT
PT306113 for State of CA
*Electronically Signed by Mitchell Anders, PT, DPT on March 29, 2025 at 10:56 am*

l¡l webpt

**ProActive Physical Therapy and Sports**
**Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com

# ProActive
### Physical Therapy and Sports Medicine

## Daily Note / Billing Sheet

**Patient Name:** Phillips  Devon
**Date of Birth:** . . .
**Referring Physician/NPP:** AFRA, ROBERT MD

**Date of Original Eval:** 03/28/2025
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia

**Date of Daily Note:** 04/04/2025
**Injury/Onset/Change of Status Date:** 0...........
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia
**Visit No.:** 2
**Insurance Name:** LIEN THROUGH WR

**Current Complaints / Gains:** Patient notes mild improvement in symptoms and stiffness, mild soreness after IE. Cortisone injection in left shoulder this morning.

Per IE: L shoulder, neck and low back pain
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
   **Other:** WFL prior to MVA 1/2025
**Current Functional Limitations:**
   **Changing & Maintaining Body Position:** Decreased sitting/standing
   **Mobility: Walking & Moving Around:** Decreased tolerance to walking
   **Carrying, Moving & Handling Objects:** Decreased tolerance to regular gym activities
**Aggravating Factors:** Sitting, Standing, Walking
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Mechanism of injury/ Illness (MVA ), Surgical History (lumbar microdisectomy 2-3 years ago)
**Mental Status/Cognitive Function Appears Impaired?** No

| CPT Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 1 |
| | See Flowsheet; HEP review, mobility activities | |
| | 8' | |
| 97112 | Neuromuscular Re-Education | 3 |
| | See Flowsheet;Core, cervical and scapular stabilization activities, STM to decrease tone, modulate pain and promote relaxation | |
| | 40' | |
| 97530 | Therapeutic Activity/Kinetic | 1 |
| | See Flowsheet; Activities to improve tolerance to pulling, walking, lifting, etc | |
| | 10' | |

CPT copyright 2024 American Medical Association.  All rights reserved.

**Assessment/Diagnosis:** Able to complete all activities with no increase in symptoms. Fair tolerance to strengthening progressions during today's visit. The session focused on core, cervical, and scapular stabilization activities to improve mobility and decrease pain. Moving forward, the patient will benefit from continued physical therapy focusing on mobility activities, core stabilization, and manual therapy to address pain and improve functional tolerance to daily activities.
**Patient Education:** PT Aide Sergio Bravo has passed competency-based training provided by this clinic and assisted the supervising therapist with the tasks identified on the exercise flowsheet. All tasks carried out were under direct supervision of the supervising physical therapist, per the Plan of Care, and with patient-specific instructions.
**Rehab Potential:** Good
**Patient Problems:**
- Decreased strength, ROM, and flexibility
- Pain limiting participation in ADLs and recreational activities
**Short Term Goals:**
1: (5 Weeks) | Patient will become independent with HEP in order to optimally progress toward functional goals. |
**Long Term Goals:**

||| webpt

**ProActive Physical Therapy and Sports**
**Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com

**Daily Note /**
**Billing Sheet**

Patient Name: Phillip~ ~~~~~
Date of Birth ~~~
Document Date: 04/04/2025

1: (N/A)  | William Kosik, MSPT, ATC, OCS, CSCS, Ella Valji, PT, Jacob Brannon, PT, DPT,  Sapna Nagdev PT, DPT and Mitchell Anders, PT, DPT will be sharing care of this patient as the Therapist of Record. PTA services delivered will be under the appropriate supervision of PT as required by state practice act. |

2: (5 Weeks)  | Patient will achieve a pain level of 3/10 or lower in the left shoulder, neck, and low back to improve comfort and promote engagement in daily activities |

3: (10 Weeks)  | Patient will regain the ability to perform regular gym activities, such as weightlifting, without experiencing significant pain |

4: (10 Weeks)  | Patient will score < 24 on QuickDash outcome measure to demonstrate significant functional improvement |

5: (10 Weeks)  | Patient will score < 17 on NDI outcome measure to demonstrate significant functional improvement |

**Instructions:**  Progressing Patient Next Visit
   Progress scapular, cervical stabilization activities as able, emphasize lumbar mobility and core strengthening as tolerated

*Mitchell Anders PT. DPT*

Mitchell Anders, PT, DPT
PT306113 for State of CA
*Electronically Signed by Mitchell Anders, PT, DPT on April 4, 2025 at 4:48 pm*

ﮞ webpt

**ProActive Physical Therapy and**
**Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com



## Missed Appointment

**Patient Name:** Phillips, Devon
**Date of Birth:**
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50:
Low back pain, unspecified, M54.2: Cervicalgia

**Date of Cancel:** 04/02/2025
**Physician Name:** AFRA, ROBERT MD

**Reason for missed appointment:** Cancel
Illness
**Comments:**
04/02 at 909am, pt called to resched the appt bcs he is not feeling well; appt rescheduled on 04/07-NR

Nheliza Regala
License #548854
*Document created on April 2, 2025 at 4:17 pm*

||| webpt

**ProActive Physical Therapy and Sports
Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com

# ProActive
**Physical Therapy** and **Sports Medicine**

## Initial Evaluation-Faxed

**Patient Name:** Phillips, Devon
**Date of Birth:**
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia

**Date of Case Note:** 03/31/2025
**Physician Name:** AFRA, ROBERT MD

Initial Evaluation-Faxed on 3/31/2025 1:46:48 AM/(WH)

Santosh Kumar
*Document created on March 31, 2025 at 10:16 am*

ılıl **webpt**

**ProActive Physical Therapy and
Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA, 92011-1001
P: (760)388-6475
F: (760)688-3131
info@proactive4pt.com



**FLOWSHEET**

**Patient: Phillips, Devon**

**Date:** 03/28/2025
**Physician:** R. AFRA, MD (1528178837)
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia

**Location: gym**

**Ball Press Hooklying**

| Date | Weights Sets Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----|---------|-----------|-------------|
| 2025-03-28 | 2/5 | 5s | | | | Therapeutic Exercise | 1:1 w/Therapist *MA* |

Total Minutes by Procedure
Therapeutic Exercise: 5s

**seated ball rollouts**

| Date | Weights Sets Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----|---------|-----------|-------------|
| 2025-03-28 | 2/8 | | | | | Neuromusc Rehab | 1:1 w/Therapist *MA* |

Total Minutes by Procedure
Neuromusc Rehab:

**Ball press torso rotation**

| Date | Weights Sets Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----|---------|-----------|-------------|
| 2025-03-28 | 2/5 | 5s | | | | Therapeutic Exercise | 1:1 w/Therapist *MA* |

Total Minutes by Procedure
Therapeutic Exercise: 5s

**prone scap retraction**

| Date | Weights Sets Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----|---------|-----------|-------------|
| 2025-03-28 | 2/8 | 5s | | | | Neuromusc Rehab | 1:1 w/Therapist *MA* |

Total Minutes by Procedure
Neuromusc Rehab: 5s

**bilateral shoulder ER**

| Date | Weights Sets Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----|---------|-----------|-------------|
| 2025-03-28 | YTB/2/12 | | | | | Neuromusc Rehab | 1:1 w/Therapist *MA* |

Total Minutes by Procedure
Neuromusc Rehab:

**supine chin tucks**

| Date | Weights Sets Reps | Minutes | SPO2 RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----|---------|-----------|-------------|
| 2025-03-28 | 2/8 | 3s | | | | Neuromusc Rehab | 1:1 w/Therapist *MA* |

Total Minutes by Procedure
Neuromusc Rehab: 3s

**ProActive Physical Therapy and Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com

**ProActive**
**Physical Therapy and Sports Medicine**

**Daily Note / Billing Sheet**

**Patient Name:** Phillips, Devon
**Date of Birth:**
**Referring Physician/NPP:** AFRA, ROBERT MD

**Date of Daily Note:** 04/07/2025
**Injury/Onset/Change of Status Date:** (
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia

**Date of Original Eval:** 03/28/2025
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia

**Visit No.:** 3
**Insurance Name:** LIEN THROUGH WR

**Current Complaints / Gains:** Patient notes mild improvement in left shoulder symptoms, possibly due to recent cortisone injection last week. Continued pain and neck and low back, although now more mild. No longer taking medication for pain relief.

Per IE: L shoulder, neck and low-back pain.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
   **Other:** WFL prior to MVA 1/2025
**Current Functional Limitations:**
   **Changing & Maintaining Body Position:** Decreased sitting/standing
   **Mobility: Walking & Moving Around:** Decreased tolerance to walking
   **Carrying, Moving & Handling Objects:** Decreased tolerance to regular gym activities
**Aggravating Factors:** Sitting, Standing, Walking
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Mechanism of injury/ Illness (MVA ), Surgical History (lumbar microdisectomy 2-3 years ago)
**Mental Status/Cognitive Function Appears Impaired?** No

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 1 |
| | See Flowsheet; HEP review, mobility activities | |
| | 8' | |
| 97112 | Neuromuscular Re-Education | 3 |
| | See Flowsheet;Core, cervical and scapular stabilization activities, STM to decrease tone, modulate pain and promote relaxation | |
| | 40' | |
| 97530 | Therapeutic Activity/Kinetic | 1 |
| | See Flowsheet; Activities to improve tolerance to pulling, walking, lifting, etc | |
| | 10' | |

CPT copyright 2024 American Medical Association. All rights reserved.

**Assessment/Diagnosis:** Good tolerance to today's activities with no increase in symptoms. The session focused on mobility activities, core stabilization, and therapeutic exercises to address pain and improve tolerance to daily activities. Moving forward, the patient will benefit from continued physical therapy focusing on core and scapular stabilization, as well as activities to improve tolerance to pulling, walking, and lifting to progress toward goals.

**Patient Education:** PT Aide Kevin Romero  has passed competency-based training provided by this clinic and assisted the supervising therapist with the tasks identified on the exercise flowsheet. All tasks carried out were under direct supervision of the supervising physical therapist, per the Plan of Care, and with patient-specific instructions.
**Rehab Potential:** Good
**Patient Problems:**
- Decreased strength, ROM, and flexibility
- Pain limiting participation in ADLs and recreational activities
**Short Term Goals:**
1: (5 Weeks)  | Patient will become independent with HEP in order to optimally progress toward functional goals. |
**Long Term Goals:**

ııl webpt

**ProActive Physical Therapy and Sports**
**Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com

**Daily Note /**
**Billing Sheet**

Patient Name: Phillips
Date of Birth:
Document Date: 04/07/2025

1: (N/A) | William Kosik, MSPT, ATC, OCS, CSCS, Ella Valji, PT, Jacob Brannon, PT, DPT, Sapna Nagdev PT, DPT and Mitchell Anders, PT, DPT will be sharing care of this patient as the Therapist of Record. PTA services delivered will be under the appropriate supervision of PT as required by state practice act. |

2: (5 Weeks) | Patient will achieve a pain level of 3/10 or lower in the left shoulder, neck, and low back to improve comfort and promote engagement in daily activities |

3: (10 Weeks) | Patient will regain the ability to perform regular gym activities, such as weightlifting, without experiencing significant pain |

4: (10 Weeks) | Patient will score < 24 on QuickDash outcome measure to demonstrate significant functional improvement |

5: (10 Weeks) | Patient will score < 17 on NDI outcome measure to demonstrate significant functional improvement |

**Instructions:** Progressing Patient Next Visit
  Progress scapular, cervical stabilization activities as able, emphasize lumbar mobility and core strengthening as tolerated

*Mitchell Anders PT. DPT*

Mitchell Anders, PT, DPT
PT306113 for State of CA
*Electronically Signed by Mitchell Anders, PT, DPT on April 8, 2025 at 7:52 am*

‖ **webpt**

**ProActive Physical Therapy and
Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA, 92011-1001
P: (760)388-6475
F: (760)688-3131
info@proactive4pt.com



## FLOWSHEET

**Patient: Phillips, Devon**

**Date: 04/04/2025**                                  **Start Date: 03/28/2025**
**Physician: R. AFRA, MD (1528178837)**
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia
**Location: gym**

### Shoulder Extension

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|------|----|----|---------|-----------|-------------|
| 2025-04-04 | RTB/2/10 | | | | | | Neuromusc Rehab | 1:1 w/Therapist *MA* |

Total Minutes by Procedure
Neuromusc Rehab:

### Rows

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|------|----|----|---------|-----------|-------------|
| 2025-04-04 | RTB/2/10 | | | | | | Therapeutic Activity | 1:1 w/Therapist *MA* |

Total Minutes by Procedure
Therapeutic Activity:

### DKTC

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|------|----|----|---------|-----------|-------------|
| 2025-04-04 | 2/10 | | | | | | Neuromusc Rehab | 1:1 w/Therapist *MA* |

Total Minutes by Procedure
Neuromusc Rehab:

### Elliptical

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|------|----|----|---------|-----------|-------------|
| 2025-04-04 | | 5' | | | | | Therapeutic Activity | 1:1 w/Therapist *MA* |

Total Minutes by Procedure
Therapeutic Activity: 5'

### Ball Press Hooklying

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|------|----|----|---------|-----------|-------------|
| 2025-04-04 | 2/5 | 5s | | | | | Therapeutic Exercise | 1:1 w/Therapist *MA* |

Total Minutes by Procedure
Therapeutic Exercise: 5s

### seated ball rollouts

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|------|----|----|---------|-----------|-------------|
| 2025-04-04 | 2/8 | | | | | | Neuromusc Rehab | 1:1 w/Therapist *MA* |

Total Minutes by Procedure
Neuromusc Rehab:

### Ball press torso rotation

Date: **2025-04-04**

ılıl webpt

**ProActive Physical Therapy and Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA, 92011-1001
P: (760)388-6475
F: (760)688-3131
info@proactive4pt.com



# FLOWSHEET

**Patient: Phillips, Devon**

| Date | Weights Sets Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|------|----|----|---------|-----------|-------------|
| 2025-04-04 | 2/5 | 5s | | | | | Therapeutic Exercise | 1:1 w/Therapist MA |

**Total Minutes by Procedure**
Therapeutic Exercise: 5s

**prone scap retraction**

| Date | Weights/Sets Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|------|----|----|---------|-----------|-------------|
| 2025-04-04 | 2/8 | 5s | | | | | Neuromusc Rehab | 1:1 w/Therapist MA |

**Total Minutes by Procedure**
Neuromusc Rehab: 5s

**bilateral shoulder ER**

| Date | Weights/Sets Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|------|----|----|---------|-----------|-------------|
| 2025-04-04 | YTB/2/12 | | | | | | Neuromusc Rehab | 1:1 w/Therapist MA |

**Total Minutes by Procedure**
Neuromusc Rehab:

**supine chin tucks**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|------|----|----|---------|-----------|-------------|
| 2025-04-04 | 2/8 | 3s | | | | | Neuromusc Rehab | 1:1 w/Therapist MA |

**Total Minutes by Procedure**
Neuromusc Rehab: 3s

Date: 2025-04-04

*l|l webpt*

**ProActive Physical Therapy and Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com

# ProActive
### Physical Therapy and Sports Medicine

## Physical Therapy Progress Note

**Patient Name:** Phillips, Devon
**Date of Birth:**
**Referring Physician/NPP:** AFRA, ROBERT MD

**Date of Original Eval:** 03/28/2025
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia

**Date of Progress Note:** 05/09/2025
**Injury/Onset/Change of Status Date:** 01._____
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia
**Visit No.:** 12

**History of Present Condition/Mechanism of Injury:** Per PN 5/9/25 pt has been seen 11 times prior to today.

Devon Phillips, a 40-year-old male, presents with left shoulder pain, low back pain, and cervicalgia following a car accident on January 22nd, 2023. Sought medical attention in ER following accident, x-rays ruled out fractures. He has a history of multiple car accidents in the past 5-6 years, none of which were his fault, and underwent a microdiscectomy on December 16, 2022 for previous low back pain. Post-accident, he experiences significant pain in the left shoulder, neck, and upper to lower back, particularly in the mornings and at night. He reports a pain level of 6-7/10 in the neck and 7/10 in the shoulder. He also experiences left-sided headaches and occasional left leg aches. Devon has not experienced numbness or tingling in the arms or legs since MVA. He has had to modify daily activities, including ceasing weightlifting secondary to ongoing symptoms. Currently awaiting approval for imaging on left shoulder, neck and low back.

**Current Complaints / Gains:** Pt reports constant L anterior shoulder pain, intermittent central low back pain. L>R neck tension, approximately 2-3 headaches per week. Limited tolerance to bending, lifting, pulling, pushing and squatting.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
   **Other:** WFL prior to MVA 1/2025
**Current Functional Limitations:**
   **Changing & Maintaining Body Position:** Decreased sitting/standing
   **Mobility: Walking & Moving Around:** Decreased tolerance to walking
   **Carrying, Moving & Handling Objects:** Decreased tolerance to regular gym activities
**Pain Location:** Head/Neck, Upper Back, Shoulder, Lower Back
   **Pain Scale: Worst:** 10 **Best:** 5 **Current:** 8 *Previous Findings as of 03/28/2025 - Worst:10 Best:5 Current:7*
   **Pain Description:** Ache/Pain,Tenderness,Pain Radiating Up,Pain Radiating Down
**Aggravating Factors:** Sitting, Standing, Walking
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Mechanism of injury/ Illness (MVA ), Surgical History (lumbar microdisectomy 2-3 years ago)
**Medical History Review:** The patient has a history of present problem with a history of 1-2 personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No

**Inspection**

**Patient Consent**

| | |
|---|---|
| Patient/Parent/Guardian Consent | Yes |
| Inspection | increased edema L anterior shoulder |
| | well healed incision lumbar spine (previous microdisectomy per pt) |

**Outcome Measurement Tools**

*Previous Findings as of 03/28/2025*

**Spine**
Neck Disability Index Questionnaire

| | | |
|---|---|---|
| Total Score: | 25 | 24 |
| Total %: | 50% | 48% |
| Modified Oswestry Low Back Pain | 34% disability | 48 |

ılı **webpt**

**ProActive Physical Therapy and Sports**
**Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com

**Physical Therapy**
**Progress Note**

Patient Name: Phillips, Devon
Date of Birth:
Document Date: 05/09/2025

**Upper Extremity**

| | | |
|---|---|---|
| Upper Extremity Quick DASH | 68.18/100 | 38.64 |

**Observation**

| | |
|---|---|
| **Standing Posture** | Rounded Shoulders, Increased Thoracic Kyphosis, Decreased Lumbar Lordosis |
| **Gait** | Antalgic, Increased Hike During Swing, Shortened Stride Length |

**Range of Motion**                                    *Previous Findings as of 03/28/2025*

**Cervical AROM**

| | | |
|---|---|---|
| Forward Bending | Chin To Chest | *Chin To Chest* |
| Backward Bending | 75% | *75%* |
| Right Rotation | 90% | *90%* |
| Left Rotation | 75% | *75%* |
| Right Side Bending | 90% | *90%* |
| Left Side Bending | 60% | *60%* |
| Cervical AROM Comments | pain with BB, L SB, L rot | *pain with BB, L SB, L rot* |

**Shoulder AROM**

| | Right | Left | | |
|---|---|---|---|---|
| Flexion | 170 ° | 155deg | *170 °* | *150 °* |
| Abduction | 170 ° | 160 ° | *170 °* | *160 °* |
| Functional External Rotation Reach | T1 | C4 | | |
| Functional Internal Rotation Reach | T10 | L2 | | |
| ER in Neutral Position | 80 ° | 70 ° | *80 °* | *70 °* |

**Lumbar AROM**

| | | |
|---|---|---|
| Forward Bending | Hand Reach to Ankles | *Hand Reach to Mid-Shins* |
| Backward Bending | 50% | *25%* |
| Right Rotation | 75% | *75%* |
| Left Rotation | 75% | *75%* |
| Right Side Bending | 75% | *75%* |
| Left Side Bending | 50% | *50%* |
| Lumbar AROM Comments | Mild pain with all l/s AROM | *pain with all lumbar ROM* |

**Comments** Pain with left shoulder abduction, flexion above 90 degrees, and functional internal rotation

*pain with left shoulder abduction, flexion above 90 degrees, most prevalent at end range*

**Strength**                                    *Previous Findings as of 03/28/2025*

**Gross Muscle Tests Upper**

**Shoulder**

| | Right | Left | | |
|---|---|---|---|---|
| Shoulder Flexion | 5-/5 | 4/5 | *5-/5* | *4+/5* |
| Shoulder Abduction | 5-/5 | 4/5 | *5-/5* | *4+/5* |
| Shoulder Internal Rotation | 5-/5 | 4/5 | *5-/5* | *5-/5* |

**ılı webpt**

**ProActive Physical Therapy and Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com

## Physical Therapy
## Progress Note

**Patient Name: Phillips Devon**
**Date of Birth:** 1
**Document Date: 05/09/2025**

| | | | | |
|---|---|---|---|---|
| Shoulder External Rotation | 5-/5 | 4+/5 | 5-/5 | 4+/5 |

**Comments** pain with left shoulder abduction and flexion strength testing — *pain with left shoulder abduction and flexion strength testing*

**Neuro-Vascular** — *\*Previous Findings as of 03/28/2025*

**Complaints of any radicular symptoms in either extremity**

| | | | |
|---|---|---|---|
| Complaints of any radicular symptoms in either extremity | No | | *No* |
| Sensory or vascular deficits noted | No | | *No* |

| | Right | Left | | |
|---|---|---|---|---|
| Lasegue's SLR | Negative | Negative | *Negative* | *Negative* |

**Special Tests** — *\*Previous Findings as of 03/28/2025*

**Flexibility**

| | Right | Left | | |
|---|---|---|---|---|
| 90/90 Hamstring Flexibility | (20) ° | (20) ° | *(20) °* | *(20) °* |

| **Impingement** | Right | Left | | |
|---|---|---|---|---|
| Hawkins/Kennedy | Not Tested | Positive | *Not Tested* | *Positive* |
| Neer Test | Not Tested | Positive | *Not Tested* | *Positive* |

| **Rotator Cuff** | Right | Left | | |
|---|---|---|---|---|
| Empty Can | Not Tested | Positive | *Not Tested* | *Positive* |

| | Right | Left | | |
|---|---|---|---|---|
| Speed's Test | Not Tested | Positive | *Not Tested* | *Positive* |
| Spurling's Maneuver | Negative | Negative | *Negative* | *Negative* |

**Comments** spurling's localized neck pain only — *spurling's localized neck pain only*

**Palpation**

**Comments**      TTP lumbar paraspinals, bilateral gluteal musculature, L LH biceps tendon, supraspinatus tendon

TTP L>R suboccipital musculature, upper trap

*ı|ı webpt*

**ProActive Physical Therapy and Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com

**Physical Therapy**
**Progress Note**

Patient Name: Phillips, ~~~~
Date of Birth.
Document Date: 05/09/2025

**Assessment/Diagnosis:** Mr. Phillips has made minimal progress towards goals since initial evaluation. He reports no significant change in pain, with mildly increased L shoulder pain. Subjective functional outcome measures (NDI, oswestry and quickDASH), indicate mildly improved low back function, although decrease in neck and shoulder function. He demonstrates improved lumbar ROM, although still with mild deficits. He continues to have limited and painful cervical and L shoulder ROM, as well as L shoulder strength deficits. He has limited ability to reach, pull, push, squat, and lift. He would benefit from continued therapy to address pain, impairments and deficits.

**Patient Clinical Presentation:** The clinical presentation is evolving with changing characteristics.

**Rehab Potential:** Good

**Patient Problems:**
- Decreased strength, ROM, and flexibility
- Pain limiting participation in ADLs and recreational activities

**Short Term Goals:**
1: (5 Weeks)  | 70% | Patient will become independent with HEP in order to optimally progress toward functional goals. |

**Long Term Goals:**
1: (N/A)  | William Kosik, MSPT, ATC, OCS, CSCS, Ella Valji, PT, Jacob Brannon, PT, DPT,  Sapna Nagdev PT, DPT and Mitchell Anders, PT, DPT will be sharing care of this patient as the Therapist of Record. PTA services delivered will be under the appropriate supervision of PT as required by state practice act. |
2: (5 Weeks)  | 0% | Patient will achieve a pain level of 3/10 or lower in the left shoulder, neck, and low back to improve comfort and promote engagement in daily activities |
3: (10 Weeks)  | 15% | Patient will regain the ability to perform regular gym activities, such as weightlifting, without experiencing significant pain |
4: (10 Weeks)  | 0% | Patient will score < 24 on QuickDash outcome measure to demonstrate significant functional improvement |
5: (10 Weeks)  | 0% | Patient will score < 17 on NDI outcome measure to demonstrate significant functional improvement |
Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

**Frequency:** 1-2 times a week

5/09/2025 Progress note indicates increased L Shoulder pain, L Shoulder strength deficits. From previous progress note my ROM had decreased significantly from the 4/11/25.

**ⅼ⅟ webpt**

**ProActive Physical Therapy and Sports**
**Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com

# Physical Therapy
# Progress Note

Patient Name: Phillip ~~~
Date of Birth: 1~ ~~~ ~~~
Document Date: 05/09/2025

**Duration:** 10 weeks
**Treatment to be provided:**
**Procedures**
Therapeutic Exercises, Therapeutic Activity, Neuromuscular Rehabilitation, Manual Therapy, Splinting/Taping, Patient Education, Self Care

**Modalities**
Electrical Stimulation, Ultrasound/Phonophoresis, Cryotherapy, Hot Packs, Mechanical Traction

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician/NPP mentioned in this report. Unless the referring physician/NPP indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (760)388-6475.

Please sign and return: Fax#: (760)688-3131

I certify the need for these services furnished under this plan of treatment and while under my care.

Physician/Non-Physician Practitioner (NPP) Signature:

*Anthony Hones*

Antony Hones, PTA
License #50630
*Initiated by Antony Hones, PTA on May 10, 2025 at 5:13 pm*

_____
R. AFRA, MD
Date:_____    Time:_____

*Mitchell Anders PT. DPT*

Mitchell Anders, PT, DPT
PT306113 for State of CA
*Electronically Co-Signed by Mitchell Anders, PT, DPT on May 11, 2025 at 7:31 pm*

**ı|ı webpt**

**ProActive Physical Therapy and Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com

# ProActive
### Physical Therapy and Sports Medicine

## Daily Note / Billing Sheet

**Patient Name:** Phillips, Devon
**Date of Birth:**
**Referring Physician/NPP:** AFRA, ROBERT MD

**Date of Original Eval:** 03/28/2025
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia

**Date of Daily Note:** 05/09/2025
**Injury/Onset/Change of Status Date:**
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia
**Visit No.:** 12
**Insurance Name:** LIEN THROUGH WR

**Current Complaints / Gains:** Pt reports constant L anterior shoulder pain, intermittent central low back pain. L>R neck tension, approximately 2-3 headaches per week. Limited tolerance to bending, lifting, pulling, pushing and squatting.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
   **Other:** WFL prior to MVA 1/2025
**Current Functional Limitations:**
   **Changing & Maintaining Body Position:** Decreased sitting/standing
   **Mobility: Walking & Moving Around:** Decreased tolerance to walking
   **Carrying, Moving & Handling Objects:** Decreased tolerance to regular gym activities
**Pain Location:** Head/Neck, Upper Back, Shoulder, Lower Back
   **Pain Scale: Worst:** 10 **Best:** 5 **Current:** 8 *Previous Findings as of 03/28/2025 - Worst:10 Best:5 Current:7*
   **Pain Description:** Ache/Pain,Tenderness,Pain Radiating Up,Pain Radiating Down
**Aggravating Factors:** Sitting, Standing, Walking
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Mechanism of injury/ Illness (MVA ), Surgical History (lumbar microdisectomy 2-3 years ago)
**Mental Status/Cognitive Function Appears Impaired?** No

| CPT Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 1 |
| | See Flowsheet; To address flexibility, range of motion | |
| 97112 | Neuromuscular Re-Education | 3 |
| | IASTM to ant. deltoid/LHBT, ART to subscap to decrease tension and tone and modulate pain. mech vibration to lumbar paraspinals, QL, for improved muscle tone/tension, reduced pain, improved relaxation. Dynamic taping two j strips for shoulder support.; Rotator cuff and scapulo thoracic muscle facilitation for improved dynamic shoulder stability; Lumbo pelvic muscle facilitation for increased core stability | |
| 97530 | Therapeutic Activity/Kinetic | 1 |
| | See Flowsheet; active mobility and functional strengthening act to increase function with standing, gait ,stairs, lifting, carrying reaching etc. | |

| CPT Code | Untimed Codes | Units |
|---|---|---|
| 97010 | Hot/Cold Packs | 1 |
| | Cold | |
| | CP to shoulder x 15' | |
| 97014 | E-Stim Unattended | 1 |
| | IFC 80-150Hz L shoulder concurrent with CP 15' | |

*CPT copyright 2024 American Medical Association. All rights reserved.*

**Objective Findings**

PT Aide (s) Kevin Romero, and Hanson Ly, have passed competency-based training provided by this clinic and assisted the supervising therapist with the tasks identified on the exercise flowsheet. All tasks carried out were under direct supervision of the supervising physical therapist, per the Plan of Care, and with patient-specific instructions.

*webpt*

**ProActive Physical Therapy and Sports**
**Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com

**Daily Note /**
**Billing Sheet**

Patient Name: Phillips ~~~~
Date of Birth: ~~~~
Document Date: 05/09/2025

**Assessment/Diagnosis:** Mr. Phillips has made minimal progress towards goals since initial evaluation. He reports no significant change in pain, with mildly increased L shoulder pain. Subjective functional outcome measures (NDI, oswestry and quickDASH), indicate mildly improved low back function, although decrease in neck and shoulder function. He demonstrates improved lumbar ROM, although still with mild deficits. He continues to have limited and painful cervical and L shoulder ROM, as well as L shoulder strength deficits. He has limited ability to reach, pull, push, squat, and lift. He would benefit from continued therapy to address pain, impairments and deficits.

**Rehab Potential:** Good

**Patient Problems:**
- Decreased strength, ROM, and flexibility
- Pain limiting participation in ADLs and recreational activities

**Short Term Goals:**
1: (5 Weeks) | 70% | Patient will become independent with HEP in order to optimally progress toward functional goals. |

**Long Term Goals:**
1: (N/A) | William Kosik, MSPT, ATC, OCS, CSCS, Ella Valji, PT, Jacob Brannon, PT, DPT,  Sapna Nagdev PT, DPT and Mitchell Anders, PT, DPT will be sharing care of this patient as the Therapist of Record. PTA services delivered will be under the appropriate supervision of PT as required by state practice act. |
2: (5 Weeks) | 0% | Patient will achieve a pain level of 3/10 or lower in the left shoulder, neck, and low back to improve comfort and promote engagement in daily activities |
3: (10 Weeks) | 15% | Patient will regain the ability to perform regular gym activities, such as weightlifting, without experiencing significant pain |
4: (10 Weeks) | 0% | Patient will score < 24 on QuickDash outcome measure to demonstrate significant functional improvement |
5: (10 Weeks) | 0% | Patient will score < 17 on NDI outcome measure to demonstrate significant functional improvement |

Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

**Instructions:** Progressing Patient Next Visit
 Antony Hones, PTA, was involved in today's session.

*Anthony Hones*

Antony Hones, PTA
License #50630
*Initiated by Antony Hones, PTA on May 11, 2025 at 12:31 pm*

*Mitchell Anders PT. DPT*

Mitchell Anders, PT, DPT
PT306113 for State of CA
*Electronically Signed by Mitchell Anders, PT, DPT on May 11, 2025 at 7:31 pm*

**⫼ webpt**

# Patient Outcomes

**Report Date: 5/11/2025**

| Devon Phillips | 34 OF 100 |
|---|---|

| | | | |
|---|---|---|---|
| **Patient ID:** 16499827 | | **Questionnaire Type:** | Follow Up |
| **Case Key:** 63864817 | | **Area:** | Lower Back |
| **Visit Date:** 5/9/2025 | | **Clinician:** | Anders, Mitchell |
| **Entry Date:** 5/11/2025 | | **Clinic:** | ProActive Physical Therapy and Sports Medicine - Carlsbad |
| **ICD Code:** M25512 - Pain in left shoulder | | **Referral Source:** | AFRA, ROBERT |
| **Gender:** F | | | No Fault / Tort Liability |
| **Date of Birth:** 1 . | | **Litigation:** No | **Direct Access:** No |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| | Pain Level | 8 | 8 | (0 to 10) |
| | Satisfaction | Very Satisfied | 1 | (1 to 4) |
| | Functional Improvement | Good | 2 | (1 to 4) |
| | Goals Met | Mostly Met | 2 | (1 to 4) |
| | Pain Intensity | Pain medication provides me with little relief from pain. | 4 | (0 to 5) |
| | Personal Care (eg, Washing, Dressing) | I can take care of myself normally, but it increases my pain. | 1 | (0 to 5) |
| | Lifting | Pain prevents me from lifting heavy weights, but I can manage light to medium weights if they are conveniently positioned | 3 | (0 to 5) |
| | Walking | Pain does not prevent me from walking any distance. | 0 | (0 to 5) |
| | Sitting | I can sit in any chair as long as I like. | 0 | (0 to 5) |
| | Standing | I can stand as long as I want, but it increases my pain. | 1 | (0 to 5) |
| | Sleeping | Even when I take pain medication, I sleep less than 6 hours. | 2 | (0 to 5) |
| | Social Life | Pain prevents me from participating in more energetic activities (eg, sports, dancing) | 2 | (0 to 5) |
| | Traveling | I can travel anywhere, but it increases my pain. | 1 | (0 to 5) |



**Patient Outcomes**                                                          **Report Date: 5/11/2025**

| # | Question | Answer | Value | Scale |
|---|----------|--------|-------|-------|
| | **Employment/Homemaking** | Pain prevents me from doing anything but light duties. | **3** | (0 to 5) |

# Patient Outcomes

**Report Date: 6/12/2025**

| Devon Phillips | 34  OF  100 |
|---|---|

| | | | |
|---|---|---|---|
| **Patient ID:** 16499827 | | **Questionnaire Type:** | Completion of Care |
| **Case Key:** 63864817 | | **Area:** | Lower Back |
| **Visit Date:** 5/9/2025 | | **Clinician:** | Anders, Mitchell |
| **Entry Date:** 6/12/2025 | | **Clinic:** | ProActive Physical Therapy and Sports Medicine - Carlsbad |
| **ICD Code:** M25512 - Pain in left shoulder | | **Referral Source:** | AFRA, ROBERT |
| **Gender:** F | | | No Fault / Tort Liability |
| **Date of Birth:** | | **Litigation:** No | **Direct Access:** No |

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| | Pain Level | 8 | 8 | (0 to 10) |
| | Satisfaction | Very Satisfied | 1 | (1 to 4) |
| | Functional Improvement | Good | 2 | (1 to 4) |
| | Goals Met | Mostly Met | 2 | (1 to 4) |
| | Pain Intensity | Pain medication provides me with little relief from pain. | 4 | (0 to 5) |
| | Personal Care (eg, Washing, Dressing) | I can take care of myself normally, but it increases my pain. | 1 | (0 to 5) |
| | Lifting | Pain prevents me from lifting heavy weights, but I can manage light to medium weights if they are conveniently positioned | 3 | (0 to 5) |
| | Walking | Pain does not prevent me from walking any distance. | 0 | (0 to 5) |
| | Sitting | I can sit in any chair as long as I like. | 0 | (0 to 5) |
| | Standing | I can stand as long as I want, but it increases my pain. | 1 | (0 to 5) |
| | Sleeping | Even when I take pain medication, I sleep less than 6 hours. | 2 | (0 to 5) |
| | Social Life | Pain prevents me from participating in more energetic activities (eg, sports, dancing) | 2 | (0 to 5) |
| | Traveling | I can travel anywhere, but it increases my pain. | 1 | (0 to 5) |



Page 1 of 2

**Patient Outcomes**                                                                  **Report Date: 6/12/2025**

| # | Question | Answer | Value | Scale |
|---|----------|--------|-------|-------|
| | **Employment/Homemaking** | Pain prevents me from doing anything but light duties. | 3 | (0 to 5) |

**ProActive Physical Therapy and
Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA, 92011-1001
P: (760)388-6475
F: (760)688-3131
info@proactive4pt.com



## FLOWSHEET

**Patient: Phillips, Devon**

**Date: 05/07/2025**                                                    **Start Date: 03/28/2025**

**Physician:** R. AFRA, MD (1528178837)

**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia

**Location: gym**

### Piriformis Stretch

| Date | Weights Sets Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-05-07 | 2 | 30 sec | | Therapeutic Exercise | 1:1 w/Assistant *AH* |

Total Minutes by Procedure
Therapeutic Exercise: 30 sec

### open books

| Date | Weights Sets Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-05-07 | 10 | | | | N/A *AH* |

### Rows

| Date | Weights Sets Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-05-07 | 7/FM/2/12 | | | Therapeutic Activity | 1:1 w/Therapist *AH* |

Total Minutes by Procedure
Therapeutic Activity:

### DKTC

| Date | Weights Sets Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-05-07 | SB/2/10 | | | Neuromusc Rehab | 1:1 w/Therapist *AH* |

Total Minutes by Procedure
Neuromusc Rehab:

### cold pack

| Date | Weights Sets Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-05-07 | | 15 | | | 1:1 w/Assistant *AH* |

### Ball Press Hooklying

| Date | Weights Sets Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-05-07 | 2/5 | 5s | | Neuromusc Rehab | 1:1 w/Therapist *AH* |

Total Minutes by Procedure
Neuromusc Rehab: 5s

### seated ball rollouts

| Date | Weights Sets Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-05-07 | 2/8 | | | Therapeutic Exercise | 1:1 w/Therapist *AH* |

Total Minutes by Procedure

**ProActive Physical Therapy and
Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA, 92011-1001
P: (760)388-6475
F: (760)688-3131
info@proactive4pt.com



## FLOWSHEET

**Patient: Phillips, Devon**

Therapeutic Exercise:

**Ball press torso rotation**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-05-07 | 2/5 | 5s | | Neuromusc Rehab | 1:1 w/Therapist *AH* |

**Total Minutes by Procedure**
Neuromusc Rehab: 5s

**prone scap retraction**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-05-07 | 2/8 | 5s | | Neuromusc Rehab | 1:1 w/Therapist *AH* |

**Total Minutes by Procedure**
Neuromusc Rehab: 5s

**bilateral shoulder ER**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-05-07 | RTB/3/12 | | | Neuromusc Rehab | 1:1 w/Therapist *AH* |

**Total Minutes by Procedure**
Neuromusc Rehab:

**supine chin tucks**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-05-07 | 2/8 | 3s | | Neuromusc Rehab | 1:1 w/Therapist *AH* |

**Total Minutes by Procedure**
Neuromusc Rehab: 3s

**ProActive Physical Therapy and Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com

# Pro:Active
**Physical Therapy and Sports Medicine**

## Daily Note / Billing Sheet

**Patient Name:** Phillips, Devon
**Date of Birth:**
**Referring Physician/NPP:** AFRA, ROBERT MD

**Date of Daily Note:** 05/07/2025
**Injury/Onset/Change of Status Date:** 0
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia
**Visit No.:** 11
**Insurance Name:** LIEN THROUGH WR

**Date of Original Eval:** 03/28/2025
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia

**Current Complaints / Gains:** Pt reports L anterior shoulder pain, described as sharp and "burning". Completing HEP, feels that taping is helping. Central low back pain along belt line, L hip and LE symptoms. Certain positions pulling and burning in the low back. Still yet to schedule MRI for low back.

Verbal consent given by patient for PT treatment plan. Pre PT procedures and post treatment expectations explained to patient such as HEP compliance, response to treatment and consistency of scheduling. Patient understood the risk, benefits of treatments and verbalized understanding of PT goals, plan of care and agreed to treatment plan.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
   **Other:** WFL prior to MVA 1/2025
**Current Functional Limitations:**
   **Changing & Maintaining Body Position:** Decreased sitting/standing
   **Mobility: Walking & Moving Around:** Decreased tolerance to walking
   **Carrying, Moving & Handling Objects:** Decreased tolerance to regular gym activities
**Aggravating Factors:** Sitting, Standing, Walking
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Mechanism of injury/ Illness (MVA ), Surgical History (lumbar microdisectomy 2-3 years ago)
**Mental Status/Cognitive Function Appears Impaired?** No

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet; To address flexibility, range of motion | 1 |
| 97112 | Neuromuscular Re-Education<br>IASTM to ant. deltoid/LHBT, ART to subscap to decrease tension and tone and modulate pain. mech vibration to lumbar paraspinals, QL, for improved muscle tone/tension, reduced pain, improved relaxation. Dynamic taping two j strips for shoulder support.; Rotator cuff and scapulo thoracic muscle facilitation for improved dynamic shoulder stability; Lumbo pelvic muscle facilitation for increased core stability | 3 |
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet; active mobility and functional strengthening act to increase function with standing, gait ,stairs, lifting, carrying reaching etc. | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97010 | Hot/Cold Packs<br>Cold<br>CP to shoulder x 15' | |
| 97014 | E-Stim Unattended<br>IFC 80-150Hz L shoulder concurrent with CP 15' | |

CPT copyright 2024 American Medical Association. All rights reserved.

*[handwritten:] Still could not elevate my left shoulder ROM. Due to further injury on 4/11/25 caused by deputies.*

**Assessment/Diagnosis:** Fair tolerance to session, limited and painful L shoulder elevation ROM. Limited and painful lumbar ROM, lumbar paraspinal tension mildly improved post treatment.
**Patient Education:** PT Aide (s) Kevin Romero, and Hanson Ly, have passed competency-based training provided by this clinic and assisted the supervising therapist with the tasks identified on the exercise flowsheet. All tasks carried out were under direct supervision of the supervising physical therapist, per the Plan of Care, and with patient-specific instructions.

*ılıl webpt*

**ProActive Physical Therapy and Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com

**Daily Note /
Billing Sheet**

**Patient Name:** Phillips, Devon
**Date of Birth**.
**Document Date:** 05/07/2025

**Rehab Potential:** Good
**Patient Problems:**
- Decreased strength, ROM, and flexibility
- Pain limiting participation in ADLs and recreational activities

**Short Term Goals:**
1: (5 Weeks) | Patient will become independent with HEP in order to optimally progress toward functional goals. |

**Long Term Goals:**
1: (N/A) | William Kosik, MSPT, ATC, OCS, CSCS, Ella Valji, PT, Jacob Brannon, PT, DPT, Sapna Nagdev PT, DPT and Mitchell Anders, PT, DPT will be sharing care of this patient as the Therapist of Record. PTA services delivered will be under the appropriate supervision of PT as required by state practice act. |
2: (5 Weeks) | Patient will achieve a pain level of 3/10 or lower in the left shoulder, neck, and low back to improve comfort and promote engagement in daily activities |
3: (10 Weeks) | Patient will regain the ability to perform regular gym activities, such as weightlifting, without experiencing significant pain |
4: (10 Weeks) | Patient will score < 24 on QuickDash outcome measure to demonstrate significant functional improvement |
5: (10 Weeks) | Patient will score < 17 on NDI outcome measure to demonstrate significant functional improvement |

**Instructions:** Progressing Patient Next Visit
Continue with upper quarter and core stability activities; Progress functional strengthening activities as tolerated

*Anthony Hones*

Antony Hones, PTA
License #50630
*Electronically Signed by Antony Hones, PTA on May 9, 2025 at 9:01 am*

**ı|ı webpt**

**ProActive Physical Therapy and
Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA, 92011-1001
P: (760)388-6475
F: (760)688-3131
info@proactive4pt.com



## FLOWSHEET

**Patient: Phillips, Devon**

**Date: 05/02/2025**                                           **Start Date: 03/28/2025**

**Physician:** R. AFRA, MD (1528178837)

**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia

**Location: gym**

**open books**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-05-01 | 10 | | | | N/A *WK* |

**Rows**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-05-01 | 7/FM/2/12 | | | Therapeutic Activity | 1:1 w/Therapist *WK* |

Total Minutes by Procedure
Therapeutic Activity:

**DKTC**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-05-01 | SB/2/10 | | | Neuromusc Rehab | 1:1 w/Therapist *WK* |

Total Minutes by Procedure
Neuromusc Rehab:

**Ball Press Hooklying**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-05-01 | 2/5 | 5s | | Neuromusc Rehab | 1:1 w/Therapist *WK* |

Total Minutes by Procedure
Neuromusc Rehab: 5s

**seated ball rollouts**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-05-01 | 2/8 | | | Therapeutic Exercise | 1:1 w/Therapist *WK* |

Total Minutes by Procedure
Therapeutic Exercise:

**Ball press torso rotation**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-05-01 | 2/5 | 5s | | Neuromusc Rehab | 1:1 w/Therapist *WK* |

Total Minutes by Procedure
Neuromusc Rehab: 5s

**prone scap retraction**

**ProActive Physical Therapy and**
**Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA, 92011-1001
P: (760)388-6475
F: (760)688-3131
info@proactive4pt.com



## FLOWSHEET

**Patient: Phillips, Devon**

| Date | Weights Sets Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-05-01 | 2/8 | 5s | | Neuromusc Rehab | 1:1 w/Therapist *WK* |

**Total Minutes by Procedure**
Neuromusc Rehab: 5s

**bilateral shoulder ER**

| Date | Weights Sets Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-05-01 | RTB/3/12 | | | Neuromusc Rehab | 1:1 w/Therapist *WK* |

**Total Minutes by Procedure**
Neuromusc Rehab:

**supine chin tucks**

| Date | Weights Sets Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-05-01 | 2/8 | 3s | | Neuromusc Rehab | 1:1 w/Therapist *WK* |

**Total Minutes by Procedure**
Neuromusc Rehab: 3s

**ProActive Physical Therapy and Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com

# ProActive
## Physical Therapy and Sports Medicine

## Daily Note / Billing Sheet

**Patient Name:** Phillips, Devon
**Date of Birth:**
**Referring Physician/NPP:** AFRA, ROBERT MD

**Date of Original Eval:** 03/28/2025
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia

**Date of Daily Note:** 05/01/2025
**Injury/Onset/Change of Status Date:**
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia
**Visit No.:** 10
**Insurance Name:** LIEN THROUGH WR

**Current Complaints / Gains:** feels tape has been beneficial for L shoulder pain; saw pain management (Dr. Kumar) yesterday - rec. MRI lumbar, neck and L elbow; c/o B lower back pain

Verbal consent given by patient for PT treatment plan. Pre PT procedures and post treatment expectations explained to patient such as HEP compliance, response to treatment and consistency of scheduling. Patient understood the risk, benefits of treatments and verbalized understanding of PT goals, plan of care and agreed to treatment plan.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
   **Other:** WFL prior to MVA 1/2025
**Current Functional Limitations:**
   **Changing & Maintaining Body Position:** Decreased sitting/standing
   **Mobility: Walking & Moving Around:** Decreased tolerance to walking
   **Carrying, Moving & Handling Objects:** Decreased tolerance to regular gym activities
**Aggravating Factors:** Sitting, Standing, Walking
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Mechanism of injury/ Illness (MVA ), Surgical History (lumbar microdisectomy 2-3 years ago)
**Mental Status/Cognitive Function Appears Impaired?** No

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 1 |
| | See Flowsheet; To address flexibility, range of motion | |
| 97112 | Neuromuscular Re-Education | 3 |
| | IASTM to ant. deltoid/LHBT, ART to subscap to decrease tension and tone and modulate pain. mech vibration to lumbar paraspinals, QL, for improved muscle tone/tension, reduced pain, improved relaxation. Dynamic taping two j strips for shoulder support.; Rotator cuff and scapulo thoracic muscle facilitation for improved dynamic shoulder stability; Lumbo pelvic muscle facilitation for increased core stability | |
| 97530 | Therapeutic Activity/Kinetic | 1 |
| | See Flowsheet; active mobility and functional strengthening act to increase function with standing, gait ,stairs, lifting, carrying reaching etc. | |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97010 | Hot/Cold Packs | 1 |
| | Cold | |
| | CP to shoulder x 15' | |

CPT copyright 2024 American Medical Association. All rights reserved.

**Assessment/Diagnosis:** Tolerated today's activities well; Some anterior shoulder pain in a region of biceps long head tendon
**Patient Education:** PT Aide (s) Hanson Ly, Kevin Romero, have passed competency-based training provided by this clinic and assisted the supervising therapist with the tasks identified on the exercise flowsheet. All tasks carried out were under direct supervision of the supervising physical therapist, per the Plan of Care, and with patient-specific instructions.
**Rehab Potential:** Good
**Patient Problems:**
- Decreased strength, ROM, and flexibility

॥ webpt

**ProActive Physical Therapy and Sports**
**Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com

**Daily Note /**
**Billing Sheet**

Patient Name: Phillips, ~~
Date of Birth: ~~
Document Date: 05/01/2025

- Pain limiting participation in ADLs and recreational activities
**Short Term Goals:**
1: (5 Weeks) | Patient will become independent with HEP in order to optimally progress toward functional goals. |
**Long Term Goals:**
1: (N/A) | William Kosik, MSPT, ATC, OCS, CSCS, Ella Valji, PT, Jacob Brannon, PT, DPT, Sapna Nagdev PT, DPT and Mitchell Anders, PT, DPT will be sharing care of this patient as the Therapist of Record. PTA services delivered will be under the appropriate supervision of PT as required by state practice act. |
2: (5 Weeks) | Patient will achieve a pain level of 3/10 or lower in the left shoulder, neck, and low back to improve comfort and promote engagement in daily activities |
3: (10 Weeks) | Patient will regain the ability to perform regular gym activities, such as weightlifting, without experiencing significant pain |
4: (10 Weeks) | Patient will score < 24 on QuickDash outcome measure to demonstrate significant functional improvement |
5: (10 Weeks) | Patient will score < 17 on NDI outcome measure to demonstrate significant functional improvement |

**Instructions:** Progressing Patient Next Visit
Continue with upper quarter and core stability activities; Progress functional strengthening activities as tolerated

*William Kosik*

William Kosik, MSPT, OCS, ATC, cert. MDT
PT24845 for State of CA
*Electronically Signed by William Kosik, MSPT, OCS, ATC, cert. MDT on May 2, 2025 at 7:54 am*

|ı| *webpt*

**ProActive Physical Therapy and
Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA, 92011-1001
P: (760)388-6475
F: (760)688-3131
info@proactive4pt.com

**Pro Active**
**Physical Therapy and Sports Medicine**

## FLOWSHEET

**Patient: Phillips, Devon**

**Date: 04/29/2025**                                                  **Start Date: 03/28/2025**
**Physician: R. AFRA, MD (1528178837)**
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia
**Location: gym**

### open books

| Date | Weights Sets Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-04-29 | 10 | | | | 1:1 w/Assistant *CP* |

### bike upright

| Date | Weights Sets Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-04-29 | | 5 | | Therapeutic Activity | 1:1 w/Therapist *CP* |

**Total Minutes by Procedure**
Therapeutic Activity: 5

### Shoulder Isometrics

| Date | Weights Sets Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-04-29 | 2ea/5 | 5s | | Neuromusc Rehab | 1:1 w/Therapist *CP* |

**Total Minutes by Procedure**
Neuromusc Rehab: 5s

### Rows

| Date | Weights Sets Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-04-29 | 7/FM/2/12 | | | Therapeutic Activity | 1:1 w/Therapist *CP* |

**Total Minutes by Procedure**
Therapeutic Activity:

### DKTC

| Date | Weights Sets Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-04-29 | SB/2/10 | | | Neuromusc Rehab | 1:1 w/Therapist *CP* |

**Total Minutes by Procedure**
Neuromusc Rehab:

### Ball Press Hooklying

| Date | Weights Sets Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-04-29 | 2/5 | 5s | | Therapeutic Exercise | 1:1 w/Therapist *CP* |

**Total Minutes by Procedure**
Therapeutic Exercise: 5s

### seated ball rollouts

**ProActive Physical Therapy and
Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA, 92011-1001
P: (760)388-6475
F: (760)688-3131
info@proactive4pt.com



## FLOWSHEET

**Patient: Phillips, Devon**

| Date | Weights Sets Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-04-29 | 2/8 | | | Neuromusc Rehab | 1:1 w/Therapist *CP* |

**Total Minutes by Procedure**
Neuromusc Rehab:

**Ball press torso rotation**

| Date | Weights Sets Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-04-29 | 2/5 | 5s | | Therapeutic Exercise | 1:1 w/Therapist *CP* |

**Total Minutes by Procedure**
Therapeutic Exercise: 5s

**prone scap retraction**

| Date | Weights Sets Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-04-29 | 2/8 | 5s | | Neuromusc Rehab | 1:1 w/Therapist *CP* |

**Total Minutes by Procedure**
Neuromusc Rehab: 5s

**bilateral shoulder ER**

| Date | Weights Sets Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-04-29 | RTB/3/12 | | | Neuromusc Rehab | 1:1 w/Therapist *CP* |

**Total Minutes by Procedure**
Neuromusc Rehab:

**supine chin tucks**

| Date | Weights Sets Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-04-29 | 2/8 | 3s | | Neuromusc Rehab | 1:1 w/Therapist *CP* |

**Total Minutes by Procedure**
Neuromusc Rehab: 3s

**ProActive Physical Therapy and Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com

**ProActive**
**Physical Therapy and Sports Medicine**

## Daily Note / Billing Sheet

**Patient Name:** Phillip~ ~~on
**Date of Birth:** ....~~~
**Referring Physician/NPP:** AFRA, ROBERT MD

**Date of Original Eval:** 03/28/2025
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia

**Date of Daily Note:** 04/29/2025
**Injury/Onset/Change of Status Date**
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia
**Visit No.:** 9
**Insurance Name:** LIEN THROUGH WR

**Current Complaints / Gains:** Patient complains of anterior shoulder pain but reports that low back pain is more severe. Woke up with increased low back tightness. Verbal consent given by patient for PT treatment plan. Pre PT procedures and post treatment expectations explained to patient such as HEP compliance, response to treatment and consistency of scheduling. Patient understood the risk, benefits of treatments and verbalized understanding of PT goals, plan of care and agreed to treatment plan.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
  **Other:** WFL prior to MVA 1/2025
**Current Functional Limitations:**
  **Changing & Maintaining Body Position:** Decreased sitting/standing
  **Mobility: Walking & Moving Around:** Decreased tolerance to walking
  **Carrying, Moving & Handling Objects:** Decreased tolerance to regular gym activities
**Aggravating Factors:** Sitting, Standing, Walking
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Mechanism of injury/ Illness (MVA ), Surgical History (lumbar microdisectomy 2-3 years ago)
**Mental Status/Cognitive Function Appears Impaired?** No

| CPT Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 1 |
| | See Flowsheet;  ther ex to increase ability with act. | |
| 97112 | Neuromuscular Re-Education | 2 |
| | STM to c/s paraspinal , scalenes, UT, levator, SCM,  suboccipital release, man distraction to decrease tension and  tone and modulate pain.  STM/GT#4 to lumbar  paraspinals, QL, piriformis LAD B LEs, therapist guided H/S mobility for improved muscle tone/tension, reduced pain, improved relaxation. Dynamic taping two j strips for shoulder support. | |
| 97530 | Therapeutic Activity/Kinetic | 2 |
| | See Flowsheet; active mobility and functional strengthening act to increase function with standing, gait ,stairs, lifting, carrying reaching etc. | |

*CPT copyright 2024 American Medical Association.  All rights reserved.*

**Assessment/Diagnosis:** Patient presents with mod soft tissue restrictions in the L- spine, PVMS, and along bicep. Good shoulder ROM
**Patient Education:** PT Aide (s) Hanson Ly, Kevin Romero, have passed competency-based training provided by this clinic and assisted the supervising therapist with the tasks identified on the exercise flowsheet. All tasks carried out were under direct supervision of the supervising physical therapist, per the Plan of Care, and with patient-specific instructions
**Rehab Potential:** Good
**Patient Problems:**
- Decreased strength, ROM, and flexibility
- Pain limiting participation in ADLs and recreational activities
**Short Term Goals:**
1: (5 Weeks)  | Patient will become independent with HEP in order to optimally progress toward functional goals. |
**Long Term Goals:**

꜒꜒ webpt

**ProActive Physical Therapy and Sports**
**Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com

## Daily Note / Billing Sheet

**Patient Name:** Phill--
**Date of Bir**
**Document Date:** 04/29/2025

1: (N/A) | William Kosik, MSPT, ATC, OCS, CSCS, Ella Valji, PT, Jacob Brannon, PT, DPT, Sapna Nagdev PT, DPT and Mitchell Anders, PT, DPT will be sharing care of this patient as the Therapist of Record. PTA services delivered will be under the appropriate supervision of PT as required by state practice act. |
2: (5 Weeks) | Patient will achieve a pain level of 3/10 or lower in the left shoulder, neck, and low back to improve comfort and promote engagement in daily activities |
3: (10 Weeks) | Patient will regain the ability to perform regular gym activities, such as weightlifting, without experiencing significant pain |
4: (10 Weeks) | Patient will score < 24 on QuickDash outcome measure to demonstrate significant functional improvement |
5: (10 Weeks) | Patient will score < 17 on NDI outcome measure to demonstrate significant functional improvement |

**Instructions:** Progressing Patient Next Visit
Assess response to taping.

Carol Pentlarge, PTA
License #3367
*Electronically Signed by Carol Pentlarge, PTA on April 29, 2025 at 3:37 pm*

**ı¦ı webpt**

**ProActive Physical Therapy and
Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA, 92011-1001
P: (760)388-6475
F: (760)688-3131
info@proactive4pt.com



## FLOWSHEET

**Patient: Phillips, Devon**

**Date: 04/23/2025**                                                **Start Date:** 03/28/2025
**Physician:** R. AFRA, MD (1528178837)
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia
**Location: gym**

### bike upright

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-04-23 | | 5 | | Therapeutic Activity | 1:1 w/Therapist *CP* |

**Total Minutes by Procedure**
Therapeutic Activity: 5

### Shoulder isometrics

| Date | Weights/Sets Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-04-23 | 2ea/5 | 5s | | Neuromusc Rehab | 1:1 w/Therapist *CP* |

**Total Minutes by Procedure**
Neuromusc Rehab: 5s

### cat camel

| Date | Weights/Sets Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-04-23 | 2/8 | 3s | | Neuromusc Rehab | 1:1 w/Therapist *CP* |

**Total Minutes by Procedure**
Neuromusc Rehab: 3s

### Rows

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-04-23 | 7/FM/2/12 | | | Therapeutic Activity | 1:1 w/Therapist *CP* |

**Total Minutes by Procedure**
Therapeutic Activity:

### DKTC

| Date | Weights/Sets Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-04-23 | 2/10 | | | Neuromusc Rehab | 1:1 w/Therapist *CP* |

**Total Minutes by Procedure**
Neuromusc Rehab:

### Ball Press Hooklying

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-04-23 | 2/5 | 5s | | Therapeutic Exercise | 1:1 w/Therapist *CP* |

**Total Minutes by Procedure**
Therapeutic Exercise: 5s

### seated ball rollouts

Date: **2025-04-23**

*ıןı webpt*

**ProActive Physical Therapy and
Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA, 92011-1001
P: (760)388-6475
F: (760)688-3131
info@proactive4pt.com



## FLOWSHEET

**Patient: Phillips, Devon**

| Date | Weights Sets Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-04-23 | 2/8 | | | Neuromusc Rehab | 1:1 w/Therapist *CP* |
| | | | | | **Total Minutes by Procedure**<br>Neuromusc Rehab: |

**Ball press torso rotation**

| Date | Weights Sets Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-04-23 | 2/5 | `5s | | Therapeutic Exercise | 1:1 w/Therapist *CP* |
| | | | | | **Total Minutes by Procedure**<br>Therapeutic Exercise: 5s |

**prone scap retraction**

| Date | Weights Sets Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-04-23 | 2/8 | 5s | | Neuromusc Rehab | 1:1 w/Therapist *CP* |
| | | | | | **Total Minutes by Procedure**<br>Neuromusc Rehab: 5s |

**bilateral shoulder ER**

| Date | Weights Sets Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-04-23 | RTB/3/12 | | | Neuromusc Rehab | 1:1 w/Therapist *CP* |
| | | | | | **Total Minutes by Procedure**<br>Neuromusc Rehab: |

**supine chin tucks**

| Date | Weights Sets Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-04-23 | 2/8 | 3s | | Neuromusc Rehab | 1:1 w/Therapist *CP* |
| | | | | | **Total Minutes by Procedure**<br>Neuromusc Rehab: 3s |

**ProActive Physical Therapy and Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com

# ProActive
### Physical Therapy and Sports Medicine

## Daily Note / Billing Sheet

**Patient Name:** Phillips, Devon
**Date of Birth:**
**Referring Physician/NPP:** AFRA, ROBERT MD

**Date of Original Eval:** 03/28/2025
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia

**Date of Daily Note:** 04/23/2025
**Injury/Onset/Change of Status Date:**
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia
**Visit No.:** 8
**Insurance Name:** LIEN THROUGH WR

**Current Complaints / Gains:** Patient reports nine out of 10 low back pain, neck pain, and left shoulder pain. States he has a follow-up appointment with MD on Friday.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
   **Other:** WFL prior to MVA 1/2025
**Current Functional Limitations:**
   **Changing & Maintaining Body Position:** Decreased sitting/standing
   **Mobility: Walking & Moving Around:** Decreased tolerance to walking
   **Carrying, Moving & Handling Objects:** Decreased tolerance to regular gym activities
**Aggravating Factors:** Sitting, Standing, Walking
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Mechanism of injury/ Illness (MVA ), Surgical History (lumbar microdisectomy 2-3 years ago)
**Mental Status/Cognitive Function Appears Impaired?** No

| CPT Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 1 |
|  | See Flowsheet;  ther ex to increase ability with act. | |
| 97112 | Neuromuscular Re-Education | 2 |
|  | STM to c/s paraspinal , scalenes, UT, levator, SCM,  suboccipital release, man distraction to decrease tension and  tone and modulate pain.  STM/GT#4 to lumbar  paraspinals, QL, piriformis LAD B LEs, therapist guided H/S mobility for improved muscle tone/tension, reduced pain, improved relaxation. | |
| 97530 | Therapeutic Activity/Kinetic | 2 |
|  | See Flowsheet; active mobility and functional strengthening act to increase function with standing, gait ,stairs, lifting, carrying reaching etc. | |

CPT copyright 2024 American Medical Association.  All rights reserved.

**Assessment/Diagnosis:** Pt with mod soft tissue restrictions sub occ, post cuff, L/sp PVMS, improved after Rx.
**Patient Education:** PT Aide (s) Hanson Ly, Kevin Romero, have passed competency-based training provided by this clinic and assisted the supervising therapist with the tasks identified on the exercise flowsheet. All tasks carried out were under direct supervision of the supervising physical therapist, per the Plan of Care, and with patient-specific instructions
**Rehab Potential:** Good
**Patient Problems:**
- Decreased strength, ROM, and flexibility
- Pain limiting participation in ADLs and recreational activities
**Short Term Goals:**
1: (5 Weeks)  | Patient will become independent with HEP in order to optimally progress toward functional goals. |
**Long Term Goals:**
1: (N/A)  | William Kosik, MSPT, ATC, OCS, CSCS, Ella Valji, PT, Jacob Brannon, PT, DPT,  Sapna Nagdev PT, DPT and Mitchell Anders, PT, DPT will be sharing care of this patient as the Therapist of Record. PTA services delivered will be under the appropriate supervision of PT as required by state practice act. |
2: (5 Weeks)  | Patient will achieve a pain level of 3/10 or lower in the left shoulder, neck, and low back to improve comfort and promote engagement in daily activities |

‖ webpt

**ProActive Physical Therapy and Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com

**Daily Note / Billing Sheet**

Patient Name: Phillip~ ~~~~
Date of Birth: ~~~~~
Document Date: 04/23/2025

3: (10 Weeks) | Patient will regain the ability to perform regular gym activities, such as weightlifting, without experiencing significant pain |

4: (10 Weeks) | Patient will score < 24 on QuickDash outcome measure to demonstrate significant functional improvement |

5: (10 Weeks) | Patient will score < 17 on NDI outcome measure to demonstrate significant functional improvement |

**Instructions:** Progressing Patient Next Visit
- Continue per POC
- Discuss MD visit at next appointment.

Carol Pentlarge, PTA
License #3367
*Electronically Signed by Carol Pentlarge, PTA on April 23, 2025 at 3:32 pm*

*ılı webpt*

**ProActive Physical Therapy and**
**Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA, 92011-1001
P: (760)388-6475
F: (760)688-3131
info@proactive4pt.com

# ProActive
## Physical Therapy and Sports Medicine

## FLOWSHEET
### Patient: Phillips, Devon

Date: 04/21/2025                                             Start Date: 03/28/2025

Physician: R. AFRA, MD (1528178837)

Diagnosis: ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia

Location: gym

### bike upright

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-04-21 | | 5 | | Therapeutic Activity | 1:1 w/Therapist WK |

Total Minutes by Procedure
Therapeutic Activity: 5

### Shoulder Isometrics

| Date | Weights Sets/Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-04-21 | 2ea/5 | 5s | | Neuromusc Rehab | 1:1 w/Therapist WK |

Total Minutes by Procedure
Neuromusc Rehab: 5s

### cat camel

| Date | Weights Sets Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-04-21 | 2/8 | 3s | | Neuromusc Rehab | 1:1 w/Therapist WK |

Total Minutes by Procedure
Neuromusc Rehab: 3s

### Rows

| Date | Weights Sets Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-04-21 | 7/FM/2/12 | | | Therapeutic Activity | 1:1 w/Therapist WK |

Total Minutes by Procedure
Therapeutic Activity:

### DKTC

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-04-21 | 2/10 | | | Neuromusc Rehab | 1:1 w/Therapist WK |

Total Minutes by Procedure
Neuromusc Rehab:

### Ball Press Hooklying

| Date | Weights Sets/Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-04-21 | 2/5 | 5s | | Therapeutic Exercise | 1:1 w/Therapist WK |

Total Minutes by Procedure
Therapeutic Exercise: 5s

### seated ball rollouts

Date: 2025-04-21

∥∣ webpt

**ProActive Physical Therapy and
Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA, 92011-1001
P: (760)388-6475
F: (760)688-3131
info@proactive4pt.com



# FLOWSHEET

### Patient: Phillips, Devon

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-04-21 | 2/8 | | | Neuromusc Rehab | 1:1 w/Therapist *WK* |

**Total Minutes by Procedure**
Neuromusc Rehab:

**Ball press torso rotation**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-04-21 | 2/5 | 5s | | Therapeutic Exercise | 1:1 w/Therapist *WK* |

**Total Minutes by Procedure**
Therapeutic Exercise: 5s

**prone scap retraction**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-04-21 | 2/8 | 5s | | Neuromusc Rehab | 1:1 w/Therapist *WK* |

**Total Minutes by Procedure**
Neuromusc Rehab: 5s

**bilateral shoulder ER**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-04-21 | RTB/3/12 | | | Neuromusc Rehab | 1:1 w/Therapist *WK* |

**Total Minutes by Procedure**
Neuromusc Rehab:

**supine chin tucks**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-04-21 | 2/8 | 3s | | Neuromusc Rehab | 1:1 w/Therapist *WK* |

**Total Minutes by Procedure**
Neuromusc Rehab: 3s

**ProActive Physical Therapy and Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com

# ProActive
### Physical Therapy and Sports Medicine

## Daily Note / Billing Sheet

**Patient Name:** Phillips, Devon
**Date of Birth:**
**Referring Physician/NPP:** AEBA, ROBERT MD

**Date of Original Eval:** 03/28/2025
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia

**Date of Daily Note:** 04/21/2025
**Injury/Onset/Change of Status Date:**
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia
**Visit No.:** 7
**Insurance Name:** LIEN THROUGH WR

**Current Complaints / Gains:** reports L shoulder mildly improved since last seen; does note some mild pain at L calf/HS region, B thoracolumbar pain over last few days; MRI shows AC arthrosis, tendinosis of supraspinatus, but no RCT or labral

Per IE: L shoulder, neck and low back pain
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
  **Other:** WFL prior to MVA 1/2025
**Current Functional Limitations:**
  **Changing & Maintaining Body Position:** Decreased sitting/standing
  **Mobility: Walking & Moving Around:** Decreased tolerance to walking
  **Carrying, Moving & Handling Objects:** Decreased tolerance to regular gym activities
**Aggravating Factors:** Sitting, Standing, Walking
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Mechanism of injury/ Illness (MVA ), Surgical History (lumbar microdisectomy 2-3 years ago)
**Mental Status/Cognitive Function Appears Impaired?** No

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet; HEP review, mobility activities<br><br>8' | 1 |
| 97112 | Neuromuscular Re-Education<br>See Flowsheet;Core, cervical and scapular stabilization activities, mech vibration to l/s paraspinal mm, IASTM to ant deltoid, ART to subscap to decrease tone, modulate pain and promote relaxation; pnf shoulder r/c ER<br><br>40' | 3 |
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet; Activities to improve tolerance to pulling, walking, lifting, etc<br><br>8' | 1 |

*CPT copyright 2024 American Medical Association. All rights reserved.*

**Objective Findings**      Pt declined modalities today

**Assessment/Diagnosis:** Tolerated today is activities well; improved shoulder pain and function since last seen
**Patient Education:** PT Aide (s) Hanson Ly, Kevin Romero, have passed competency-based training provided by this clinic and assisted the supervising therapist with the tasks identified on the exercise flowsheet. All tasks carried out were under direct supervision of the supervising physical therapist, per the Plan of Care, and with patient-specific instructions.
**Rehab Potential:** Good
**Patient Problems:**
- Decreased strength, ROM, and flexibility
- Pain limiting participation in ADLs and recreational activities
**Short Term Goals:**

*||| webpt*

**ProActive Physical Therapy and Sports**
**Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com

**Daily Note /**
**Billing Sheet**

**Patient Name:** Ph'''''-- ~
**Date of Birth:**
**Document Date:** 04/21/2025

1: (5 Weeks)  | Patient will become independent with HEP in order to optimally progress toward functional goals. |

**Long Term Goals:**

1: (N/A)  | William Kosik, MSPT, ATC, OCS, CSCS, Ella Valji, PT, Jacob Brannon, PT, DPT,  Sapna Nagdev PT, DPT and Mitchell Anders, PT, DPT will be sharing care of this patient as the Therapist of Record. PTA services delivered will be under the appropriate supervision of PT as required by state practice act. |

2: (5 Weeks)  | Patient will achieve a pain level of 3/10 or lower in the left shoulder, neck, and low back to improve comfort and promote engagement in daily activities |

3: (10 Weeks)  | Patient will regain the ability to perform regular gym activities, such as weightlifting, without experiencing significant pain |

4: (10 Weeks)  | Patient will score < 24 on QuickDash outcome measure to demonstrate significant functional improvement |

5: (10 Weeks)  | Patient will score < 17 on NDI outcome measure to demonstrate significant functional improvement |

**Instructions:**  Progressing Patient Next Visit
  Progress scapular, cervical stabilization activities as able, emphasize lumbar mobility and core strengthening as tolerated

*William Kosik*

William Kosik, MSPT, OCS, ATC, cert. MDT
PT24845 for State of CA
*Electronically Signed by William Kosik, MSPT, OCS, ATC, cert. MDT on April 21, 2025 at 9:17 pm*

||I **webpt**

**ProActive Physical Therapy and
Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA, 92011-1001
P: (760)388-6475
F: (760)688-3131
info@proactive4pt.com

# ProActive
### Physical Therapy and Sports Medicine

## FLOWSHEET

**Patient: Phillips, Devon**

**Date: 04/18/2025**                                      **Start Date: 03/28/2025**

**Physician:** R. AFRA, MD (1528178837)

**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia

**Location: gym**

### Shoulder Isometrics

| Date | Weights Sets Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2025-04-18 | 2/5 | 5s | | | | | | 1:1 w/Therapist *MA* |

### cold pack

| Date | Weights Sets Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2025-04-18 | | 15 | | | | | | 1:1 w/Assistant *MA* |

### Thread the needle

| Date | Weights Sets Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2025-04-18 | 2/8 | | | | | | Neuromusc Rehab | 1:1 w/Therapist *MA* |

Total Minutes by Procedure
Neuromusc Rehab:

### cat camel

| Date | Weights Sets Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2025-04-18 | 2/8 | 3s | | | | | Neuromusc Rehab | 1:1 w/Therapist *MA* |

Total Minutes by Procedure
Neuromusc Rehab: 3s

### Shoulder Extension

| Date | Weights Sets Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2025-04-18 | RTB/2/10 | | | | | | Neuromusc Rehab | 1:1 w/Therapist *MA* |

Total Minutes by Procedure
Neuromusc Rehab:

### Rows

| Date | Weights Sets Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2025-04-18 | RTB/2/10 | | | | | | Therapeutic Activity | 1:1 w/Therapist *MA* |

Total Minutes by Procedure
Therapeutic Activity:

### DKTC

| Date | Weights Sets Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2025-04-18 | 2/10 | | | | | | Neuromusc Rehab | 1:1 w/Therapist *MA* |

Total Minutes by Procedure

**Date: 2025-04-18**

*||| webpt*

**ProActive Physical Therapy and
Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA, 92011-1001
P: (760)388-6475
F: (760)688-3131
info@proactive4pt.com



**ProActive**
**Physical Therapy and Sports Medicine**

## FLOWSHEET
### Patient: Phillips, Devon

Neuromusc Rehab:

### Elliptical

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|------|----|----|---------|-----------|-------------|
| 2025-04-18 | | 5' | | | | | Therapeutic Activity | 1:1 w/Therapist *MA* |

Total Minutes by Procedure
Therapeutic Activity: 5'

### Ball Press Hooklying

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|------|----|----|---------|-----------|-------------|
| 2025-04-18 | 2/5 | 5s | | | | | Therapeutic Exercise | 1:1 w/Therapist *MA* |

Total Minutes by Procedure
Therapeutic Exercise: 5s

### seated ball rollouts

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|------|----|----|---------|-----------|-------------|
| 2025-04-18 | 2/8 | | | | | | Neuromusc Rehab | 1:1 w/Therapist *MA* |

Total Minutes by Procedure
Neuromusc Rehab:

### Ball press torso rotation

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|------|----|----|---------|-----------|-------------|
| 2025-04-18 | 2/5 | 5s | | | | | Therapeutic Exercise | 1:1 w/Therapist *MA* |

Total Minutes by Procedure
Therapeutic Exercise: 5s

### prone scap retraction

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|------|----|----|---------|-----------|-------------|
| 2025-04-18 | 2/8 | 5s | | | | | Neuromusc Rehab | 1:1 w/Therapist *MA* |

Total Minutes by Procedure
Neuromusc Rehab: 5s

### bilateral shoulder ER

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|------|----|----|---------|-----------|-------------|
| 2025-04-18 | RTB/2/12 | | | | | | Neuromusc Rehab | 1:1 w/Therapist *MA* |

Total Minutes by Procedure
Neuromusc Rehab:

### supine chin tucks

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|------|----|----|---------|-----------|-------------|
| 2025-04-18 | 2/8 | 3s | | | | | Neuromusc Rehab | 1:1 w/Therapist *MA* |

Total Minutes by Procedure

Date: 2025-04-18

*webpt*

**ProActive Physical Therapy and
Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA, 92011-1001
P: (760)388-6475
F: (760)688-3131
info@proactive4pt.com

# ProActive
**Physical Therapy** and **Sports Medicine**

## FLOWSHEET

**Patient:** Phillips, Devon

Neuromusc Rehab: 3s

ılıl webpt

**ProActive Physical Therapy and Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com

**Pro.Active**
**Physical Therapy and Sports Medicine**

**Daily Note / Billing Sheet**

**Patient Name:** Phillips, Devon
**Date of Birth:**
**Referring Physician/NPP:** AFRA, ROBERT MD

**Date of Original Eval:** 03/28/2025
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia

**Date of Daily Note:** 04/18/2025
**Injury/Onset/Change of Status Date:** ___ ___ ___
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia
**Visit No.:** 6
**Insurance Name:** LIEN THROUGH WR

**Current Complaints / Gains:** Reports MD stated possible labral tear per recent MRI, still awaiting full results. Will get full results later today. Left shoulder pain biggest concern at this time.

Per IE: L shoulder, neck and low back pain
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
   **Other:** WFL prior to MVA 1/2025
**Current Functional Limitations:**
   **Changing & Maintaining Body Position:** Decreased sitting/standing
   **Mobility: Walking & Moving Around:** Decreased tolerance to walking
   **Carrying, Moving & Handling Objects:** Decreased tolerance to regular gym activities
**Aggravating Factors:** Sitting, Standing, Walking
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Mechanism of injury/ illness (MVA ), Surgical History (lumbar microdisectomy 2-3 years ago)
**Mental Status/Cognitive Function Appears Impaired?** No

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet; HEP review, mobility activities<br><br>8' | 1 |
| 97112 | Neuromuscular Re-Education<br>See Flowsheet;Core, cervical and scapular stabilization activities, STM to decrease tone, modulate pain and promote relaxation<br><br>40' | 3 |
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet; Activities to improve tolerance to pulling, walking, lifting, etc<br><br>8' | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97010 | Hot/Cold Packs<br>Cold<br>Cold pack L shoulder concurrent with IFC 15' | 1 |
| 97014 | E-Stim Unattended<br>IFC 80-150Hz L shoulder concurrent with cold pack 15' | 1 |

CPT copyright 2024 American Medical Association. All rights reserved.

**Assessment/Diagnosis:** Able to complete all activities with fair tolerance. Apprehensive with left shoulder activities, although no symptoms with strengthening activities. The patient will benefit from continued physical therapy focusing on improving tolerance to daily activities and mobility to address pain and limitations.
**Patient Education:** PT Aide Sergio Bravo has passed competency-based training provided by this clinic and assisted the supervising therapist with the tasks identified on the exercise flowsheet. All tasks carried out were under direct supervision of the supervising physical therapist, per the Plan of Care, and with patient-specific instructions.
**Rehab Potential:** Good

||| webpt

**ProActive Physical Therapy and Sports**
**Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com

**Daily Note /**
**Billing Sheet**

**Patient Name:** Phillip~ ~~
**Date of Birth**
**Document Date:** 04/18/2025

**Patient Problems:**
- Decreased strength, ROM, and flexibility
- Pain limiting participation in ADLs and recreational activities

**Short Term Goals:**
1: (5 Weeks)  | Patient will become independent with HEP in order to optimally progress toward functional goals. |

**Long Term Goals:**
1: (N/A)  | William Kosik, MSPT, ATC, OCS, CSCS, Ella Valji, PT, Jacob Brannon, PT, DPT,  Sapna Nagdev PT, DPT and Mitchell Anders, PT, DPT will be sharing care of this patient as the Therapist of Record. PTA services delivered will be under the appropriate supervision of PT as required by state practice act. |
2: (5 Weeks)  | Patient will achieve a pain level of 3/10 or lower in the left shoulder, neck, and low back to improve comfort and promote engagement in daily activities |
3: (10 Weeks)  | Patient will regain the ability to perform regular gym activities, such as weightlifting, without experiencing significant pain |
4: (10 Weeks)  | Patient will score < 24 on QuickDash outcome measure to demonstrate significant functional improvement |
5: (10 Weeks)  | Patient will score < 17 on NDI outcome measure to demonstrate significant functional improvement |

**Instructions:**  Progressing Patient Next Visit
   Progress scapular, cervical stabilization activities as able, emphasize lumbar mobility and core strengthening as tolerated

*Mitchell Anders PT. DPT*

Mitchell Anders, PT, DPT
PT306113 for State of CA
*Electronically Signed by Mitchell Anders, PT, DPT on April 18, 2025 at 12:18 pm*

**‖ webpt**

**ProActive Physical Therapy and
Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com



## Missed Appointment

**Patient Name:** Phillips, Devon
**Date of Bir** .. ..         . .
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50:
Low back pain, unspecified, M54.2: Cervicalgia

**Date of Cancel:** 04/17/2025
**Physician Name:** AFRA, ROBERT MD

**Reason for missed appointment:** Cancel
Other
**Comments:**
04/17 at 1254pm, pt called to move the appt bcs he just had a procedure with his arm yesterday and he would like to give a rest-
NR

Nheliza Regala
License #548854
*Document created on April 17, 2025 at 7:58 pm*

ılı **webpt**

**ProActive Physical Therapy and
Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA, 92011-1001
P: (760)388-6475
F: (760)688-3131
info@proactive4pt.com

**ProActive**
**Physical Therapy and Sports Medicine**

## FLOWSHEET
### Patient: Phillips, Devon

**Date: 04/16/2025**                                                          **Start Date: 03/28/2025**
**Physician: R. AFRA, MD (1528178837)**
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia
**Location: gym**

**cold pack**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-04-16 | | 15 | | | 1:1 w/Assistant *AH* |

**Thread the needle**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-04-16 | 2/8 | | | Neuromusc Rehab | 1:1 w/Therapist *AH* |

**Total Minutes by Procedure**
Neuromusc Rehab:

**cat camel**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-04-16 | 2/8 | 3s | | Neuromusc Rehab | 1:1 w/Therapist *AH* |

**Total Minutes by Procedure**
Neuromusc Rehab: 3s

**Shoulder Extension**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-04-16 | RTB/2/10 | | | Neuromusc Rehab | 1:1 w/Therapist *AH* |

**Total Minutes by Procedure**
Neuromusc Rehab:

**Rows**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-04-16 | RTB/2/10 | | | Therapeutic Activity | 1:1 w/Therapist *AH* |

**Total Minutes by Procedure**
Therapeutic Activity:

**DKTC**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-04-16 | 2/10 | | | Neuromusc Rehab | 1:1 w/Therapist *AH* |

**Total Minutes by Procedure**
Neuromusc Rehab:

**Elliptical**

**ProActive Physical Therapy and
Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA, 92011-1001
P: (760)388-6475
F: (760)688-3131
info@proactive4pt.com



## FLOWSHEET
### Patient: Phillips, Devon

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|------|------|------|------|------|------|
| 2025-04-16 | | 5' | | Therapeutic Activity | 1:1 w/Therapist *AH* |
| | | | | | **Total Minutes by Procedure** |
| | | | | | Therapeutic Activity: 5' |

**Ball Press Hooklying**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|------|------|------|------|------|------|
| 2025-04-16 | 2/5 | 5s | | Therapeutic Exercise | 1:1 w/Therapist *AH* |
| | | | | | **Total Minutes by Procedure** |
| | | | | | Therapeutic Exercise: 5s |

**seated ball rollouts**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|------|------|------|------|------|------|
| 2025-04-16 | 2/8 | | | Neuromusc Rehab | 1:1 w/Therapist *AH* |
| | | | | | **Total Minutes by Procedure** |
| | | | | | Neuromusc Rehab: |

**Ball press torso rotation**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|------|------|------|------|------|------|
| 2025-04-16 | 2/5 | 5s | | Therapeutic Exercise | 1:1 w/Therapist *AH* |
| | | | | | **Total Minutes by Procedure** |
| | | | | | Therapeutic Exercise: 5s |

**prone scap retraction**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|------|------|------|------|------|------|
| 2025-04-16 | 2/8 | 5s | | Neuromusc Rehab | 1:1 w/Therapist *AH* |
| | | | | | **Total Minutes by Procedure** |
| | | | | | Neuromusc Rehab: 5s |

**bilateral shoulder ER**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|------|------|------|------|------|------|
| 2025-04-16 | RTB/2/12 | | | Neuromusc Rehab | 1:1 w/Therapist *AH* |
| | | | | | **Total Minutes by Procedure** |
| | | | | | Neuromusc Rehab: |

**supine chin tucks**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|------|------|------|------|------|------|
| 2025-04-16 | 2/8 | 3s | | Neuromusc Rehab | 1:1 w/Therapist *AH* |
| | | | | | **Total Minutes by Procedure** |
| | | | | | Neuromusc Rehab: 3s |

**ProActive Physical Therapy and Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com

**ProActive**
**Physical Therapy and Sports Medicine**

## Daily Note / Billing Sheet

**Patient Name:** Phillips, Devon
**Date of Birth:** .
**Referring Physician/NPP:** AFRA, ROBERT MD

**Date of Original Eval:** 03/28/2025
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia

**Date of Daily Note:** 04/16/2025
**Injury/Onset/Change of Status Date**
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia
**Visit No.:** 5
**Insurance Name:** LIEN THROUGH WR

**Current Complaints / Gains:** Patient reports significant increase in L shoulder pain after incident with arm twisting behind back. Went to emergency room and x-rays clear for fracture, plans to have MRI later today.

Per IE: L shoulder, neck and low back pain
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
   **Other:** WFL prior to MVA 1/2025
**Current Functional Limitations:**
   **Changing & Maintaining Body Position:** Decreased sitting/standing
   **Mobility: Walking & Moving Around:** Decreased tolerance to walking
   **Carrying, Moving & Handling Objects:** Decreased tolerance to regular gym activities
**Aggravating Factors:** Sitting, Standing, Walking
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Mechanism of injury/ Illness (MVA ), Surgical History (lumbar microdisectomy 2-3 years ago)
**Mental Status/Cognitive Function Appears Impaired?** No

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 1 |
| | See Flowsheet; HEP review, mobility activities | |
| | 8' | |
| 97112 | Neuromuscular Re-Education | 2 |
| | See Flowsheet;Core, cervical and scapular stabilization activities, STM to decrease tone, modulate pain and promote relaxation | |
| | 25' | |
| 97530 | Therapeutic Activity/Kinetic | 1 |
| | See Flowsheet; Activities to improve tolerance to pulling, walking, lifting, etc | |
| | 8' | |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97010 | Hot/Cold Packs | 1 |
| | Cold | |
| | Cold pack L shoulder concurrent with IFC 15' | |
| 97014 | E-Stim Unattended | 1 |
| | IFC 80-150Hz L shoulder concurrent with cold pack 15' | |

CPT copyright 2024 American Medical Association. All rights reserved.

**Assessment/Diagnosis:** Fair tolerance to session, less exercise component due to increased L shoulder pain and limited mobility on arrival. Modified light postural strengthening activities performed with no c/o significant increase in pain.
**Patient Education:** PT aide (s) Kevin Romero, assisted the supervising therapist with monitoring the patient for safety purposes, treatment set-up and closing tasks, and support services, including but not limited to vital sign monitoring. None of these activities are billable or are performed without the on-site guidance of the supervising physical therapist.
**Rehab Potential:** Good
**Patient Problems:**

*I went to therapy but was in so much pain i was not able to do everything 4/16/2025 five days after 4/11/2025 incident.*

///webpt

**ProActive Physical Therapy and Sports**
**Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com

**Daily Note /**
**Billing Sheet**

Patient Name: Phillipe ~~Dа~~
Date of Birth
Document Date: 04/16/2025

- Decreased strength, ROM, and flexibility
- Pain limiting participation in ADLs and recreational activities

**Short Term Goals:**
1: (5 Weeks) | Patient will become independent with HEP in order to optimally progress toward functional goals. |

**Long Term Goals:**
1: (N/A) | William Kosik, MSPT, ATC, OCS, CSCS, Ella Valji, PT, Jacob Brannon, PT, DPT, Sapna Nagdev PT, DPT and Mitchell Anders, PT, DPT will be sharing care of this patient as the Therapist of Record. PTA services delivered will be under the appropriate supervision of PT as required by state practice act. |
2: (5 Weeks) | Patient will achieve a pain level of 3/10 or lower in the left shoulder, neck, and low back to improve comfort and promote engagement in daily activities |
3: (10 Weeks) | Patient will regain the ability to perform regular gym activities, such as weightlifting, without experiencing significant pain |
4: (10 Weeks) | Patient will score < 24 on QuickDash outcome measure to demonstrate significant functional improvement |
5: (10 Weeks) | Patient will score < 17 on NDI outcome measure to demonstrate significant functional improvement |

**Instructions:** Progressing Patient Next Visit
Progress scapular, cervical stabilization activities as able, emphasize lumbar mobility and core strengthening as tolerated

*Anthony Hones*

Antony Hones, PTA
License #50630
*Electronically Signed by Antony Hones, PTA on April 17, 2025 at 12:26 pm*

*l¡l webpt*

**ProActive Physical Therapy and**
**Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com

**ProActive**
**Physical Therapy and Sports Medicine**

## Missed Appointment

**Patient Name:** Phillips, Devon
**Date of Birth:** _____
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50:
Low back pain, unspecified, M54.2: Cervicalgia

**Date of Cancel:** 04/14/2025
**Physician Name:** AFRA, ROBERT MD

**Reason for missed appointment:** Cancel
**Other**
**Comments:**
4/14 PT called to reschedule his Appt d/t emergency, his shoulder is in a lot of pain and its swollen-BS

Had to cancel appointment Shoulder (left) was still
Swollen and I was in alot of pain from 4/11/2025 throughout
4/12/25, 4/13/25, 4/14/25, 4/15/25, 4/16/25 and still
currently.

Beverly Busano
License #548852
*Document created on April 14, 2025 at 4:16 pm*

**webpt**

**ProActive Physical Therapy and**
**Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA, 92011-1001
P: (760)388-6475
F: (760)688-3131
info@proactive4pt.com

# Pro*Active*
**Physical Therapy and Sports Medicine**

## FLOWSHEET
**Patient: Phillips, Devon**

**Date:** 04/11/2025                                    **Start Date:** 03/28/2025
**Physician:** R. AFRA, MD (1528178837)
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia
**Location:** gym

**Thread the needle**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-04-11 | 2/8 | | | Neuromusc Rehab | 1:1 w/Therapist *AH* |

Total Minutes by Procedure
Neuromusc Rehab:

**cat camel**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-04-11 | 2/8 | 3s | | Neuromusc Rehab | 1:1 w/Therapist *AH* |

Total Minutes by Procedure
Neuromusc Rehab: 3s

**Shoulder Extension**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-04-11 | RTB/2/10 | | | Neuromusc Rehab | 1:1 w/Therapist *AH* |

Total Minutes by Procedure
Neuromusc Rehab:

**Rows**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-04-11 | RTB/2/10 | | | Therapeutic Activity | 1:1 w/Therapist *AH* |

Total Minutes by Procedure
Therapeutic Activity:

**DKTC**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-04-11 | 2/10 | | | Neuromusc Rehab | 1:1 w/Therapist *AH* |

Total Minutes by Procedure
Neuromusc Rehab:

**Elliptical**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-04-11 | | 5' | | Therapeutic Activity | 1:1 w/Therapist *AH* |

Total Minutes by Procedure
Therapeutic Activity: 5'

**Ball Press Hooklying**

Date: 2025-04-11

*webpt*

**ProActive Physical Therapy and
Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA, 92011-1001
P: (760)388-6475
F: (760)688-3131
info@proactive4pt.com



## FLOWSHEET

**Patient: Phillips, Devon**

| Date | Weights Sets/Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-04-11 | 2/5 | 5s | | Therapeutic Exercise | 1:1 w/Therapist *AH* |

**Total Minutes by Procedure**
Therapeutic Exercise: 5s

**seated ball rollouts**

| Date | Weights Sets/Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-04-11 | 2/8 | | | Neuromusc Rehab | 1:1 w/Therapist *AH* |

**Total Minutes by Procedure**
Neuromusc Rehab:

**Ball press torso rotation**

| Date | Weights Sets/Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-04-11 | 2/5 | 5s | | Therapeutic Exercise | 1:1 w/Therapist *AH* |

**Total Minutes by Procedure**
Therapeutic Exercise: 5s

**prone scap retraction**

| Date | Weights/Sets Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-04-11 | 2/8 | 5s | | Neuromusc Rehab | 1:1 w/Therapist *AH* |

**Total Minutes by Procedure**
Neuromusc Rehab: 5s

**bilateral shoulder ER**

| Date | Weights/Sets Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-04-11 | RTB/2/12 | | | Neuromusc Rehab | 1:1 w/Therapist *AH* |

**Total Minutes by Procedure**
Neuromusc Rehab:

**supine chin tucks**

| Date | Weights Sets Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-04-11 | 2/8 | 3s | | Neuromusc Rehab | 1:1 w/Therapist *AH* |

**Total Minutes by Procedure**
Neuromusc Rehab: 3s

**ProActive Physical Therapy and Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com

# ProActive
## Physical Therapy and Sports Medicine

## Daily Note / Billing Sheet

**Patient Name:** Phillips, Devon
**Date of Birth:**
**Referring Physician/NPP:** AFRA, ROBERT MD

**Date of Original Eval:** 03/28/2025
**Treatment Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia

**Date of Daily Note:** 04/11/2025
**Injury/Onset/Change of Status Date:**
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia
**Visit No.:** 4
**Insurance Name:** LIEN THROUGH WR

**Current Complaints / Gains:** Patient reports L shoulder slightly better since cortisone shot, although still feeling it when lifting and lying on L side. R>L low back pain, L sided neck pain and headaches.

Per IE: L shoulder, neck and low back pain
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
   **Other:** WFL prior to MVA 1/2025
**Current Functional Limitations:**
   **Changing & Maintaining Body Position:** Decreased sitting/standing
   **Mobility: Walking & Moving Around:** Decreased tolerance to walking
   **Carrying, Moving & Handling Objects:** Decreased tolerance to regular gym activities
**Aggravating Factors:** Sitting, Standing, Walking
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Complicating/Personal Factors:** Mechanism of injury/ Illness (MVA ), Surgical History (lumbar microdisectomy 2-3 years ago)
**Mental Status/Cognitive Function Appears Impaired?** No

| CPT Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet; HEP review, mobility activities<br><br>8' | 1 |
| 97112 | Neuromuscular Re-Education<br>See Flowsheet;Core, cervical and scapular stabilization activities, STM to decrease tone, modulate pain and promote relaxation<br><br>40' | 3 |
| 97530 | Therapeutic Activity/Kinetic<br>See Flowsheet; Activities to improve tolerance to pulling, walking, lifting, etc<br><br>10' | 1 |

CPT copyright 2024 American Medical Association. All rights reserved.

**Assessment/Diagnosis:** Tolerated today's activities well, no c/o increased symptoms. Limited and painful L shoulder, cervical and lumbar ROM.
**Patient Education:** PT Aide (s) Hanson Ly, Sergio Bravo and Julia Bender have passed competency-based training provided by this clinic and assisted the supervising therapist with the tasks identified on the exercise flowsheet. All tasks carried out were under direct supervision of the supervising physical therapist, per the Plan of Care, and with patient-specific instructions.
**Rehab Potential:** Good
**Patient Problems:**
- Decreased strength, ROM, and flexibility
- Pain limiting participation in ADLs and recreational activities
**Short Term Goals:**
1: (5 Weeks) | Patient will become independent with HEP in order to optimally progress toward functional goals. |
**Long Term Goals:**

*ııl webpt*

**ProActive Physical Therapy and Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com

**Daily Note / Billing Sheet**

Patient Name: Phillips D____
Date of Birth: _____
Document Date: 04/11/2025

1: (N/A) | William Kosik, MSPT, ATC, OCS, CSCS, Ella Valji, PT, Jacob Brannon, PT, DPT, Sapna Nagdev PT, DPT and Mitchell Anders, PT, DPT will be sharing care of this patient as the Therapist of Record. PTA services delivered will be under the appropriate supervision of PT as required by state practice act. |
2: (5 Weeks) | Patient will achieve a pain level of 3/10 or lower in the left shoulder, neck, and low back to improve comfort and promote engagement in daily activities |
3: (10 Weeks) | Patient will regain the ability to perform regular gym activities, such as weightlifting, without experiencing significant pain |
4: (10 Weeks) | Patient will score < 24 on QuickDash outcome measure to demonstrate significant functional improvement |
5: (10 Weeks) | Patient will score < 17 on NDI outcome measure to demonstrate significant functional improvement |

**Instructions:** Progressing Patient Next Visit
Progress scapular, cervical stabilization activities as able, emphasize lumbar mobility and core strengthening as tolerated

On 4/11/2025 I had therapy Prior I had an appointment at 3pm but was able to be there earlier before the incident later that day on 4/11/2025 with Kern County Sheriff Deputies. My left Shoulder felt much better before the incident because i had gotten a Cortisone Shot. After the incident of 4/11/25 i had Significant derease in Left Shoulder movement.

*Anthony Hones*

Antony Hones, PTA
License #50630
*Electronically Signed by Antony Hones, PTA on April 11, 2025 at 12:50 pm*

||| webpt

**ProActive Physical Therapy and
Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA, 92011-1001
P: (760)388-6475
F: (760)688-3131
info@proactive4pt.com



## FLOWSHEET

### Patient: Phillips, Devon

**Date:** 04/08/2025                                                    **Start Date:** 03/28/2025

**Physician:** R. AFRA, MD (1528178837)

**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia

**Location: gym**

**Thread the needle**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|------|----|----|---------|-----------|-------------|
| 2025-04-07 | 2/8 | | | | | | Neuromusc Rehab | 1:1 w/Therapist *MA* |

Total Minutes by Procedure
Neuromusc Rehab:

**cat camel**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|------|----|----|---------|-----------|-------------|
| 2025-04-07 | 2/8 | 3s | | | | | Neuromusc Rehab | 1:1 w/Therapist *MA* |

Total Minutes by Procedure
Neuromusc Rehab: 3s

**Shoulder Extension**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|------|----|----|---------|-----------|-------------|
| 2025-04-07 | RTB/2/10 | | | | | | Neuromusc Rehab | 1:1 w/Therapist *MA* |

Total Minutes by Procedure
Neuromusc Rehab:

**Rows**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|------|----|----|---------|-----------|-------------|
| 2025-04-07 | RTB/2/10 | | | | | | Therapeutic Activity | 1:1 w/Therapist *MA* |

Total Minutes by Procedure
Therapeutic Activity:

**DKTC**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|------|----|----|---------|-----------|-------------|
| 2025-04-07 | 2/10 | | | | | | Neuromusc Rehab | 1:1 w/Therapist *MA* |

Total Minutes by Procedure
Neuromusc Rehab:

**Elliptical**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|------|----|----|---------|-----------|-------------|
| 2025-04-07 | | 5' | | | | | Therapeutic Activity | 1:1 w/Therapist *MA* |

Total Minutes by Procedure
Therapeutic Activity: 5'

**Ball Press Hooklying**

**Date: 2025-04-08**

*ıJI webpt*

**ProActive Physical Therapy and
Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA, 92011-1001
P: (760)388-6475
F: (760)688-3131
info@proactive4pt.com



## FLOWSHEET

**Patient: Phillips, Devon**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|------|----|----|---------|-----------|-------------|
| 2025-04-07 | 2/5 | 5s | | | | | Therapeutic Exercise | 1:1 w/Therapist *MA* |

Total Minutes by Procedure
Therapeutic Exercise: 5s

**seated ball rollouts**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|------|----|----|---------|-----------|-------------|
| 2025-04-07 | 2/8 | | | | | | Neuromusc Rehab | 1:1 w/Therapist *MA* |

Total Minutes by Procedure
Neuromusc Rehab:

**Ball press torso rotation**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|------|----|----|---------|-----------|-------------|
| 2025-04-07 | 2/5 | 5s | | | | | Therapeutic Exercise | 1:1 w/Therapist *MA* |

Total Minutes by Procedure
Therapeutic Exercise: 5s

**prone scap retraction**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|------|----|----|---------|-----------|-------------|
| 2025-04-07 | 2/8 | 5s | | | | | Neuromusc Rehab | 1:1 w/Therapist *MA* |

Total Minutes by Procedure
Neuromusc Rehab: 5s

**bilateral shoulder ER**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|------|----|----|---------|-----------|-------------|
| 2025-04-07 | RTB/2/12 | | | | | | Neuromusc Rehab | 1:1 w/Therapist *MA* |

Total Minutes by Procedure
Neuromusc Rehab:

**supine chin tucks**

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|------|----|----|---------|-----------|-------------|
| 2025-04-07 | 2/8 | 3s | | | | | Neuromusc Rehab | 1:1 w/Therapist *MA* |

Total Minutes by Procedure
Neuromusc Rehab: 3s

Date: 2025-04-08

*webpt*

**ProActive Physical Therapy and
Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA, 92011-1001
P: (760)388-6475
F: (760)688-3131
info@proactive4pt.com



## FLOWSHEET

**Patient: Phillips, Devon**

**Date:** 05/09/2025                                         **Start Date:** 03/28/2025
**Physician:** R. AFRA, MD (1528178837)
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia
**Location: gym**

**Levator scap stretch**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-05-09 | 2 | 30s | | | 1:1 w/Assistant *AH* |

**Piriformis Stretch**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-05-09 | 2 | 30 sec | | Therapeutic Exercise | 1:1 w/Assistant *AH* |

**Total Minutes by Procedure**
Therapeutic Exercise: 30 sec

**open books**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-05-09 | 10 | | | | N/A *AH* |

**Rows**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-05-09 | 7/FM/2/12 | | | Therapeutic Activity | 1:1 w/Therapist *AH* |

**Total Minutes by Procedure**
Therapeutic Activity:

**DKTC**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-05-09 | SB/2/10 | | | Neuromusc Rehab | 1:1 w/Therapist *AH* |

**Total Minutes by Procedure**
Neuromusc Rehab:

**cold pack**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-05-09 | | 15 | | | 1:1 w/Assistant *AH* |

**Ball Press Hooklying**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|---|---|---|---|---|---|
| 2025-05-09 | 2/5 | 5s | | Neuromusc Rehab | 1:1 w/Therapist *AH* |

**Total Minutes by Procedure**
Neuromusc Rehab: 5s

**ProActive Physical Therapy and**
**Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA, 92011-1001
P: (760)388-6475
F: (760)688-3131
info@proactive4pt.com



## FLOWSHEET

**Patient: Phillips, Devon**

**seated ball rollouts**

| Date | Weights/Sets Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-05-09 | 2/8 | | | Therapeutic Exercise | 1:1 w/Therapist *AH* |

Total Minutes by Procedure
Therapeutic Exercise:

**Ball press torso rotation**

| Date | Weights/Sets Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-05-09 | 2/5 | 5s | | Neuromusc Rehab | 1:1 w/Therapist *AH* |

Total Minutes by Procedure
Neuromusc Rehab: 5s

**prone scap retraction**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-05-09 | 2/8 | 5s | | Neuromusc Rehab | 1:1 w/Therapist *AH* |

Total Minutes by Procedure
Neuromusc Rehab: 5s

**bilateral shoulder ER**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-05-09 | RTB/3/12 | | | Neuromusc Rehab | 1:1 w/Therapist *AH* |

Total Minutes by Procedure
Neuromusc Rehab:

**supine chin tucks**

| Date | Weights/Sets/Reps | Minutes | Surface | Procedure | Supervision |
|------|-------------------|---------|---------|-----------|-------------|
| 2025-05-09 | 2/8 | 3s | | Neuromusc Rehab | 1:1 w/Therapist *AH* |

Total Minutes by Procedure
Neuromusc Rehab: 3s

**ProActive Physical Therapy and Sports**
**Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131
info@proactive4pt.com

**Progress Note-**
**Faxed**

# ProActive
**Physical Therapy** and **Sports Medicine**

**Patient Name:** Phillips, Devon
**Date of Birth:** ...  ...  ...
**Diagnosis:** ICD10: M25.512: Pain in left shoulder, M54.50:
Low back pain, unspecified, M54.2: Cervicalgia

**Date of Case Note:** 05/12/2025
**Physician Name:** AFRA, ROBERT MD

**Progress Note-Faxed on 5/12/2025 11:34:20 AM/(WH)**

---
**Santosh Kumar**
*Document created on May 12, 2025 at 6:41 pm*

|¦| **webpt**

**ProActive Physical Therapy and Sports Medicine - Carlsbad**
6070 Avenida Encinas
Carlsbad, CA 92011-1001
Phone: (760)388-6475
Fax: (760)688-3131

**ProActive**
**Physical Therapy** and **Sports Medicine**

## Discharge Note

Patient Name: Phillips, Devon
Date of Birth: ............
Physician Name: R. AFRA, MD

Date of Last Eval: 03/28/2025
Treatment Diagnosis: ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia

Date of Discharge Note: 06/12/2025
Injury/Onset Date: 0
Diagnosis: ICD10: M25.512: Pain in left shoulder, M54.50: Low back pain, unspecified, M54.2: Cervicalgia
Visit No.: 12

Phillips, Devon has been discharged from our care for the following reasons:
Patient requesting holding off physical therapy at this time.

Please see the last progress report or notes above for the patient's most recent status. Thank you for the opportunity to assist you in the rehabilitation of this patient. If you have any questions or concerns, please feel free to contact me at (760)388-6475.

*William Kosik*

William Kosik, MSPT, OCS, ATC, cert. MDT
License #24845
Document created on June 12, 2025 8:24 am

╵╿╵ webpt

Devon A Phillips
603 Seagaze Dr
Oceanside, Ca 92054
760-682-5410

IN PRO PER

RECEIVED
SUPERIOR COURT, METROPOLITAN DIVISION
COUNTY OF KERN

JUL 1 6 2025

BY _____ DEPUTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF KERN

People of the State of California,

Vs

Tyree Buckley,    DEFENDANT

Devon A Phillips,    PETITIONER

Case No.  BF204275A

REQUEST FOR ORDER TO SHOW CAUSE
DATE: 30ᵗʰ July, 2025
TIME: 8:30 AM
DEPT: CC

TO THE ABOVE ENTITLED COURT:

Petitioner, **Devon Phillips**, petitions this court to issue an order to show cause directing to

Respondent, **Kern County Sheriff's Department**, as to why Petitioner should not be given access to

the documents and records described herein.

By this verified petition, Petitioner represents that:

1. Petitioner is the **individual who was not named in the warrant, had no involvement in the incident or a suspect in any crimes related to this case at anytime. Petitioner is an individual who's property was searched, seized and petitioner was injured in the process**

1
REQUEST FOR ORDER TO SHOW CAUSE

without probable cause and this is a clear Fourth Amendment Violation 42 U.S.C 1983 unreasonable search and seizure..

2. Respondent is the **Kern County Sheriff's Department** who has custody of the public records (Warrant Agency Case #2025-00041816 Sheriff's Search Warrant).

3. **DESCRIBE YOUR ATTEMPTS TO GET COPIES OF THESE RECORDS. IF YOU SUBMITTED A WRITTEN REQUEST YOU MAY INCLUDE IT WITH THIS PETITION AS FOLLOWS:** I have traveled multiple times from San Diego to Kern County Bakersfield and ask the Felony court Business office on the first floor of the Superior Court and made several request for a copy of the warrant issued by Judge David Sulfa on 4/10/2025 and executed on 4/11/2025.I was told that the **(Warrant #2025-00041816)** was not returned to the courts. I traveled once every other two weeks from San Diego for about two months now and continue to be told the same thing concerning the search warrant.

4. **DESCRIBE THE AGENCY'S REFUSAL TO PROVIDE THE REQUESTED RECORDS** ( On April 11th, 2025, Respondent refused to disclose these records on the execution of the search warrant when a copy was requested by the homeowner and myself because my name was not associated with this warrant at anytime. Kern County Sheriff's Department  privilege that Judge David Zufla sealed the (search warrant # 2025-00041816) so that not even the homeowner can receive a copy, but the sheriff department executed the search without presenting the warrant that was requested by the homeowner. I was given this communication by the lead Detective Driskill # 1245 on 7/14/2025, that not even the District Attorney's Office has a copy of the search warrant because Judge David Sulfa sealed it. A request by the homeowner to see the warrant was made and the Kern County Sheriff

2
REQUEST FOR ORDER TO SHOW CAUSE

Department they refuse to produce the warrant. I the petitioner also requested to see the search warrant because I gave no consent for the Sheriff Department to search my vehicle, person or seize my property. The Deputies were already in my vehicle removing items and searching without my consent or legal documentation showing jurisdiction and what probable cause did they have to do so and it was communicated to me by Detective Sakamoto that they have a warrant, I requested to see a copy of the search warrant and was denied.The sheriff department and the deputies (0-100 does including the detectives 0-100 does) did not have the warrant in hand or upon request to show the homeowner or myself as to what probable cause and legal grounds they had to conduct the search. In kern county search warrants must meet constitutional requirements, there must be probable cause, supported by a sworn affidavit and the warrant must describe the place to be searched and items to be seized with particularity. Even if a warrant is sealed, the deputies still have to present a copy to the homeowner upon request even if the supporting affidavit is sealed. The sealed part of the warrant refers to the affidavit or underlying details, not the actual warrant itself. Full suppression of the whole warrant is extremely unusual. The right to see the warrant is a key legal protection, the Fourth Amendment protects against unreasonable search and seizure. Especially since the petitioner was not named in the warrant, property was searched and taken without any probable cause or justification. The search was beyond the scope of the warrant and the search and seizure of the petitioner's property and himself was unlawful.

WHEREFORE, Petitioner prays that:

1.  An order be issued directing Respondent to make the above-described records available to Petitioner for inspection and copying.

3

~~REQUEST FOR ORDER TO SHOW CAUSE~~

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 16th 2025, at Bakersfield California.

Devon A Phillips

IN PRO PER

_____ PETITION GRANTED        _____ PETITION DENIED

_____ ADDITIONAL ORDERS:

Date:                                         _____

                                                      JUDICIAL OFFICER

4

REQUEST FOR ORDER TO SHOW CAUSE

# ELECTRONIC SIGNATURE PAGE

## KERN COUNTY SUPERIOR COURT SEARCH WARRANT
## AGENCY CASE NUMBER: 2025-00041816

**APPROVED ON:**       4/10/2025

**DATE/TIME:**         4/10/2025 6:17 PM (A)

**APPROVED BY:**       /s/David Zulfa (B)

**AFFIANT:**           /s/Ashley Sanchez (C)

**Hobbs Requested:**          N       **Hobbs Granted:**          —

**Seal Requested:**           Y       **Seal Granted:**           Y

**Night Search Requested:**   N       **Night Search Granted:**   —

## Affiant Information

**Affiant:**              Ashley Sanchez

**Affiant's Signature:**  /s/Ashley Sanchez

**Date/Time:**            4/10/2025 4:29 PM

**Agency:**               Kern County Sheriff

## Judge

**Judge:**                David Zulfa

**Judge's Signature:**    /s/David Zulfa

**Date/Time:**            4/10/2025 6:17 PM

Created with EO.Pdf for .NET trial version. http://www.essentialobjects.com.